

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
    CLERK

January 11, 2008

(312)435-5691

Eric D. Stubenvoll
Christensenehret & Ehret, LLP
222 West Adams Street
Suite 2170
Chicago, IL 60606

RE:          Cahill v. Smith and Nephew, Inc.
USDC Case No.    08 C 255 -   Judge John W. Darrah

Dear Counselor:

The records of this office indicate that on January 11, 2008, a notice of removal pursuant to 28 USC 1441 et seq. was filed with this court in connection with the above referenced matter. The notice lists the circuit court case number as 07 L 13600. The documents filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local General Rules of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. For your convenience, a copy of this form is enclosed.

          Sincerely yours,

          Michael W. Dobbins, Clerk

          By:    s/ Haydee Pawlowski
                  Deputy Clerk

Enclosure