IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARY THERESA CAHILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 C 255 |
| | ) | |
| SMITH & NEPHEW, INC., | ) | District Judge Darrah |
| | ) | |
| Defendants. | ) | Magistrate Brown |

## SMITH & NEPHEW, INC.'S DISCLOSURE STATEMENT

Defendant, Smith & Nephew, Inc. is a wholly-owned, indirect subsidiary of Smith & Nephew plc. Smith & Nephew plc is a public entity incorporated under the laws of England and Wales. No publicly held corporation owns 10% or more of the securities of Smith & Nephew plc.

Date signed:   January 15, 2008

                                              Respectfully submitted,

                                              Smith & Nephew, Inc.

                                              By: /s/ Anthony J. Monaco
                                                  One of its Attorneys

Kay L. Schichtel ARDC #2480417
Anthony J. Monaco, ARDC #6279545
Swanson, Martin & Bell, LLP
330 N. Wabash, Ste. 3300
Chicago, IL 60611
(312) 321-9100
(312) 321-0990 FAX