IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARY THERESA CAHILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 C 255 |
| | ) | |
| SMITH & NEPHEW, INC., | ) | District Judge Darrah |
| | ) | |
| Defendants. | ) | Magistrate Brown |

### CERTIFICATE OF FILING AND SERVICE

I, Anthony J. Monaco, hereby certify that on January 15, 2008 I filed and served:

### SMITH & NEPHEW, INC.'S DISCLOSURE STATEMENT

This document was filed on January 15, 2008, with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

Eric D. Stubenvoll
Alika Moitra
Christenson & Ehret, LLP
222 W. Adams Street
Suite 2100
Chicago, IL 60606
(312) 634-1014
(312) 634-1018 FAX
**ATTORNEY FOR PLAINTIFF**

                            Respectfully submitted,

                            Smith & Nephew, Inc.

                            By: /s/ Anthony J. Monaco
                                One of its Attorneys

Kay L. Schichtel ARDC #2480417
Anthony J. Monaco, ARDC #6279545
Swanson, Martin & Bell, LLP
330 N. Wabash, Ste. 3300
Chicago, IL 60611

1

(312) 321-9100
(312) 321-0990 FAX
amonaco@smbtrials.com