# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 255 | **DATE** | 2/20/2008 |
| **CASE TITLE** | Cahill vs. Smith and Nephew, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Discovery ordered closed on 12/1/08. Dispositive motions to be filed, noticed and presented in open Court for a briefing schedule on 12/11/08 at 9:00 a.m. Pretrial conference set for 5/6/09 at 1:30 p.m. Jury trial set for 5/11/09 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|