IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARY THERESA CAHILL,            )

                                 )

            Plaintiff,     )

                                 )

     vs.                   )        No. 08 C 255

                                 )

SMITH & NEPHEW, INC.,        )        District Judge Darrah

                               )

           Defendants.  )        Magistrate Brown

## **NOTICE OF MOTION**

TO:    Eric D. Stubenvoll
        Alika Moitra
        Christenson & Ehret, LLP
        222 W. Adams Street
        Suite 2100
        Chicago, IL 60606
        (312) 634-1014
        (312) 634-1018 FAX

YOU ARE HEREBY NOTIFIED that on **Monday April 14, 2008, at 9:00 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge John W. Darrah, Presiding in Room 1203**, in the U.S. District Court located at 219 S. Dearborn St., Chicago, Illinois, and then and there present the attached **Agreed Motion For Entry Of Protective Order** which has been electronically served upon you.

                                  Respectfully submitted,

                                   Smith & Nephew, Inc.

                                   By: /s/ Anthony J. Monaco
                                      One of its Attorneys

Kay L. Schichtel ARDC #2480417
Anthony J. Monaco, ARDC #6279545
Swanson, Martin & Bell, LLP
330 N. Wabash, Ste. 3300
Chicago, IL 60611
(312) 321-9100
(312) 321-0990 FAX
amonaco@smbtrials.com