IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| MARY THERESA CAHILL, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | No. 08 C 255 | |
| | ) | | |
| SMITH & NEPHEW, INC., | ) | District Judge Darrah | |
| | ) | | |
| Defendants. | ) | Magistrate Brown | |

**RE - NOTICE OF MOTION**

TO:   Eric D. Stubenvoll
      Alika Moitra
      Christenson & Ehret, LLP
      222 W. Adams Street
      Suite 2100
      Chicago, IL 60606
      (312) 634-1014
      (312) 634-1018 FAX

   YOU ARE HEREBY NOTIFIED that on **Tuesday April 15, 2008, at 9:00 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge John W. Darrah, Presiding in Room 1203**, in the U.S. District Court located at 219 S. Dearborn St., Chicago, Illinois, and then and there present the **Agreed Motion For Entry Of Protective Order** which has been electronically served upon you – it will not be heard on the previous date of Monday April 14, 2008.

                                          Respectfully submitted,

                                          Smith & Nephew, Inc.

                                          By: /s/ Anthony J. Monaco
                                              One of its Attorneys

Kay L. Schichtel ARDC #2480417
Anthony J. Monaco, ARDC #6279545
Swanson, Martin & Bell, LLP
330 N. Wabash, Ste. 3300
Chicago, IL 60611
(312) 321-9100
(312) 321-0990 FAX
amonaco@smbtrials.com