# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 255 | **DATE** | April 11, 2008 |
| **CASE TITLE** | Cahill v. Smith & Nephew, Inc. | | |

**DOCKET ENTRY TEXT:**

Agreed Motion for Entry of Protective Order [13], [14], [15] is granted.

Docketing to mail notice.

| | Courtroom Deputy Initials: | mf |
|---|---|---|