

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME:                Eric D. Stubenvoll

FIRM:                Fisher Kanaris, P.C.

STREET ADDRESS:      200 South Wacker Drive, 22nd Floor

CITY/STATE/ZIP:      Chicago IL 60606

PHONE NUMBER:        (312) 474-1400

E-MAIL ADDRESS:      estubenvoll@fisherkanaris.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 6212104

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:08-cv-00255 | Cahill v. Smith and Nephew, Inc. | Darrah |
| 1:06-cv-03448 | Chanel, Inc. v. Pcco Trading Corporation | Norgle |
|  |  |  |
|  |  |  |
|  |  |  |

/s/ Eric D. Stubenvoll                                    July 3, 2008
_____                              _____
Attorney's Signature                                     Date