IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARY THERESA CAHILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   08 C 255 |
| | ) | |
| SMITH & NEPHEW, INC., | ) | District Judge Darrah |
| | ) | |
| Defendant. | ) | Magistrate Brown |

## NOTICE OF MOTION

To:   Kay L. Schichtel
Anthony J. Monaco
Swanson, Martin & Bell, LLP
330 N. Wabash, Ste. 3300
Chicago, IL 60611

YOU ARE HEREBY NOTIFIED that on **Tuesday, July 29, 2008 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Samuel Der-Yeghiayan, Presiding in Room 1903**, in the U.S. District Court located at 219 S. Dearborn St., Chicago, Illinois, and then and there present the **Agreed Motion To Extend Discovery Deadline For Forty-Five (45) Days** which has been electronically served upon you.

Respectfully submitted,

Mary Theresa Cahill

By:   /s/ Eric D. Stubenvoll
One of her Attorneys

Eric D. Stubenvoll
FISHER KANARIS, P.C.
200 South Wacker Drive
Chicago, Illinois 60606
22nd Floor
(312)-474-1400-Telephone
(312)-474-1410-Fax

## CERTIFICATE OF SERVICE

       I hereby certify that on Tuesday, July 24, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the following:

Kay L. Schichtel
Anthony J. Monaco
Swanson, Martin & Bell, LLP
330 N. Wabash, Ste. 3300
Chicago, IL 60611

                                   Mary Theresa Cahill

                                   By: /s/ Eric D. Stubenvoll
                                       One of her Attorneys
                                   Eric D. Stubenvoll
                                   FISHER KANARIS, P.C.
                                   200 South Wacker Drive
                                   Chicago, Illinois 60606
                                   22nd Floor
                                   (312)-474-1400-Telephone
                                   (312)-474-1410-Fax
                                   Estubenvoll@fisherkanaris.com