# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | Samuel Der-Yeghiayan |
|---|---|---|---|
| **CASE NUMBER** | 08 C 255 | **DATE** | 7/29/2008 |
| **CASE TITLE** | Mary Theresa Cahill vs. Smith and Nephew, Inc. | | |

**DOCKET ENTRY TEXT**

Notice of motions before Judge Der-Yeghiayan set for 07/29/08 are hereby stricken.  Plaintiff's motions do not appear as emergency motions.  Plaintiff's motions can be addressed with  Judge Darrah when he returns.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|