# EXHIBIT E

## Crystal Kettenbeil

| | |
|---|---|
| **From:** | Eric Stubenvoll |
| **Sent:** | Friday, August 22, 2008 1:41 PM |
| **To:** | Crystal Kettenbeil |
| **Subject:** | FW: Cahill- Supplemental Discovery Responses |
| **Attachments:** | Cahill- Suppl Ans to Pltf_s Rogs.PDF; Cahill- Suppl Ans to Pltf_s RFP.PDF; Cahill Suppl Doc Prod-MedWatch Reports.PDF; Cahill-COS for suppl discovery.PDF |

**From:** Nicole Young-Kuykendall [mailto:nkuykendall@smbtrials.com]
**Sent:** Friday, August 15, 2008 3:12 PM
**To:** Eric Stubenvoll
**Cc:** Kay Schichtel; Anthony Monaco
**Subject:** Cahill- Supplemental Discovery Responses

Eric,

Please find attached Smith & Nephew's Supplemental Answers to Plaintiff's Discovery and responsive documents. A copy will be sent via US Mail as well.

Yours truly,
Nicole

*Nicole M. Young-Kuykendall, Esq.*
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
(312) 321-8461 - Direct
(312) 321-9100 - Main
(312) 321-0990 - Fax
nkuykendall@smbtrials.com
DISCLAIMER: This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner. This communication does not form any contractual obligation on behalf of the sender or Swanson, Martin & Bell, LLP.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARY THERESA CAHILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 C 255 |
| | ) | |
| SMITH & NEPHEW, INC., | ) | District Judge Darrah |
| | ) | |
| Defendants. | ) | Magistrate Brown |

## PROOF OF SERVICE

I, Nicole M. Young-Kuykendall, an attorney, hereby certify that on August 15, 2008, I served Smith & Nephew, Inc.'s Supplemental Answers to Plaintiff's First Set of Interrogatories and Supplemental Responses to Plaintiff's First Request For production via e-mail and regular U.S. Mail to the following:

Eric D. Stubenvoll
Fisher Kanaris, P.C.
200 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606
(312) 474-1413/(312) 474-1410 FAX
**ATTORNEY FOR PLAINTIFF**

Respectfully submitted,

_Nicole M. Young-Kuykendall_
Nicole M. Young-Kuykendall

Kay L. Schichtel ARDC #2480417
Anthony J. Monaco, ARDC #6279545
Swanson, Martin & Bell, LLP
330 N. Wabash, Ste. 3300
Chicago, IL 60611
(312) 321-9100
(312) 321-0990 FAX
amonaco@smbtrials.com

619410-1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARY THERESA CAHILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 C 255 |
| | ) | |
| SMITH & NEPHEW, INC., | ) | District Judge Darrah |
| | ) | |
| Defendants. | ) | Magistrate Brown |

**SMITH & NEPHEW, INC.'S SUPPLEMENTAL ANSWERS TO PLAINTIFF'S
FIRST SET OF INTERROGATORIES**

Smith & Nephew, Inc. supplements its answers Plaintiff's first set of interrogatories as follows:

**INTERROGATORIES**

1.      Identify each person who assisted in preparing the answers to these interrogatories and, following the identity of each such person, state the number of each interrogatory for which that person provided assistance.

**ANSWER:**    Objection on the grounds that the interrogatory is overbroad and unduly burdensome. Without waiving this objection and by way of response, Smith & Nephew, Inc. states that it is a corporate defendant. As such, these responses were not "answered" by any one person. These responses were prepared by Smith & Nephew, Inc. with the assistance of retained counsel. Dennis Watson, Assistant Secretary, has signed these responses on behalf of Smith & Nephew, Inc.

2.      State whether or not this defendant is being sued in its full and correct name. If not, state the full and correct name of this defendant.

**ANSWER:**    Defendant is being sued in its full and correct name.

3.      Do you have any statements from any witnesses? If so, give the name, present or

533553-1                                                1

last known address, telephone number, job title, employer, of each such witness, the date of the statement and whether the statement was written or oral.

**ANSWER:**    None other than those produced and supplied by plaintiff or subpoenaed with notice to all parties.

4.    State whether there exists photographs of the hip prosthetic referenced in the Complaint. If so, state the following:

      (a)    Describe each photograph;
      (b)    State the date each was taken;
      (c)    State the name and address of the person taking each such photo

**ANSWER:**    See enclosed 11 photographs.

5.    State whether or not any insurance company (including any company with excess or umbrella coverage) has an interest in the outcome of this litigation against defendant. If so, state the following:

      (a)    The name of the insurance company;
      (b)    Whether the insurance company is a stock company or a mutual company;
      (c)    Name of the insured;
      (d)    Type(s) of insurance;
      (e)    Effective policy period;
      (f)    Policy number; and
      (g)    Limits of the policy applicable to the occurrence mentioned in these pleadings.

**ANSWER:**    Smith & Nephew, Inc. is self-insured in an amount sufficient to cover any potential liability in this matter.

6.    Please state whether you were the manufacturer of the hip prosthetic referenced in plaintiffs Complaint, and if so, please state:

      (a)    The date upon which the subject product was manufactured;
      (b)    The address of the factory and/or such other place at which the subject product was manufactured;
      (c)    Whether, at the time of the manufacturer of the subject product, you had a quality control department and/or individual, or a department

and/or individual denominated by a different name which was primarily responsible for quality control procedures for the subject product; and

(d)    If your answer to the foregoing subpart was in the affirmative, the identity of the supervisor and/or person primarily responsible for implementing the quality control procedures, if any, with respect to the subject product.

**ANSWER:**    Smith & Nephew, Inc. manufactured the hip prosthetic referenced in plaintiffs Complaint.

(a)    April 2002.
(b)    Objection. Relevance. Notwithstanding this objection, Tennessee.
(c)    Objection.  Whether Smith & Nephew currently maintains a quality control department or division is of no relevance to any issue in this case.  Moreover, the request is an extremely overbroad and unduly burdensome request that is nothing more than a fishing expedition. Notwithstanding this objection, see Manufacturing Records.
(d)    See (c) above.

7.    Please identify any and all production specifications formulated and/or utilized by you in the manufacturing of the hip prosthetic referenced in plaintiff's Complaint.

**ANSWER:**    See Manufacturing Records, 510K, and Print.

8.    Please identify each person who had a responsibility to oversee or supervise the manufacturing of the hip prosthetic referenced in plaintiff's Complaint.

**ANSWER:**    Objection.  "Each person who had a responsibility to oversee or supervise the manufacturing of the hip prosthetic referenced in plaintiff's Complaint" is an extremely overbroad and unduly burdensome request that is nothing more than a fishing expedition.  David Kelman, Group Director of Hip Development, is a person who is familiar with the subject implant.

9.    Please state whether you designed the hip prosthetic referenced in plaintiff's Complaint.

**ANSWER:**    Smith & Nephew, Inc. designed the hip prosthetic referenced in plaintiff's Complaint.

10.    If your answer to the foregoing interrogatory is affirmative, please identify:

    (a)    The date or dates upon which the subject product was designed;

    (b)    The location of the facility where the subject product was designed;

    (c)    The name(s) of the person(s) who participated in the design;

    (d)    An identification of each and every drawing, plan, or document relating to the design of the subject product;

    (e)    Whether any such document, plan or drawing identified in your answer to subparagraph (d) has been submitted to any governmental entity for approval, registration, or patent, and if so, the date of said submission and entity to which such document was submitted.

**ANSWER:**

    (a)    See Print.

    (b)    See Print.

    (c)    Objection. "Name(s) of the person(s) who participated in the design" is an extremely overbroad and unduly burdensome request that is nothing more than a fishing expedition. David Kelman, Group Director of Hip Development, is a person who is familiar with the subject implant;

    (d)    See Print;

    (e)    See 510K.


11.    Do you contend that the retailer who supplied the hip prosthetic referenced in plaintiff's Complaint was aware of any alleged defect in such product?

**ANSWER:**    The subject product was not supplied by a retailer.

12.    If your answer to the foregoing interrogatory is in the affirmative, please identify:

    (a)    Each and every fact upon which you base such contention;

    (b)    The name, business and residence address, and telephone number of any person having knowledge of any such facts; and

    (c)    An identification of each and every writing relating to any such fact.

**ANSWER:**    See answer to No. 11 above.


13.    Please state whether you provided any written instructions or warnings as to the use or installation of the hip prosthetic referenced in plaintiff's Complaint.

**ANSWER:**    Objection. The terms "use or installation" are vague and improper when

used in the context of this lawsuit. Notwithstanding this objection, Smith & Nephew, Inc.

included the Package Insert when it sold the hip prosthetic referenced in plaintiff's Complaint.

14.    If your answer to the foregoing interrogatory is in the affirmative, please identify:
      (a)    The written instructions or warnings;
      (b)    The name, business and residence address, and telephone number of
             the person(s) who drafted the wording of said instruction; and
      (c)    Each and every writing relating to the composition of all printed
             matter distributed with or affixed to the product.

**ANSWER:**
      (a)    See Package Insert;
      (b)    Objection. "The name, business and residence address, and telephone
             number of the person(s) who drafted the wording of said instruction" is an
             extremely overbroad and unduly burdensome request that is nothing more
             than a fishing expedition. David Kelman, Group Director of Hip
             Development, is a person who is familiar with the subject implant; and the
             information in the Package Insert.
      (c)    Objection. This request is an extremely overbroad and unduly burdensome
             request that is nothing more than a fishing expedition. See Package Insert.

15.    Identify any and all complaints, lawsuits, or claims submitted to you relating to the

alleged defect(s) of similar makes and models of the hip prosthetic referenced in plaintiffs

Complaint.

      **ANSWER:**    Objection. This request is not limited to the product involved in this case,
not limited to the nature of the allegations in this case, not limited in time or in scope and is
extremely overbroad and not reasonably calculated to lead to the discovery of admissible
evidence. In addition, the request seeks information protected by the attorney-client privilege
and work-product doctrines. Notwithstanding these objections, Smith & Nephew states that it
has searched its records for the period of January 1, 2001 through May 2, 2008 and states that it
has received no other lawsuits and one other claim alleging a fracture of Echelon Hip Model
No. 7130413. The claim involved a patient in Ontario Canada. **Notwithstanding these
objections, Smith & Nephew provides the attached documents.**

16.    Please state whether you performed any test, of whatever nature or description, for

the purpose of determining whether the hip prosthetic referenced in plaintiffs Complaint met

reasonable performance expectations for its intended use.

**ANSWER:**    Objection.    The term "test" is vague and undefined.    In the context of litigation "test" can mean a number of things.    Notwithstanding these objections, see Manufacturing Records.

17.    If your answer to the foregoing interrogatory is affirmative, please identify:
   (a)    A description of each such test conducted by you;
   (b)    The date and location where each test was conducted;
   (c)    Whether any aspect of any such test was recorded or memorialized or any document or writing, including photographs, films, videotapes or other visual representations of whatever nature or description;
   (d)    An identification of any such document or visual representation;
   (e)    Whether the results of any such test(s) were submitted, or referred to in any manner whatsoever, and any document filed with or tendered to any public entity or regulatory agency; and,
   (f)    The name, business and residence address, and telephone number of the person(s) charged with the responsibility to evaluate the performance of the subject product in each such test referred to in your answers to the proceeding subparts of this interrogatory.

**ANSWER:**    See No. 16 above.

18.    Identify any facts known to you indicating that the hip prosthetic referenced in plaintiffs Complaint had been altered or modified between the time it left the manufacturer's custody and the time it was implanted.

**ANSWER:**    None known at this time. Discovery is on-going.    Investigation continues.

19.    Identify any facts or circumstances known to you indicating that plaintiff was not using the hip prosthetic referenced in plaintiffs Complaint in a manner reasonably anticipated.

**ANSWER:**    Unknown at this time. Discovery is on-going.    Investigation continues.

20.    State the name of each expert witness that you expect to testify at the trial of your

claims in this case, and for each such witness provide the following:

    (a)    The subject matter on which the witness will testify;

    (b)    The conclusions and opinions of the witness, and the bases therefore;

    (c)    The qualifications of the witness;

    (d)    Any report prepared by the witness about the case;

    (e)    Any exhibits to be used as a summary of or support for the opinions;

    (f)    The compensation to be paid in relation to the witness's testimony and preparation therefore; and

    (g)    A list of any other cases in which the witness has testified as an expert at trial or by deposition within the last four years.

**ANSWER:** Unknown at this time. Defendant will disclose its experts in accordance with the court's scheduling order.

21.    State the names and addresses of all fact witnesses you expect to call at the trial of your claims in this case and state what you expect to be the substance of each witness' testimony.

**ANSWER:** Unknown at this time. Defendant's first notice of this claim was upon service of the complaint. Defendant expects that any witnesses to the incident may be called to testify. The identity of those witnesses is in the exclusive control of the plaintiff. In addition, defendant anticipates that plaintiff's treating physicians (pre and post incident) may have relevant information. See plaintiff's deposition. At this time, defendant is unsure which fact witnesses have relevant information. Once plaintiff produces his final Rule 26 expert report and defendant is apprised of the specific defect claimed, defendant will be in a position to identify all fact witnesses that have relevant information and who may be called to testify at trial. Therefore, defendant expects to supplement this response in the future.

Respectfully submitted,

**SMITH & NEPHEW, INC.**

By: _____
One of its attorneys

Kay L. Schichtel
Anthony M. Monaco, ARDC 6279545
Nicole M. Young-Kuykendall, ARDC 6294692
Swanson, Martin & Bell, LLP
330 N. Wabash St., Suite 3300
Chicago, IL 60611

533553-1

(312) 321-9100
(312) 321-0990 FAX

## VERIFICATION

Under penalties as provided by law, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Dennis Watson
Assistant Secretary
Smith & Nephew, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARY THERESA CAHILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 C 255 |
| | ) | |
| SMITH & NEPHEW, INC., | ) | District Judge Darrah |
| | ) | |
| Defendants. | ) | Magistrate Brown |

**SMITH & NEPHEW INC.'S SUPPLEMENTAL RESPONSES
TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION**

Smith & Nephew, Inc.'s responds to plaintiff's first request for production as follows:

1.      All documents that evidence, related to, or in any way substantiate your answers to the plaintiff's Interrogatories.

**RESPONSE:**  All documents are identified and produced in response to specific requests.

2.      All non-privileged statements or other writings summarizing or containing statements of any party relating to the incident alleged in the plaintiff's Complaint and/or the injuries and damages allegedly resulting therefrom.

**RESPONSE:**  None other than medical records which were subpoenaed with notice to all parties.

3.      All photographs, slides, motion pictures, models, videotapes, and/or exhibits of the hip prosthetic referenced in plaintiff's Complaint.

**RESPONSE:**  See 11 photographs enclosed.

4.      All documents related to the manufacturing of the hip prosthetic referenced in plaintiff's Complaint, including but not limited to drawings and specifications.

**RESPONSE:**  Objection. The term "documents" is undefined and overbroad.  Notwithstanding this objection, see Manufacturing Records, Print and 510K.

5.      All instructions related to the to the hip prosthetic referenced in plaintiff's complaint.

**RESPONSE**: Objection. The term "instructions" is undefined and overbroad. Notwithstanding this objection, see Package Insert and Surgical Technique.

6.      Any applicable safety standards or codes considered, governing, or used in the design and/or manufacture of the hip prosthetic referenced in plaintiff's Complaint.

**RESPONSE**: Objection. This request is overbroad because it is not limited in scope and to the issues in this lawsuit. Notwithstanding these objections, see attached Manufacturing Records, Print, and 510K.

7.      All warnings related to the hip prosthetic referenced in plaintiff's Complaint.

**RESPONSE**: Objection. The term "warnings" is undefined and overbroad. Notwithstanding this objection, see plaintiff's medical records, the Package Insert, and the Surgical Technique.

8.      Any report prepared by any expert witness about the case, including any exhibits to be used as a summary of or support for the opinions.

**RESPONSE**: None at this time. Smith & Nephew will supplement this in accordance with the court's scheduling order.

9.      Any and all documents relating to testing performed by or for defendant related to the hip prosthetic referenced in plaintiff's Complaint including results of any testing or inspection for safety of the product.

**RESPONSE:** Objection. The term "testing" is undefined and can mean a wide variety of things in litigation and thus, the interrogatory is vague and ambiguous. Notwithstanding this objection, see the Manufacturing Records.

10.     All documents reflecting the origin, manufacturer, date of manufacture, and purchaser of the hip prosthetic referenced in plaintiff's Complaint.

**RESPONSE**: Objection. The term "origin" is vague and ambiguous. Notwithstanding these objections, see Manufacturing Records.

11.     Copies of any and all documents relating to any claim, complaint, report or incident similar to plaintiff's claim as referenced in the Complaint.

**RESPONSE**: Objection. This request is not limited to the product involved in this case, not limited to the nature of the allegations in this case, not limited in time or in scope and is extremely overbroad and not reasonably calculated to lead to the discovery of admissible evidence.

533552-1                                                2

In addition, the request seeks information protected by the attorney-client privilege and work-product doctrines. Notwithstanding these objections, Smith & Nephew states that it has searched its records for the period of January 1, 2001 through May 2, 2008 and states that it has received no other lawsuits and one other claim alleging a fracture of Echelon Hip Model No. 7130413. The claim involved a patient in Ontario Canada. **Notwithstanding these objections, Smith & Nephew provides the attached documents.**

12.    Any and all brochures, manuals, parts lists, instructions, written materials, advertising materials, or other documents relating to the hip prosthetic referenced in plaintiff's Complaint.

**RESPONSE**: Objection. This request is overbroad and not limited in time, scope or to the issues raised in this lawsuit. Notwithstanding these objections, see the 6 marketing brochures.

13.    Copies of warranties given to the purchaser(s) of the hip prosthetic referenced in plaintiff's Complaint.

**RESPONSE**: None.

14.    Any and all documents, records, or tangible evidence that the product was altered or modified between the time it was sold and the date of the Occurrence in question.

**RESPONSE**: Unknown at this time. Discovery is on-going. Investigation continues.

15.    Any and all documents or records evidencing that this defendant complied with all applicable statutes, regulations, and standards existing at the time of manufacture that prescribed standards for design, inspection, testing, manufacture, labeling, packaging, or instruction for use of the hip prosthetic referenced in plaintiff's Complaint.

**RESPONSE**: Objection. The terms "documents" and "records" are undefined and overbroad. In addition, this request is not limited to the issues raised in this lawsuit. Notwithstanding these objections, see 510K and Manufacturing Records.

Respectfully submitted,

**SMITH & NEPHEW, INC.**

By: _Nicole M Young Kuykendall_
One of its attorneys

Kay L. Schichtel
Anthony M. Monaco, ARDC 6279545
Nicole M. Young-Kuykendall, ARDC 6294692
Swanson, Martin & Bell, LLP
330 N. Wabash St., Suite 3300
Chicago, IL 60611

(312) 321-9100
(312) 321-0990 FAX

## <u>VERIFICATION</u>

Under penalties as provided by law, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Dennis Watson
Assistant Secretary
Smith & Nephew, Inc.

533553-1                                        1

U.S. Department of Health and Human Services
Food and Drug Administration

Smith & Nephew, Inc., Orthopaedic Division

**MEDWATCH**
**3500A Facsimile**

For use by user-facilities,
importers, distributors and manufacturers
for MANDATORY reporting

Relays International Inc., FDA Facsimile Approval: 4/17/2007

Mfr Report #
UF/Importer Report # 1020279-2008-00179

FDA Use Only

Page 1 of 3

## A. PATIENT INFORMATION

| 1. Patient Identifier | 2. Age at Time of Event: | 3. Sex | 4. Weight |
|---|---|---|---|
| P.L. In confidence | or 77 Date of Birth: 11/20/1930 | [X] Female [ ] Male | UNK lbs or UNK kgs |

## B. ADVERSE EVENT OR PRODUCT PROBLEM

1. [X] Adverse Event and/or  [ ] Product Problem (e.g., defects/malfunctions)

2. Outcomes Attributed to Adverse Event (Check all that apply)
[ ] Death _(mm/dd/yyyy)_
[ ] Life-threatening
[X] Hospitalization - initial or prolonged
[X] Required intervention to Prevent Permanent Impairment/Damage (Devices)
[ ] Disability or Permanent Damage
[ ] Congenital Anomaly/Birth Defect
[ ] Other Serious (Important Medical Events)

| 3. Date of Event (mm/dd/yyyy) | 4. Date of This Report (mm/dd/yyyy) |
|---|---|
| 05/22/2008 | 06/02/2008 |

5. Describe Event or Problem
It was reported that revision surgery was performed after the patient fell resulting in femur fracture and prosthesis fracture.

6. Relevant Tests/Laboratory Data, Including Dates
UNK

7. Other Relevant History, Including Preexisting Medical Conditions (e.g. allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)
UNK

Submission of a report does not constitute an admission that medical personnel, user facility, distributor, manufacturer, or product caused or contributed to the event.

## C. SUSPECT PRODUCT(S)

1. Name (Give labeled strength & mfr/labeler)
#1.
#2.

2. Dose, Frequency & Route Used
#1.
#2.

3. Therapy Dates (If unknown, give duration) from/to (or best estimate)
#1.
#2.

4. Diagnosis for Use (Indication)
#1.
#2.

5. Event Abated After Use Stopped or Dose Reduced?
#1. [ ] Yes [ ] No [ ] Doesn't Apply
#2. [ ] Yes [ ] No [ ] Doesn't Apply

6. Lot #
#1.
#2.

7. Exp. date
#1.
#2.

8. Event Reappeared After Reintroduction?
#1. [ ] Yes [ ] No [ ] Doesn't Apply
#2. [ ] Yes [ ] No [ ] Doesn't Apply

9. NDC # or Unique ID

10. Concomitant Medical Products and Therapy Dates (Exclude treatment of event)

## D. SUSPECT MEDICAL DEVICE

1. Brand Name
Echelon

2. Common Device Name
Stem

3. Manufacturer Name, City and State
Smith & Nephew Inc., Orthopaedic Div.
1450 Brooks Road
Memphis, TN 38116 USA

| 4. Model # UNK | Lot # UNK | 5. Operator of Device [X] Health Professional [ ] Lay User/Patient [ ] Other: |
|---|---|---|
| Catalog # 71340812 | Expiration Date (mm/dd/yyyy) UNK | |
| Serial # NA | Other # NA | |

6. If Implanted, Give Date (mm/dd/yyyy) 05/22/2007
7. If Explanted, Give Date (mm/dd/yyyy) 05/05/2008

8. Is this a Single-use Device that was Reprocessed and Reused on a Patient?
[ ] Yes [X] No

9. If Yes to Item No. 8, Enter Name and Address of Reprocessor

10. Device Available for Evaluation? (Do not send to FDA)
[ ] Yes [ ] No [X] Returned to Manufacturer on 06/02/2008 (mm/dd/yyyy)

11. Concomitant Medical Products and Therapy Dates (Exclude treatment of event)
UNK

## E. INITIAL REPORTER

1. Name and Address          Phone # 07176577342
Craig Hofman,
PINNACLE HEALTH SYSTEM
PO BOX 8700
HARRISBURG, PA 17105.

2. Health Professional? [ ] Yes [X] No
3. Occupation   Sales rep
4. Initial Reporter Also Sent Report to FDA [ ] Yes [ ] No [X] Unk

Smith & Nephew, Inc., Orthopaedic Division

**MEDWATCH**
**3500A Facsimile (Back)**   *(continued)*

Page 2 of 3

| FDA USE ONLY |
|---|

## F. FOR USE BY USER FACILITY/IMPORTER *(Devices Only)*

**1. Check One**
☐ User Facility   ☐ Importer

**2. UF/ Importer Report Number**

**3. User Facility or Importer Name/Address**

**4. Contact Person**

**5. Phone Number**

**6. Date User Facility or Importer Became Aware of Event *(mm/dd/yyyy)***
☐ Initial
☐ Follow-up #

**7. Type of Report**

**8. Date of This Report *(mm/dd/yyyy)***

**9. Approximate Age of Device**
1

**10. Event Problem Codes *(Refer to coding manual)***
Patient Code
Device Code

**11. Report Sent to FDA?**
☐ Yes   *(mm/dd/yyyy)*
☐ No

**12. Location Where Event Occurred**
☒ Hospital        ☐ Outpatient Diagnostic Facility
☐ Home            ☐ Ambulatory Surgical Facility
☐ Nursing Home
☐ Outpatient Treatment Facility
☐ Other:          *(Specify)*

**13. Report Sent to Manufacturer?**
☐ Yes   *(mm/dd/yyyy)*
☐ No

**14. Manufacturer Name/Address**

## G. ALL MANUFACTURERS

**1. Contact Office - Name/Address *(and Manufacturing Site for Devices)***
Mrs. Melanie Travis, Reg Compliance
Smith & Nephew, Inc., Orthopaedic Division
1450 Brooks Road
Memphis, TN  38116 USA
Site: Smith & Nephew Inc., Orthopaedic Div.
1450 Brooks Road
Memphis, TN  38116 USA

**2. Phone Number**
(901) 399-6233

**3. Report Source**
*(Check all that apply)*
☐ Foreign
☐ Study
☐ Literature
☐ Consumer
☐ Health Professional
☐ User Facility
☐ Company Representative
☐ Distributor
☐ Other:

**4. Date Received by Manufacturer *(mm/dd/yyyy)***
06/02/2008

**5.**
(A)NDA #
IND #
STN#
PMA/ 510(k) #
Combination Product   ☐ Yes
Pre-1938             ☐ Yes
OTC Product          ☐ Yes

**6. If IND, Give Protocol #**

**7. Type of Report**
*(Check all that apply)*
☐ 5-day    ☐ 30-day
☐ 7-day    ☐ Periodic
☐ 10-day   ☒ Initial
☐ 15-day   ☐ Follow-up #

**8. Adverse Event Term(s)**

**9. Manufacturer Report Number**
1020279-2008-00179

## H. DEVICE MANUFACTURERS ONLY

**1. Type of Reportable Event**
☐ Death
☐ Serious Injury
☐ Malfunction
☐ Other:

**2. If Follow-up, What Type?**
☐ Correction
☐ Additional Information
☐ Response to FDA Request
☐ Device Evaluation

**3. Device Evaluated by Manufacturer?**
☐ Not Returned to Manufacturer
☒ Yes   ☐ Evaluation Summary Attached
☐ No *(Attach page to explain why not) or provide code:*
02

**4. Device Manufacture Date *(mm/yyyy)***
UNK

**5. Labeled for Single Use ?**
☒ Yes   ☐ No

**6. Evaluation Codes *(Refer to coding manual)***
Method
Results
Conclusions

**7. If Remedial Action Initiated, Check Type**
☐ Recall        ☐ Notification
☐ Repair        ☐ Inspection
☐ Replace       ☐ Patient Monitoring
☐ Relabeling    ☐ Modification/ Adjustment
☐ Other:

**8. Usage of Device**
☒ Initial Use of Device
☐ Reuse
☐ Unknown

**9. If action reported to FDA under 21 USC 360i(f), list correction/ removal reporting number:**

**10.** ☐ Additional Manufacturer Narrative  and/or
**11.** ☐ Corrected Data
NA

The public reporting burden for this collection of information has been estimated to average 65 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

Department of Health and Human Services
Food and Drug Administration - MedWatch
10903 New Hampshire Avenue
Building 22, Mail Stop 4447
Silver Spring, MD 20993-0002
Please DO NOT RETURN this form

OMB Statement:
"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control

ahill II  00002

**MEDWATCH**

3500A Facsimile (Back)  *(continued)*

Page  3  of  3

Smith & Nephew, Inc., Orthopaedic Division

Mfr Report #

UF/Importer Report #     1020279-2008-00179

FDA Use Only

ADDITIONAL INFORMATION



# FDA  U.S. Food and Drug Administration

Department of Health and Human Services

## CENTER FOR DEVICES AND RADIOLOGICAL HEALTH

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

### SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. ECHELON FEMORAL STEM

back to search
results

**Catalog Number** 71341113
**Event Date** 05/16/2008
**Event Type** Injury   **Patient Outcome** Hospitalization; Required Intervention
**Event Description**
It was reported that revision surgery was performed due to a breakage of the device.

**Manufacturer Narrative**
Na.

### Search Alerts/Recalls

new search  |  submit an adverse event report

| | |
|---:|:---|
| **Brand Name** | ECHELON |
| **Type of Device** | FEMORAL STEM |
| **Baseline Device 510(K) Number** | |
| **Baseline Device PMA Number** | |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. 1450 Brooks Rd. Memphis TN 38116 |
| **Manufacturer (Section D)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. 1450 Brooks Rd. Memphis TN 38116 |
| **Manufacturer (Section G)** | SMITH & NEPHEW, INC. 1450 Brooks Rd. Memphis TN 38116 |
| **Manufacturer Contact** | Melanie Travis 1450 Brooks Rd. Memphis , TN 38116 (901) 399 -6233 |

Device Event Key 1029765

MDR Report Key 1060210

Event Key 1018279

Report Number 1020279-2008-00178

Device Sequence Number 1

Product Code KWY

Report Source Manufacturer

Source Type Company Representative

Reporter Occupation Other

Type of Report Initial

Report Date 06/16/2008

*1 Device Was Involved In the Event*

*1 Patient Was Involved In the Event*

Date FDA Received 06/16/2008

Is This An Adverse Event Report? Yes

Is This A Product Problem Report? No

Device Operator Health Professional

Device Catalogue Number 71341113

Device LOT Number 06DM01764

Was Device Available For Evaluation? No

Is The Reporter A Health Professional? No

Was The Report Sent To Manufacturer? No

Date Manufacturer Received 05/27/2008

Was Device Evaluated By Manufacturer? Device Not Returned To Manufacturer

Date Device Manufactured 04/01/2006

Is The Device Single Use? Yes

Is this a Reprocessed and Reused Single-Use Device? No

Is the Device an Implant? No

Is this an Explanted Device?

Type of Device Usage Initial

Database last updated on July 31, 2008

Cahill II 00005

FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

Cahill II  00006



# FDA U.S. Food and Drug Administration

Department of Health and Human Services

## CENTER FOR DEVICES AND RADIOLOGICAL HEALTH

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

### SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. ECHELON POROUS STEM

back to search
results

**Catalog Number** 71340111
**Event Date** 05/05/2008
**Event Type** Injury **Patient Outcome** Hospitalization; Required Intervention
**Manufacturer Narrative**
Na.

### Event Description

It was reported that revision surgery was performed due to a fracture of the device.

### Search Alerts/Recalls

new search | submit an adverse event report

| | |
|---|---|
| **Brand Name** | ECHELON |
| **Type of Device** | POROUS STEM |
| **Baseline Device 510(K) Number** | |
| **Baseline Device PMA Number** | |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. 1450 Brooks Rd. Memphis TN 38116 |
| **Manufacturer (Section D)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. 1450 Brooks Rd. Memphis TN 38116 |
| **Manufacturer (Section G)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV 1450 Brooks Rd. Memphis TN 38116 |
| **Manufacturer Contact** | Scott English 1450 Brooks Rd. Memphis , TN 38116 |

(901) 399 -5989

**Device Event Key** 1022034

**MDR Report Key** 1052807

**Event Key** 1010958

**Report Number** 1020279-2008-00163

**Device Sequence Number** 1

**Product Code** <u>KWY</u>

**Report Source** Manufacturer

**Source Type** Company Representative

**Reporter Occupation** Other

**Type of Report** Initial

**Report Date** 05/27/2008

***1* Device Was Involved in the Event**

***1* Patient Was Involved in the Event**

**Date FDA Received** 05/27/2008

**Is This An Adverse Event Report?** Yes

**Is This A Product Problem Report?** No

**Device Operator** Health Professional

**Device Catalogue Number** 71340111

**Device LOT Number** 06GM01277

**Was Device Available For Evaluation?** No

**Is The Reporter A Health Professional?** No

**Was The Report Sent To Manufacturer?** No

**Date Manufacturer Received** 05/16/2008

**Was Device Evaluated By Manufacturer?** Device Not Returned To Manufacturer

**Date Device Manufactured** 07/01/2006

**Is The Device Single Use?** Yes

**Is this a Reprocessed and Reused Single-Use Device?** No

**Is the Device an Implant?** No

**Is this an Explanted Device?**

**Type of Device Usage** Initial

Database last updated on July 31, 2008

Cahill II 00008

Center for Devices and Radiological Health / CDRH

Cahill II 00009



# FDA  U.S. Food and Drug Administration

Department of Health and Human Services

## CENTER FOR DEVICES AND RADIOLOGICAL HEALTH

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

### SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. ECHELON STEM    back to search results

**Catalog Number** 71340117
**Event Date** 04/11/2008
**Event Type**  Malfunction   **Patient Outcome**  Required Intervention;
**Manufacturer Narrative**
Na.

### Event Description
It was reported that device was undersized, and did not function as intended, the surgeon performed add'l reaming of the pts bone to achieve a proper fit.

### Search Alerts/Recalls

new search  |  submit an adverse event report

| | |
|---|---|
| **Brand Name** | ECHELON |
| **Type of Device** | STEM |
| **Baseline Device 510(K) Number** | |
| **Baseline Device PMA Number** | |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. 1450 Brooks Rd. Memphis TN 38116 |
| **Manufacturer (Section D)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. 1450 Brooks Rd. Memphis TN 38116 |
| **Manufacturer (Section G)** | SMITH & NEPHEW, INC. 1450 Brooks Rd. Memphis TN 38116 |
| **Manufacturer Contact** | Melanie Travis 1450 Brooks Rd. Memphis , TN 38116 (901) 399 -6233 |

| | |
|---|---|
| Device Event Key | 1041160 |
| MDR Report Key | 1046223 |
| Event Key | 1004420 |
| Report Number | 1020279-2008-00149 |
| Device Sequence Number | 1 |
| Product Code | KWY |
| Report Source | Manufacturer |
| Source Type | Company Representative |
| Reporter Occupation | Other |
| Type of Report | Initial |
| Report Date | 05/09/2008 |
| 1 Device Was Involved in the Event | |
| 1 Patient Was Involved in the Event | |
| Date FDA Received | 05/12/2008 |
| Is This An Adverse Event Report? | No |
| Is This A Product Problem Report? | Yes |
| Device Operator | Health Professional |
| Device Catalogue Number | 71340117 |
| Device LOT Number | 05FM01493 |
| Was Device Available For Evaluation? | Device Returned To Manufacturer |
| Date Returned to Manufacturer | 04/17/2008 |
| Is The Reporter A Health Professional? | No |
| Was The Report Sent To Manufacturer? | No |
| Date Manufacturer Received | 04/14/2008 |
| Was Device Evaluated By Manufacturer? | No |
| Date Device Manufactured | 06/01/2005 |
| Is The Device Single Use? | Yes |
| Is this a Reprocessed and Reused Single-Use Device? | No |
| Is the Device an Implant? | No |
| Is this an Explanted Device? | |
| Type of Device Usage | Initial |

Database last updated on July 31, 2008

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH



**FDA  U.S. Food and Drug Administration**  *Department of Health and Human Services*

## CENTER FOR DEVICES AND RADIOLOGICAL HEALTH

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

### SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. ECHELON STEM          back to search results

**Catalog Number** 71340117
**Event Date** 03/09/2005
**Event Type** Injury  **Patient Outcome** Hospitalization; Required Intervention
**Manufacturer Narrative**
Na.

### Event Description

It was reported that revision surgery was perform due to dislocation.

### Search Alerts/Recalls

new search | submit an adverse event report

| | |
|---:|:---|
| **Brand Name** | ECHELON |
| **Type of Device** | STEM |
| **Baseline Device 510(K) Number** | |
| **Baseline Device PMA Number** | |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV.<br>1450 Brooks Rd.<br>Memphis TN 38116 |
| **Manufacturer (Section D)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV.<br>1450 Brooks Rd.<br>Memphis TN 38116 |
| **Manufacturer (Section G)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV.<br>1450 Brooks Rd.<br>Memphis TN 38116 |
| **Manufacturer Contact** | Melanie Travis<br>1450 Brooks Rd.<br>Memphis , TN 38116<br>(901) 399 -6233 |

Device Event Key 985589

MDR Report Key 1017335

Event Key 976101

Report Number 1020279-2008-00095

Device Sequence Number 1

Product Code JDH

Report Source Manufacturer

Source Type Company Representative

Reporter Occupation Other

Type of Report Initial

Report Date 03/20/2008

*1* Device Was Involved in the Event

*1* Patient Was Involved in the Event

Date FDA Received 03/24/2008

Is This An Adverse Event Report? Yes

Is This A Product Problem Report? No

Device Operator Health Professional

Device Catalogue Number 71340117

Device LOT Number 81101075

Is The Reporter A Health Professional? No

Was The Report Sent To Manufacturer? No

Date Manufacturer Received 03/06/2008

Was Device Evaluated By Manufacturer? Device Not Returned To Manufacturer

Is The Device Single Use? Yes

Is this a Reprocessed and Reused Single-Use Device? No

Is the Device an Implant? Yes

Is this an Explanted Device?

Type of Device Usage Initial

Database last updated on July 31, 2008

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

Cahill II 00014

U.S. Department of Health and Human Services
Food and Drug Administration

Smith & Nephew, Inc., Orthopaedic Division

**MEDWATCH**
**3500A Facsimile**

For use by user-facilities,
importers, distributors and manufacturers
for MANDATORY reporting

Page 1 of 3

Relsys International Inc., PDA Facsimile Approval: 4/17/2007

| Mfr Report # | |
|---|---|
| Mfr/Importer Report # | 1020279-2008-00092 |

FDA Use Only

## A. PATIENT INFORMATION

| 1. Patient Identifier | 2. Age at Time of Event: | 3. Sex | 4. Weight |
|---|---|---|---|
| W.Y. | UNK | ☐ Female | UNK lbs |
| In confidence | or Date of Birth: | ☒ Male | or kgs |

## B. ADVERSE EVENT OR PRODUCT PROBLEM

1. ☒ Adverse Event and/or ☐ Product Problem (e.g., defects/malfunctions)

2. Outcomes Attributed to Adverse Event (Check all that apply)
- ☐ Death ____ (mm/dd/yyyy)
- ☐ Life-threatening
- ☒ Hospitalization - initial or prolonged
- ☒ Required Intervention to Prevent Permanent Impairment/Damage (Devices)
- ☐ Disability or Permanent Damage
- ☐ Congenital Anomaly/Birth Defect
- ☐ Other Serious (Important Medical Events)

3. Date of Event (mm/dd/yyyy)
UNK

4. Date of This Report (mm/dd/yyyy)
03/20/2008

5. Describe Event or Problem

It was reported that revision sugery was performed due to breakage of the stem.

6. Relevant Tests/Laboratory Data, Including Dates
UNK

7. Other Relevant History, Including Preexisting Medical Conditions (e.g. allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)
UNK

## C. SUSPECT PRODUCT(S)

1. Name (Give labeled strength & mfr/labeler)
# 1.
# 2.

2. Dose, Frequency & Route Used
# 1.
# 2.

3. Therapy Dates (If unknown, give duration) from/to (or best estimate)
# 1.
# 2.

4. Diagnosis for Use (Indication)
# 1.
# 2.

5. Event Abated After Use Stopped or Dose Reduced?
# 1. ☐ Yes ☐ No ☐ Doesn't Apply
# 2. ☐ Yes ☐ No ☐ Doesn't Apply

6. Lot #
# 1.
# 2.

7. Exp. date
# 1.
# 2.

8. Event Reappeared After Reintroduction?
# 1. ☐ Yes ☐ No ☐ Doesn't Apply
# 2. ☐ Yes ☐ No ☐ Doesn't Apply

9. NDC # or Unique ID

10. Concomitant Medical Products and Therapy Dates (Exclude treatment of event)

## D. SUSPECT MEDICAL DEVICE

1. Brand Name
Echelon

2. Common Device Name
Hip Stem

3. Manufacturer Name, City and State
Smith & Nephew Inc., Orthopaedic Div.
1450 Brooks Road
Memphis, TN 38116 USA

| 4. Model # | | | 5. Operator of Device |
|---|---|---|---|
| NA | Lot # UNK | | ☒ Health Professional |
| Catalog # UNK | Expiration Date (mm/dd/yyyy) UNK | | ☐ Lay User/Patient |
| Serial # NA | Other # NA | | ☐ Other: |

6. If Implanted, Give Date (mm/dd/yyyy)
UNK

7. If Explanted, Give Date (mm/dd/yyyy)
UNK

8. Is this a Single-use Device that was Reprocessed and Reused on a Patient?
☐ Yes ☒ No

9. If Yes to Item No. 8, Enter Name and Address of Reprocessor

10. Device Available for Evaluation? (Do not send to FDA)
☐ Yes ☒ No ☐ Returned to Manufacturer on ____ (mm/dd/yyyy)

11. Concomitant Medical Products and Therapy Dates (Exclude treatment of event)
UNK

## E. INITIAL REPORTER

1. Name and Address
Teresa Denson,
SMITH & NEPHEW ORTHO SPECIALTIES
1450 BROOKS ROAD
MEMPHIS, TN 38116, USA

Phone # 901-399-5354

2. Health Professional? ☐ Yes ☒ No

3. Occupation
Legal

4. Initial Reporter Also Sent Report to FDA
☐ Yes ☐ No ☒ Unk.

Submission of a report does not constitute an admission that medical personnel, user facility, distributor, manufacturer, or product caused or contributed to the event.

Cahill II  00015

Smith & Nephew, Inc., Orthopaedic Division

# MEDWATCH
**3500A Facsimile (Back)**   (continued)

Page 2 of 3

**FDA USE ONLY**

## F. FOR USE BY USER FACILITY/IMPORTER (Devices Only)

**1. Check One**
☐ User Facility   ☐ Importer

**2. UF/ Importer Report Number**

**3. User Facility or Importer Name/Address**

**4. Contact Person**

**5. Phone Number**

**6. Date User Facility or Importer Became Aware of Event (mm/dd/yyyy)**

**7. Type of Report**
☐ Initial
☐ Follow-up #

**8. Date of This Report (mm/dd/yyyy)**

**9. Approximate Age of Device**

**10. Event Problem Codes (Refer to coding manual)**
Patient Code
Device Code

**11. Report Sent to FDA?**
☐ Yes   (mm/dd/yyyy)
☐ No

**12. Location Where Event Occurred**
☐ Hospital   ☐ Outpatient Diagnostic Facility
☐ Home   ☐ Ambulatory Surgical Facility
☐ Nursing Home
☐ Outpatient Treatment
☐ Other:   (Specify)

**13. Report Sent to Manufacturer?**
☐ Yes   (mm/dd/yyyy)
☐ No

**14. Manufacturer Name/Address**

## G. ALL MANUFACTURERS

**1. Contact Office - Name/Address (and Manufacturing Site for Devices)**
Ms. Melanie Travis, Reg Compliance Specialist
Smith & Nephew, Inc., Orthopaedic Division
1450 Brooks Road
Memphis, TN 38116 USA
Site: Smith & Nephew Inc., Orthopaedic Div.
1450 Brooks Road
Memphis, TN 38116 USA

**2. Phone Number**
(901) 399-6233

**3. Report Source (Check all that apply)**
☐ Foreign
☐ Study
☐ Literature
☐ Consumer
☐ Health Professional
☐ User Facility
☒ Company Representative
☐ Distributor
☐ Other:

**4. Date Received by Manufacturer (mm/dd/yyyy)**
03/06/2008

**5.**
(A)NDA #
IND #
STN #
PMA/ 510(k) #
Combination Product   ☐ Yes
Pre-1938   ☐ Yes
OTC Product   ☐ Yes

**6. If IND, Give Protocol #**

**6. Adverse Event Term(s)**

**7. Type of Report (Check all that apply)**
☐ 5-day   ☐ 30-day
☐ 7-day   ☐ Periodic
☐ 10-day   ☒ Initial
☐ 15-day   ☐ Follow-up #

**9. Manufacturer Report Number**
1020279-2008-00092

## H. DEVICE MANUFACTURERS ONLY

**1. Type of Reportable Event**
☐ Death
☒ Serious Injury
☐ Malfunction
☐ Other:

**2. If Follow-up, What Type?**
☐ Correction
☐ Additional Information
☐ Response to FDA Request
☐ Device Evaluation

**3. Device Evaluated by Manufacturer?**
☒ Not Returned to Manufacturer
☐ Yes   ☐ Evaluation Summary Attached
☐ No (Attach page to explain why not) or provide code:

**4. Device Manufacture Date (mm/yyyy)**
UNK

**5. Labeled for Single Use ?**
☒ Yes   ☐ No

**6. Evaluation Codes (Refer to coding manual)**
Method
Results
Conclusions

**7. If Remedial Action Initiated, Check Type**
☐ Recall   ☐ Notification
☐ Repair   ☐ Inspection
☐ Replace   ☐ Patient Monitoring
☐ Relabeling   ☐ Modification/ Adjustment
☐ Other:

**8. Usage of Device**
☒ Initial Use of Device
☐ Reuse
☐ Unknown

**9. If action reported to FDA under 21 USC 360i(f), list correction/ removal reporting number:**

**10.** ☐ Additional Manufacturer Narrative   and/or

**11.** ☐ Corrected Data

The public reporting burden for this collection of information has been estimated to average 66 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

Department of Health and Human Services
Food and Drug Administration - MedWatch
10903 New Hampshire Avenue
Building 22, Mail Stop 4447
Silver Spring, MD 20993-0002
**Please DO NOT RETURN this form to this address**

**OMB Statement:**
"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number."

Cahill II  00016

**MEDWATCH**

**3500A Facsimile (Back) - (continued)**

Page  3  of  3

Smith & Nephew, Inc., Orthopaedic Division

Mfr Report #

UF/Importer Report #    1020279-2008-00092

FDA Use Only

ADDITIONAL INFORMATION

Cahill II  00017



**U.S. Food and Drug Administration**

CENTER FOR DEVICES AND RADIOLOGICAL HEALTH

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH



510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

## SMITH & NEPHEW, INC. ECHELON STEM

back to search results

**Catalog Number** 71340514

**Event Type** Injury  **Patient Outcome** Hospitalization; Required Intervention
**Event Description**
It was reported that revision surgery was performed due to a fracture of the device.

**Manufacturer Narrative**
Na.

## Search Alerts/Recalls

new search | submit an adverse event report

|  |  |
|---|---|
| **Brand Name** | ECHELON |
| **Type of Device** | STEM |
| **Baseline Device 510(K) Number** | |
| **Baseline Device PMA Number** | |
| **Manufacturer (*Section F*)** | SMITH & NEPHEW, INC. 1450 Brooks Rd. Memphis TN 38116 |
| **Manufacturer (*Section D*)** | SMITH & NEPHEW, INC. 1450 Brooks Rd. Memphis TN 38116 |
| **Manufacturer (*Section G*)** | SMITH & NEPHEW, INC. 1450 Brooks Rd. Memphis TN 38116 |
| **Manufacturer Contact** | Melanie Travis, Reg Compliance 1450 Brooks Rd. Memphis , TN 38116 (901) 399 -6233 |
| **Device Event Key** | 942788 |
| **MDR Report Key** | 973024 |
| **Event Key** | 933607 |

Report Number 1020279-2008-00001

Device Sequence Number 1

Product Code KWY

Report Source Manufacturer

Source Type Company Representative

Reporter Occupation Other

Type of Report Initial

Report Date 01/02/2008

*1* Device Was Involved in the Event

*1* Patient Was Involved in the Event

Date FDA Received 01/03/2008

Is This An Adverse Event Report? Yes

Is This A Product Problem Report? No

Device Operator Health Professional

Device Catalogue Number 71340514

Device LOT Number 01AM14333

Was Device Available For Evaluation? No

Is The Reporter A Health Professional? No

Was The Report Sent To Manufacturer? No

Date Manufacturer Received 12/04/2007

Was Device Evaluated By Manufacturer? Device Not Returned To Manufacturer

Date Device Manufactured 01/01/2001

Is The Device Single Use? No

Is this a Reprocessed and Reused Single-Use Device? No

Is the Device an Implant? No

Is this an Explanted Device?

Type of Device Usage Initial

Database last updated on July 31, 2008

---

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

Cahill II  00019



**CENTER FOR DEVICES AND RADIOLOGICAL HEALTH**

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH



510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

**SMITH & NEPHEW, INC./ ORTHOPAEDIC DIV. ECHELON STEM**     back to search results

**Catalog Number** 71340415
**Event Date** 08/17/2007
**Event Type** Injury   **Patient Outcome** Hospitalization; Required Intervention
**Manufacturer Narrative**
Na.

**Event Description**
It was reported that revision surgery was performed due to a fracture of the device.

**Search Alerts/Recalls**

new search  |  submit an adverse event report

|  |  |
|---:|:---|
| **Brand Name** | ECHELON |
| **Type of Device** | STEM |
| **Baseline Device 510(K) Number** | |
| **Baseline Device PMA Number** | |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC.,/ ORTHOPAEDIC DIV. 1450 Brooks Road Memphis TN 38116 |
| **Manufacturer (Section D)** | SMITH & NEPHEW, INC.,/ ORTHOPAEDIC DIV. 1450 Brooks Road Memphis TN 38116 |
| **Manufacturer (Section G)** | SMITH & NEPHEW, INC. 1450 Brooks Road Memphis TN 38116 |
| **Manufacturer Contact** | Melanie Travis, 1450 Brooks Road Memphis , TN 38116 (901) 399 -6233 |
| **Device Event Key** | 887982 |

Cahill II 00020

MDR Report Key 912475

Event Key 874708

Report Number 1020279-2007-00220

Device Sequence Number 1

Product Code JDH

Report Source Manufacturer

Source Type Company Representative

Reporter Occupation Other

Type of Report Initial

Report Date 08/15/2007

*1* Device Was Involved in the Event

*1* Patient Was Involved in the Event

Date FDA Received 09/14/2007

Is This An Adverse Event Report? Yes

Is This A Product Problem Report? No

Device Operator Health Professional

Device Catalogue Number 71340415

Device LOT Number 00805321

Was Device Available For Evaluation? Device Returned To Manufacturer

Date Returned to Manufacturer 08/21/2007

Is The Reporter A Health Professional? No

Was The Report Sent To Manufacturer? No

Date Manufacturer Received 08/15/2007

Was Device Evaluated By Manufacturer? Yes

Is The Device Single Use? Yes

Is this a Reprocessed and Reused Single-Use Device? No

Is the Device an Implant? No

Is this an Explanted Device?

Type of Device Usage Initial

Database last updated on July 31, 2008

Cahill II 00021

Center for Devices and Radiological Health / CDRH

Cahill II  00022

U.S. Department of Health and Human Services
Food and Drug Administration

**Smith & Nephew, Inc., Orthopaedic Division**

## MEDWATCH
**3500A Facsimile**

For use by user-facilities,
importers, distributors and manufacturers
for MANDATORY reporting

Page 1 of 3

Relsys International Inc., FDA Facsimile Approval: 4/17/2007

Mfr Report #    1020279-2007-00186
UF/Importer Report #

FDA Use Only

### A. PATIENT INFORMATION

| 1. Patient Identifier | 2. Age at Time of Event: | 3. Sex | 4. Weight |
|---|---|---|---|
| UNK in confidence | 80 or Date of Birth: UNK | ☐ Female ☒ Male | UNK lbs or UNK kgs |

### B. ADVERSE EVENT OR PRODUCT PROBLEM

1. ☒ Adverse Event and/or ☒ Product Problem (e.g., defects/malfunctions)

2. Outcomes Attributed to Adverse Event (Check all that apply)
- ☐ Death (mm/dd/yyyy)
- ☐ Life-threatening
- ☒ Hospitalization - initial or prolonged
- ☒ Required Intervention to Prevent Permanent Impairment/Damage (Devices)
- ☐ Disability or Permanent Damage
- ☐ Congenital Anomaly/Birth Defect
- ☐ Other Serious (Important Medical Events)

3. Date of Event (mm/dd/yyyy): 07/13/2007
4. Date of This Report (mm/dd/yyyy): 07/16/2007

5. Describe Event or Problem

It was reported that revision surgery was performed due to a Prosthesis being fatigued, and broke.

6. Relevant Tests/Laboratory Data, Including Dates

It has been implanted approximately 4 1/2 yrs before breakage.

7. Other Relevant History, Including Preexisting Medical Conditions (e.g. allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)

UNK

### C. SUSPECT PRODUCT(S)

1. Name (Give labeled strength & mfr/labeler)
#1.
#2.

2. Dose, Frequency & Route Used
#1.
#2.

3. Therapy Dates (If unknown, give duration) from/to (or best estimate)
#1.
#2.

4. Diagnosis for Use (Indication)
#1.
#2.

5. Event Abated After Use Stopped or Dose Reduced?
#1. ☐ Yes ☐ No ☐ Doesn't Apply
#2. ☐ Yes ☐ No ☐ Doesn't Apply

6. Lot #
#1.
#2.

7. Exp. date
#1.
#2.

8. Event Reappeared After Reintroduction?
#1. ☐ Yes ☐ No ☐ Doesn't Apply
#2. ☐ Yes ☐ No ☐ Doesn't Apply

9. NDC # or Unique ID

10. Concomitant Medical Products and Therapy Dates (Exclude treatment of event)

### D. SUSPECT MEDICAL DEVICE

1. Brand Name
ECHELON

2. Common Device Name
Stem

3. Manufacturer Name, City and State
Smith & Nephew Inc., Orthopaedic Div.
1450 Brooks Road
Memphis, TN 38116 USA

| 4. Model # NA | Lot # 00504577A | 5. Operator of Device ☒ Health Professional |
| Catalog # 71340112 | Expiration Date (mm/dd/yyyy) UNK | ☐ Lay User/Patient |
| Serial # NA | Other # NA | ☐ Other: |

6. If Implanted, Give Date (mm/dd/yyyy) UNK
7. If Explanted, Give Date (mm/dd/yyyy) 07/12/2007

8. Is this a Single-use Device that was Reprocessed and Reused on a Patient?
☐ Yes ☒ No

9. If Yes to Item No. 8, Enter Name and Address of Reprocessor

10. Device Available for Evaluation? (Do not send to FDA)
☐ Yes ☐ No ☒ Returned to Manufacturer on 07/18/2007 (mm/dd/yyyy)

11. Concomitant Medical Products and Therapy Dates (Exclude treatment of event)
UNK

### E. INITIAL REPORTER

1. Name and Address        Phone # 203 573 6000

Scott Strzelecki,
WATERBURY HOSP HLTH CTR
64 ROBBINS ST
WATERBURY, CT 06708, USA

2. Health Professional? ☐ Yes ☒ No
3. Occupation  Sales
4. Initial Reporter Also Sent Report to FDA ☐ Yes ☐ No ☒ Unk.

Submission of a report does not constitute an admission that medical personnel, user facility, distributor, manufacturer, or product caused or contributed to the event.

Smith & Nephew, Inc., Orthopaedic Division

# MEDWATCH
· 3500A Facsimile (Back)    (continued)                    Page 2 of 3

| FDA USE ONLY |
| --- |

## F. FOR USE BY USER FACILITY/IMPORTER (Devices Only)

**1. Check One**
☐ User Facility   ☐ Importer

**2. UF/ Importer Report Number**

**3. User Facility or Importer Name/Address**

**4. Contact Person**

**5. Phone Number**

**6. Date User Facility or Importer Became Aware of Event (mm/dd/yyyy)**

**7. Type of Report**
☐ Initial
☐ Follow-up #

**8. Date of This Report (mm/dd/yyyy)**

**9. Approximate Age of Device**

**10. Event Problem Codes (Refer to coding manual)**
Patient Code
Device Code

**11. Report Sent to FDA?**
☐ Yes _____ (mm/dd/yyyy)
☐ No

**12. Location Where Event Occurred**
☐ Hospital       ☐ Outpatient Diagnostic Facility
☐ Home          ☐ Ambulatory Surgical Facility
☐ Nursing Home
☐ Outpatient Treatment Facility
☐ Other: _____ (Specify)

**13. Report Sent to Manufacturer?**
☐ Yes _____ (mm/dd/yyyy)
☐ No

**14. Manufacturer Name/Address**

## G. ALL MANUFACTURERS

**1. Contact Office - Name/Address (and Manufacturing Site for Devices)**

Mrs. Melanie Travis, Reg Compliance
Smith & Nephew, Inc., Orthopaedic Division
1450 Brooks Road
Memphis, TN  38116 USA
Site: Smith & Nephew Inc., Orthopaedic Div.
1450 Brooks Road
Memphis, TN  38116 USA

**2. Phone Number**
(901) 399-6233

**3. Report Source (Check all that apply)**
☐ Foreign
☐ Study
☐ Literature
☐ Consumer
☐ Health Professional
☐ User Facility
☒ Company Representative
☐ Distributor
☐ Other:

**4. Date Received by Manufacturer (mm/dd/yyyy)**
07/16/2007

**5.**
A)NDA #
IND #
STN#
PMA/510(k) #
Combination Product ☐ Yes
Pre-1938 ☐ Yes
OTC Product ☐ Yes

**6. If IND, Give Protocol #**

**7. Type of Report (Check all that apply)**
☐ 5-day     ☐ 30-day
☐ 7-day     ☐ Periodic
☐ 10-day   ☒ Initial
☐ 15-day   ☐ Follow-up #

**8. Adverse Event Term(s)**

**9. Manufacturer Report Number**
1020279-2007-00186

## H. DEVICE MANUFACTURERS ONLY

**1. Type of Reportable Event**
☐ Death
☒ Serious Injury
☐ Malfunction
☐ Other:

**2. If Follow-up, What Type?**
☐ Correction
☐ Additional Information
☐ Response to FDA Request
☐ Device Evaluation

**3. Device Evaluated by Manufacturer?**
☐ Not Returned to Manufacturer
☒ Yes   ☐ Evaluation Summary Attached
☐ No (Attach page to explain why not) or provide code: 02

**4. Device Manufacture Date (mm/yyyy)**
UNK

**5. Labeled for Single Use ?**
☒ Yes       ☐ No

**6. Evaluation Codes (Refer to coding manual)**
Method
Results
Conclusions

**7. If Remedial Action Initiated, Check Type**
☐ Recall          ☐ Notification
☐ Repair          ☐ Inspection
☐ Replace        ☐ Patient Monitoring
☐ Relabeling    ☐ Modification/Adjustment
☐ Other:

**8. Usage of Device**
☒ Initial Use of Device
☐ Reuse
☐ Unknown

**9. If action reported to FDA under 21 USC 360i(f), list correction/removal reporting number:**

**10.** ☐ Additional Manufacturer Narrative   and/or   **11.** ☐ Corrected Data

NA

The public reporting burden for this collection of information has been estimated to average 66 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of

Department of Health and Human Services
Food and Drug Administration - MedWatch
10903 New Hampshire Avenue
Building 22, Mail Stop 4447

OMB Statement:
"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it

III II 00024

Smith & Nephew, Inc., Orthopaedic Division

## MEDWATCH
**3500A Facsimile (Back)**  *(continued)*

Page  3  of  3

| Mfr Report # | 1020279-2007-00186 |
| UF/Importer Report # | |
| | FDA Use Only |

**ADDITIONAL INFORMATION**

Cahill II  00025