

# FDA  U.S. Food and Drug Administration
Department of Health and Human Services

## CENTER FOR DEVICES AND RADIOLOGICAL HEALTH

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

### SMITH & NEPHEW, INC. ORTHOPAEDIC DIV. ECHELON FEMORAL COMPONENT

back to search
results

**Catalog Number** 71340214
**Event Date** 04/04/2007
**Event Type** Injury   **Patient Outcome**  Hospitalization; Required Intervention
**Manufacturer Narrative**
Na.

### Event Description
It was reported that revision surgery was performed due to a fracture of the device.

### Search Alerts/Recalls

new search  |  submit an adverse event report

| | |
|---|---|
| **Brand Name** | ECHELON |
| **Type of Device** | FEMORAL COMPONENT |
| **Baseline Device 510(K) Number** | |
| **Baseline Device PMA Number** | |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC. ORTHOPAEDIC DIV. 1450 Brooks Rd. Memphis TN 38116 |
| **Manufacturer (Section D)** | SMITH & NEPHEW, INC. ORTHOPAEDIC DIV. 1450 Brooks Rd. Memphis TN 38116 |
| **Manufacturer (Section G)** | SMITH & NEPHEW, INC. 1450 Brooks Rd. Memphis TN 38116 |
| **Manufacturer Contact** | Melanie Travis 1450 Brooks Rd. Memphis , TN 38116 (901) 399 -6233 |

Cahill II  00026

Device Event Key  867772

MDR Report Key  888917

Event Key  851293

Report Number  1020279-2007-00175

Device Sequence Number  1

Product Code  KWY

Report Source  Manufacturer

Source Type  Company Representative

Reporter Occupation  UNKNOWN

Type of Report  Initial

Report Date  07/05/2007

*1* Device Was Involved in the Event

*1* Patient Was Involved in the Event

Date FDA Received  08/03/2007

Is This An Adverse Event Report?  Yes

Is This A Product Problem Report?  No

Device Operator  Health Professional

Device Catalogue Number  71340214

Device LOT Number  81108343R

Was Device Available For Evaluation?  No

Is The Reporter A Health Professional?  No

Event Location  Hospital

Was The Report Sent To Manufacturer?  No

Date Manufacturer Received  07/05/2007

Was Device Evaluated By Manufacturer?  Device Not Returned To Manufacturer

Is The Device Single Use?  Yes

Is this a Reprocessed and Reused Single-Use Device?  No

Is the Device an Implant?  No

Type of Device Usage  Initial

Database last updated on July 31, 2008

Cahill II  00027

Center for Devices and Radiological Health / CDRH

Cahill II  00028



# FDA  U.S. Food and Drug Administration

## CENTER FOR DEVICES AND RADIOLOGICAL HEALTH

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

### SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. ECHELON ROD            back to search results

**Catalog Number** 71340413

**Event Type**  Injury   **Patient Outcome**  Hospitalization; Required Intervention

**Event Description**

It was reported that revision surgery was performed due to a fracture in the device.

**Manufacturer Narrative**

Na.

### Search Alerts/Recalls

new search  |  submit an adverse event report

| | |
|---:|---|
| **Brand Name** | ECHELON |
| **Type of Device** | ROD |
| **Baseline Device 510(K) Number** | |
| **Baseline Device PMA Number** | |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. 1450 Brooks Rd. Memphis TN 38116 |
| **Manufacturer (Section D)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. 1450 Brooks Rd. Memphis TN 38116 |
| **Manufacturer (Section G)** | SMITH & NEPHEW, INC. 1450 Brooks Rd. Memphis TN 38116 |
| **Manufacturer Contact** | Melanie Travis, Reg Compliance 1450 Brooks Rd. Memphis , TN 38116 (901) 399 -6233 |
| **Device Event Key** | 864668 |

Cahill II  00029

| | |
|---|---|
| **MDR Report Key** | 885872 |
| **Event Key** | 848264 |
| **Report Number** | 1020279-2007-00170 |
| **Device Sequence Number** | 1 |
| **Product Code** | HSB |
| **Report Source** | Manufacturer |
| **Source Type** | Company Representative |
| **Reporter Occupation** | Other |
| **Type of Report** | Initial |
| **Report Date** | 06/29/2007 |
| **1 Device Was Involved in the Event** | |
| **1 Patient Was Involved in the Event** | |
| **Date FDA Received** | 07/27/2007 |
| **Is This An Adverse Event Report?** | Yes |
| **Is This A Product Problem Report?** | No |
| **Device Operator** | Health Professional |
| **Device Catalogue Number** | 71340413 |
| **Was Device Available For Evaluation?** | No |
| **Is The Reporter A Health Professional?** | No |
| **Was The Report Sent To Manufacturer?** | No |
| **Date Manufacturer Received** | 06/29/2007 |
| **Was Device Evaluated By Manufacturer?** | Device Not Returned To Manufacturer |
| **Is The Device Single Use?** | Yes |
| **Is this a Reprocessed and Reused Single-Use Device?** | No |
| **Is the Device an Implant?** | No |
| **Type of Device Usage** | Initial |

Database last updated on July 31, 2008

---

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

Cahill II 00030



**FDA  U.S. Food and Drug Administration**  *Department of Health and Human Services*

CENTER FOR DEVICES AND RADIOLOGICAL HEALTH

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

### SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. ECHELON FEMORAL COMPONENT

back to search results

**Catalog Number** 71310312

**Event Date** 12/05/2006

**Event Type** Injury   **Patient Outcome** Hospitalization; Required Intervention

**Event Description**

It was reported that revision surgery was performed due to the breaking of the femoral component.

**Manufacturer Narrative**

Na.

**Search Alerts/Recalls**

new search | submit an adverse event report

| | |
|---|---|
| **Brand Name** | ECHELON |
| **Type of Device** | FEMORAL COMPONENT |
| **Baseline Device 510(K) Number** | |
| **Baseline Device PMA Number** | |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. 1450 Brooks Rd. Memphis TN 38116 |
| **Manufacturer (Section D)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. 1450 Brooks Rd. Memphis TN 38116 |
| **Manufacturer (Section G)** | SMITH & NEPHEW, INC. 1450 Brooks Rd. Memphis TN 38116 |
| **Manufacturer Contact** | Melanie Travis 1450 Brooks Rd. Memphis , TN 38116 |

Cahill II 00031

(901) 399 -6233

| | |
|---|---|
| **Device Event Key** | 855797 |
| **MDR Report Key** | 874996 |
| **Event Key** | 771776 |
| **Report Number** | 1020279-2007-00152 |
| **Device Sequence Number** | 1 |
| **Product Code** | HSA |
| **Report Source** | Manufacturer |
| **Source Type** | Company Representative |
| **Reporter Occupation** | Other |
| **Type of Report** | Initial |
| **Report Date** | 06/04/2007 |
| ***1* Device Was Involved in the Event** | |
| ***1* Patient Was Involved in the Event** | |
| **Date FDA Received** | 07/05/2007 |
| **Is This An Adverse Event Report?** | Yes |
| **Is This A Product Problem Report?** | No |
| **Device Operator** | Health Professional |
| **Device Catalogue Number** | 71310312 |
| **Was Device Available For Evaluation?** | No |
| **Is The Reporter A Health Professional?** | No |
| **Was The Report Sent To Manufacturer?** | No |
| **Date Manufacturer Received** | 06/04/2007 |
| **Was Device Evaluated By Manufacturer?** | Device Not Returned To Manufacturer |
| **Is The Device Single Use?** | Yes |
| **Is this a Reprocessed and Reused Single-Use Device?** | No |
| **Is the Device an Implant?** | No |
| **Type of Device Usage** | Initial |

Database last updated on July 31, 2008

---

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

Cahill II 00032

U.S. Department of Health and Human Services
Food and Drug Administration

**MEDWATCH**
**3500A Facsimile**

Smith & Nephew, Inc., Orthopaedic Division
For use by user-facilities,
importers, distributors and manufacturers
for MANDATORY reporting

Relsys International Inc., FDA Facsimile Approval: 2/16/1999

Mfr Report #

Ltr/Importer Report # 1020279-2007-00036

Page 1 of 3

FDA Use Only

### A. PATIENT INFORMATION

| 1. Patient Identifier | 2. Age at Time of Event: | 3. Sex | 4. Weight |
|---|---|---|---|
| C.D. | or UNK Date of Birth: 01/24/52 | [x] Female [ ] Male | UNK lbs or UNK kgs |
| In confidence | | | |

### B. ADVERSE EVENT OR PRODUCT PROBLEM

1. [x] Adverse Event   and/or   [ ] Product Problem (e.g., defects/malfunctions)

2. Outcomes Attributed to Adverse Event (Check all that apply)
- [ ] Death _____ (mm/dd/yyyy)
- [ ] Life-threatening
- [x] Hospitalization - initial or prolonged
- [x] Required Intervention to Prevent Permanent Impairment/Damage (Devices)
- [ ] Disability or Permanent Damage
- [ ] Congenital Anomaly/Birth Defect
- [ ] Other Serious (Important Medical Events)

3. Date of Event (mm/dd/yyyy)
01/30/2007

4. Date of This Report (mm/dd/yyyy)
02/28/2007

5. Describe Event or Problem
It was reported that revision surgery was performed due to breakage of the device.

### C. SUSPECT PRODUCT(S)

1. Name (Give labeled strength & mfr/labeler)
# 1.

2. Dose, Frequency & Route Used
# 1.
# 2.

3. Therapy Dates (If unknown, give duration from/to (or best estimate)
# 1.
# 2.

4. Diagnosis for Use (Indication)
# 1.
# 2.

5. Event Abated After Use Stopped or Dose Reduced?
# 1. [ ] Yes [ ] No [ ] Doesn't Apply
# 2. [ ] Yes [ ] No [ ] Doesn't Apply

6. Lot #
# 1.
# 2.

7. Exp. date
# 1.
# 2.

8. Event Reappeared After Reintroduction?
# 1. [ ] Yes [ ] No [ ] Doesn't Apply
# 2. [ ] Yes [ ] No [ ] Doesn't Apply

9. NDC # or Unique ID

10. Concomitant Medical Products and Therapy Dates (Exclude treatment of event)

### D. SUSPECT MEDICAL DEVICE

1. Brand Name
Femoral Stem

2. Common Device Name
Echelon

3. Manufacturer Name, City and State
Smith & Nephew Inc., Orthopaedic Div.
1450 Brooks Road
Memphis, TN 38116 USA

| 4. Model # | Lot # | 5. Operator of Device |
|---|---|---|
| NA | 90803889 | [x] Health Professional |
| Catalog # | Expiration Date (mm/dd/yyyy) | [ ] Lay User/Patient |
| 71340813 | UNK | [ ] Other: |
| Serial # | Other # | |
| NA | NA | |

6. If Implanted, Give Date (mm/dd/yyyy)
08/10/2000

7. If Explanted, Give Date (mm/dd/yyyy)
01/30/07

8. Is this a Single-use Device that was Reprocessed and Reused on a Patient?
[ ] Yes  [x] No

9. If Yes to Item No. 8, Enter Name and Address of Reprocessor

6. Relevant Tests/Laboratory Data, Including Dates
UNK

7. Other Relevant History, Including Preexisting Medical Conditions (e.g. allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)
UNK

10. Device Available for Evaluation? (Do not send to FDA)
[ ] Yes [ ] No [x] Returned to Manufacturer on 02/16/2007 (mm/dd/yyyy)

11. Concomitant Medical Products and Therapy Dates (Exclude treatment of event)
UNK

### E. INITIAL REPORTER

1. Name and Address
George Orza,
Smith & Nephew, Inc.
1800 S. Canyon Park Circle, Suite 102
Edmond, OK 73013, USA

Phone # 405-330-0040

2. Health Professional?
[ ] Yes [x] No

3. Occupation
Sales Rep

4. Initial Reporter Also Sent Report to FDA
[ ] Yes [ ] No [x] Unk

Submission of a report does not constitute an admission that medical personnel, user facility, distributor, manufacturer, or product caused or contributed to the event.

Smith & Nephew, Inc., Orthopaedic Division

## MEDWATCH
3500A Facsimile (Back)    *(continued)*

Page **2** of **3**

FDA USE ONLY

### F. FOR USE BY USER FACILITY/IMPORTER *(Devices Only)*

1. Check One
- [ ] User Facility
- [ ] Importer

2. UF/ Importer Report Number

3. User Facility or Importer Name/Address

4. Contact Person

5. Phone Number

6. Date User Facility or Importer Became Aware of Event *(mm/dd/yyyy)*

7. Type of Report
- [ ] Initial
- [ ] Follow-up #

8. Date of This Report *(mm/dd/yyyy)*

9. Approximate Age of Device

10. Event Problem Codes *(Refer to coding manual)*
   - Patient Code
   - Device Code

11. Report Sent to FDA?
- [ ] Yes
- [ ] No    *(mm/dd/yyyy)*

12. Location Where Event Occurred
- [ ] Hospital
- [ ] Home
- [ ] Nursing Home
- [ ] Outpatient Treatment Facility
- [ ] Outpatient Diagnostic Facility
- [ ] Ambulatory Surgical Facility
- [ ] Other:    *(Specify)*

13. Report Sent to Manufacturer?
- [ ] Yes
- [ ] No    *(mm/dd/yyyy)*

14. Manufacturer Name/Address

### H. DEVICE MANUFACTURERS ONLY

1. Type of Reportable Event
- [ ] Death
- [x] Serious Injury
- [ ] Malfunction
- [ ] Other:

2. If Follow-up, What Type?
- [ ] Correction
- [ ] Additional Information
- [ ] Response to FDA Request
- [ ] Device Evaluation

3. Device Evaluated by Manufacturer?
- [ ] Not Returned to Manufacturer
- [ ] Yes    [ ] Evaluation Summary Attached
- [x] No (Attach page to explain why not) or provide code:    **02**

4. Device Manufacture Date *(mm/yyyy)*    **08/1999**

5. Labeled for Single Use?
- [x] Yes
- [ ] No

6. Evaluation Codes *(Refer to coding manual)*
   - Method
   - Results
   - Conclusions

7. If Remedial Action Initiated, Check Type
- [ ] Recall
- [ ] Repair
- [ ] Replace
- [ ] Relabeling
- [ ] Other:
- [ ] Notification
- [ ] Inspection
- [ ] Patient Monitoring
- [ ] Modification/Adjustment

8. Usage of Device
- [x] Initial Use of Device
- [ ] Reuse
- [ ] Unknown

9. If action reported to FDA under 21 USC 360i(f), list correction/removal reporting number:

10. [ ] Additional Manufacturer Narrative    and/or    11. [ ] Corrected Data

### G. ALL MANUFACTURERS

1. Contact Office - Name/Address *(and Manufacturing Site for Devices)*

Mrs. Melanie Travis, Reg Compliance
Smith & Nephew, Inc., Orthopaedic Division
1450 Brooks Road
Memphis, TN  38116 USA
Site: Smith & Nephew Inc., Orthopaedic Div.
1450 Brooks Road
Memphis, TN  38116 USA

2. Phone Number
   **(901) 399-6233**

3. Report Source *(Check all that apply)*
- [ ] Foreign
- [ ] Study
- [ ] Literature
- [ ] Consumer
- [ ] Health Professional
- [ ] User Facility
- [x] Company Representative
- [ ] Distributor
- [ ] Other

4. Date Received by Manufacturer *(mm/dd/yyyy)*
   **01/31/2007**

5.
   - (A)NDA #
   - IND #
   - STN #
   - PMA/510(k) #

6. If IND, Give Protocol #

Combination Product    [ ] Yes
Pre-1938    [ ] Yes
OTC Product    [ ] Yes

7. Type of Report *(Check all that apply)*
- [ ] 5-day
- [ ] 7-day
- [ ] 10-day
- [ ] 15-day
- [ ] 30-day
- [ ] Periodic
- [x] Initial
- [ ] Follow-up #

8. Adverse Event Term(s)

9. Manufacturer Report Number
   **1020279-2007-00036**

The public reporting burden for this collection of information has been estimated to average 66 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

Department of Health and Human Services
Food and Drug Administration - MedWatch
10903 New Hampshire Avenue
Building 22, Mail Stop 4447
Silver Spring, MD 20993-0002
Please DO NOT RETURN this form to this address

OMB Statement:
"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number."

Cahill II  00034

**MEDWATCH**

3500A Facsimile (Back)    *(continued)*

Page 3 of 3

Smith & Nephew, Inc., Orthopaedic Division

MDR Report #

UF/Importer Report #    1020279-2007-00036

FDA Use Only

**ADDITIONAL INFORMATION**

Cahill II  00035



**FDA U.S. Food and Drug Administration**    Department of Health and Human Services

**CENTER FOR DEVICES AND RADIOLOGICAL HEALTH**

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

### SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. ECHELON FEMORAL COMPONENT

back to search
results

**Catalog Number** 71340513
**Event Date** 10/10/2005
**Event Type** Injury  **Patient Outcome** Hospitalization; Required Intervention
**Event Description**
It was reported that patient underwent revision surgery due to pain.

**Manufacturer Narrative**
Na.

### Search Alerts/Recalls

new search | submit an adverse event report

| | |
|---:|---|
| **Brand Name** | ECHELON |
| **Type of Device** | FEMORAL COMPONENT |
| **Baseline Brand Name** | ECHELON |
| **Baseline Generic Name** | FEMORAL COMPONENT |
| **Baseline Catalogue Number** | 71340513 |
| **Other Baseline ID Number** | UNK |
| **Baseline Device 510(K) Number** | |
| **Baseline Device PMA Number** | |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. 1450 Brooks Road Memphis TN 38116 |
| **Manufacturer (Section D)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. 1450 Brooks Road Memphis TN 38116 |
| **Manufacturer (Section G)** | SMITH & NEPHEW INC. 1450 Brooks Road |

Cahill II 00036

Memphis TN 38116

**Manufacturer Contact**    Nicholas Tabrizi, Specialist
1450 Brooks Road
Memphis , TN 38116
(901) 399 -6017

**Device Event Key** 780342

**MDR Report Key** 792702

**Event Key** 756512

**Report Number** 1020279-2006-00671

**Device Sequence Number** 1

**Product Code** JDI

**Report Source** Manufacturer

**Source Type** Other

**Reporter Occupation** Physician

**Type of Report** Initial

**Report Date** 12/08/2006

*1* **Device Was Involved in the Event**

*1* **Patient Was Involved in the Event**

**Date FDA Received** 12/08/2006

**Is This An Adverse Event Report?** Yes

**Is This A Product Problem Report?** No

**Device Operator** Health Professional

**Device Catalogue Number** 71340513

**Device LOT Number** 80207118

**Was Device Available For Evaluation?** No

**Is The Reporter A Health Professional?** Yes

**Was the Report Sent to FDA?** No

**Date Manufacturer Received** 11/09/2006

**Was Device Evaluated By Manufacturer?** Device Not Returned To Manufacturer

**Is The Device Single Use?** Yes

**Is this a Reprocessed and Reused Single-Use Device?** No

**Is the Device an Implant?** Yes

**Is this an Explanted Device?**

**Type of Device Usage** Initial

Cahill II 00037

Database last updated on July 31, 2008

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

Cahill II  00038

# FDA U.S. Food and Drug Administration
Department of Health and Human Services

## CENTER FOR DEVICES AND RADIOLOGICAL HEALTH

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH



510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

### SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. ECHELON FEMORAL COMPONENT

back to search results

**Catalog Number** 71340613

**Event Type** Injury  **Patient Outcome** Hospitalization; Required Intervention

**Event Description**
It was reported that the stem broke in vivo.

**Manufacturer Narrative**
Na.

### Search Alerts/Recalls

new search | submit an adverse event report

|  |  |
|---|---|
| **Brand Name** | ECHELON |
| **Type of Device** | FEMORAL COMPONENT |
| **Baseline Brand Name** | ECHELON |
| **Baseline Generic Name** | FEMORAL STEM |
| **Baseline Catalogue Number** | 71340613 |
| **Baseline Device Family** | ECHELON POROUS REVISION HIP SYSTEM |
| **Baseline Device 510(K) Number** | K963486 |
| **Baseline Device PMA Number** | |
| **Baseline Preamendment?** | No |
| **Transitional?** | No |
| **510(K) Exempt?** | No |
| **Shelf Life(Months)** | NA |
| **Date First Marketed** | 11/27/1996 |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. 1450 Brooks Rd. |

Memphis TN 38116

**Manufacturer *(Section D)*** SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. 1450 Brooks Rd. Memphis TN 38116

**Manufacturer *(Section G)*** SMITH & NEPHEW INC. 1450 Brooks Road Memphis TN 38116

**Manufacturer Contact** Nicholas Tabrizi, Specialist 1450 Brooks Road Memphis , TN 38116 (901) 399 -6017

**Device Event Key** 780350

**MDR Report Key** 792710

**Event Key** 756520

**Report Number** 1020279-2006-00670

**Device Sequence Number** 1

**Product Code** JDI

**Report Source** Manufacturer

**Source Type** Company Representative

**Reporter Occupation** UNKNOWN

**Type of Report** Initial

**Report Date** 12/08/2006

***1* Device Was Involved in the Event**

***1* Patient Was Involved in the Event**

**Date FDA Received** 12/08/2006

**Is This An Adverse Event Report?** Yes

**Is This A Product Problem Report?** No

**Device Operator** Health Professional

**Device Catalogue Number** 71340613

**Device LOT Number** 01KM01503

**Was Device Available For Evaluation?** Device Returned To Manufacturer

**Date Returned to Manufacturer** 11/08/2006

**Is The Reporter A Health Professional?** No

**Was the Report Sent to FDA?** No

**Date Manufacturer Received** 11/09/2006

**Was Device Evaluated By Manufacturer?** No

Date Device Manufactured  10/01/2001

Is The Device Single Use?  No

Is this a Reprocessed and Reused Single-Use Device?  No

Is the Device an Implant?  Yes

Is this an Explanted Device?  Unknown

Type of Device Usage  Initial

Database last updated on July 31, 2008

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

Cahill II 00041

# FDA  U.S. Food and Drug Administration

### CENTER FOR DEVICES AND RADIOLOGICAL HEALTH

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH



510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

### SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. ECHELON FEMORAL COMPONENT

back to search
results

**Catalog Number** 71340117
**Event Type** Injury  **Patient Outcome** Hospitalization; Required Intervention
**Event Description**
It was reported that revision surgery was performed due to fracture.

**Manufacturer Narrative**
Na.

### Search Alerts/Recalls

new search  |  submit an adverse event report

|  |  |
|---|---|
| **Brand Name** | ECHELON |
| **Type of Device** | FEMORAL COMPONENT |
| **Baseline Brand Name** | ECHELON |
| **Baseline Generic Name** | HIP PROSTHESIS |
| **Baseline Catalogue Number** | 71340117 |
| **Baseline Device Family** | ECHELON HIP SYSTEM |
| **Baseline Device 510(K) Number** | K963486 |
| **Baseline Device PMA Number** | |
| **Baseline Preamendment?** | No |
| **Transitional?** | No |
| **510(K) Exempt?** | No |
| **Shelf Life(Months)** | NA |
| **Date First Marketed** | 11/27/1996 |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. 1450 Brooks Rd. Memphis TN 38116 |

| | |
|---|---|
| **Manufacturer *(Section D)*** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. 1450 Brooks Rd. Memphis TN 38116 |
| **Manufacturer *(Section G)*** | SMITH & NEPHEW, INC. 1450 Brooks Rd Memphis TN 38116 |
| **Manufacturer Contact** | Nicholas Tabrizi, Specialist 1450 Brooks Rd Memphis , TN 38116 (901) 399 -6017 |
| **Device Event Key** | 773026 |
| **MDR Report Key** | 785231 |
| **Event Key** | 749302 |
| **Report Number** | 1020279-2006-00656 |
| **Device Sequence Number** | 1 |
| **Product Code** | JDH |
| **Report Source** | Manufacturer |
| **Source Type** | Other |
| **Reporter Occupation** | Patient |
| **Type of Report** | Initial |
| **Report Date** | 11/17/2006 |
| **1 Device Was Involved in the Event** | |
| **1 Patient Was Involved in the Event** | |
| **Date FDA Received** | 11/17/2006 |
| **Is This An Adverse Event Report?** | Yes |
| **Is This A Product Problem Report?** | No |
| **Device Operator** | Health Professional |
| **Device Catalogue Number** | 71340117 |
| **Was Device Available For Evaluation?** | No |
| **Is The Reporter A Health Professional?** | No |
| **Was the Report Sent to FDA?** | No |
| **Date Manufacturer Received** | 10/19/2006 |
| **Was Device Evaluated By Manufacturer?** | Device Not Returned To Manufacturer |
| **Is The Device Single Use?** | Yes |
| **Is this a Reprocessed and Reused Single-Use Device?** | No |
| **Is the Device an Implant?** | Yes |

Cahill II 00043

Device Experience (MAUDE) Database Search

Page 3 of 3

**is this an Explanted Device?**

**Type of Device Usage** Initial

Database last updated on July 31, 2008

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

Cahill II  00044

Manufacturer and User Facility Device Experience (MAUDE) Database Search    Page 1 of 2



# U.S. Food and Drug Administration

**CENTER FOR DEVICES AND RADIOLOGICAL HEALTH**

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

**SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. ECHELON FEMORAL STEM**

back to search
results

**Catalog Number** 71340414
**Event Date** 08/08/2006
**Event Type** Injury  **Patient Outcome** Hospitalization; Required Intervention
**Event Description**
It was reported that revision surgery was performed on broken stem.

**Manufacturer Narrative**
Na.

## Search Alerts/Recalls

new search  |  submit an adverse event report

|  |  |
|---|---|
| **Brand Name** | ECHELON |
| **Type of Device** | FEMORAL STEM |
| **Baseline Device 510(K) Number** | |
| **Baseline Device PMA Number** | |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. 1450 Brooks Road Memphis TN 38116 |
| **Manufacturer (Section D)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. 1450 Brooks Road Memphis TN 38116 |
| **Manufacturer (Section G)** | SMITH & NEPHEW INC. 1450 Brooks Road Memphis TN 38116 |
| **Manufacturer Contact** | Nicholas Tabrizi, Specialist 1450 Brooks Road Memphis , TN 38116 (901) 399 -6017 |

Cahill II  00045

Manufacturer and User Facility Device Experience (MAUDE) Data...

|  |  |
|---|---|
| Device Event Key | 745458 |
| MDR Report Key | 757561 |
| Event Key | 722153 |
| Report Number | 1020279-2006-00582 |
| Device Sequence Number | 1 |
| Product Code | KWY |
| Report Source | Manufacturer |
| Source Type | Company Representative |
| Reporter Occupation | Other |
| Type of Report | Initial |
| Report Date | 09/05/2006 |
| **1 Device Was Involved in the Event** | |
| **1 Patient Was Involved in the Event** | |
| Date FDA Received | 09/05/2006 |
| Is This An Adverse Event Report? | Yes |
| Is This A Product Problem Report? | No |
| Device Operator | Health Professional |
| Device Catalogue Number | 71340414 |
| Was Device Available For Evaluation? | No |
| Is The Reporter A Health Professional? | No |
| Was the Report Sent to FDA? | No |
| Date Manufacturer Received | 08/10/2006 |
| Was Device Evaluated By Manufacturer? | Device Not Returned To Manufacturer |
| Is The Device Single Use? | No |
| Is this a Reprocessed and Reused Single-Use Device? | No |
| Is the Device an Implant? | Yes |
| Is this an Explanted Device? | |
| Type of Device Usage | Initial |

Database last updated on July 31, 2008

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

Cahill II 00046



**FDA** U.S. Food and Drug Administration
CENTER FOR DEVICES AND RADIOLOGICAL HEALTH
Department of Health and Human Services

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

**SMITH & NEPHEW, INC., ORTHOPAEDIC DIV ECHELON FEMORAL COMPONENT**

back to search
results

**Catalog Number** 71340111

**Event Type** Injury    **Patient Outcome** Hospitalization; Required Intervention

**Event Description**

It was reported that revision was performed due to pain.

**Manufacturer Narrative**

Na.

## Search Alerts/Recalls

new search | submit an adverse event report

| | |
|---|---|
| **Brand Name** | ECHELON |
| **Type of Device** | FEMORAL COMPONENT |
| **Baseline Device 510(K) Number** | |
| **Baseline Device PMA Number** | |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV 1450 Brooks Rd. Memphis TN 38116 |
| **Manufacturer (Section D)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV 1450 Brooks Rd. Memphis TN 38116 |
| **Manufacturer (Section G)** | SMITH & NEPHEW INC, 1450 Brooks Rd Memphis TN 38116 |
| **Manufacturer Contact** | Nicholas Tabrizi, Specialist 1450 Brooks Rd Memphis , TN 38116 (901) 399 -6017 |
| **Device Event Key** | 732448 |

Cahill II 00047

Manufacturer and User Facility Device Experience (MAUDE) Database Search

| | |
|---|---|
| MDR Report Key | 744641 |
| Event Key | 709634 |
| Report Number | 1020279-2006-00564 |
| Device Sequence Number | 1 |
| Product Code | JWH |
| Report Source | Manufacturer |
| Source Type | Company Representative |
| Reporter Occupation | UNKNOWN |
| Type of Report | Initial |
| Report Date | 07/06/2006 |
| **1 Device Was Involved in the Event** | |
| **1 Patient Was Involved in the Event** | |
| Date FDA Received | 08/04/2006 |
| Is This An Adverse Event Report? | Yes |
| Is This A Product Problem Report? | No |
| Device Operator | Health Professional |
| Device Catalogue Number | 71340111 |
| Was Device Available For Evaluation? | Yes |
| Is The Reporter A Health Professional? | No |
| Was the Report Sent to FDA? | No |
| Date Manufacturer Received | 07/06/2006 |
| Was Device Evaluated By Manufacturer? | No |
| Is The Device Single Use? | No |
| Is this a Reprocessed and Reused Single-Use Device? | No |
| Is the Device an Implant? | Yes |
| Is this an Explanted Device? | |
| Type of Device Usage | Initial |

Database last updated on July 31, 2008

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

Cahill II 00048

**FDA** U.S. Food and Drug Administration

**CENTER FOR DEVICES AND RADIOLOGICAL HEALTH**

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH



510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

**SMITH & NEPHEW, INC., ORTHOPAEDIC DIV ECHELON FEMORAL STEM**

back to search
results

**Catalog Number** 71340111
**Event Date** 06/06/2006
**Event Type** Injury  **Patient Outcome** Hospitalization; Required Intervention
**Manufacturer Narrative**
Na.


**Event Description**
Revision surgery was performed due to pain.

### Search Alerts/Recalls

new search | submit an adverse event report

| | |
|---:|---|
| **Brand Name** | ECHELON |
| **Type of Device** | FEMORAL STEM |
| **Baseline Brand Name** | ECHELON |
| **Baseline Generic Name** | FEMORAL STEM |
| **Baseline Catalogue Number** | 71340111 |
| **Baseline Device 510(K) Number** | |
| **Baseline Device PMA Number** | |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV 1450 Brooks Rd. Memphis TN 38116 |
| **Manufacturer (Section D)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV 1450 Brooks Rd. Memphis TN 38116 |
| **Manufacturer (Section G)** | SMITH & NEPHEW, INC. 1450 Brooks Rd Memphis TN 38116 |

Cahill II_00049

| | |
|---|---|
| **Manufacturer Contact** | Nicholas Tabrizi, Specialist<br>1450 Brooks Rd<br>Memphis , TN 38116<br>(901) 399 -6017 |
| **Device Event Key** | 720478 |
| **MDR Report Key** | 732170 |
| **Event Key** | 697465 |
| **Report Number** | 1020279-2006-00547 |
| **Device Sequence Number** | 1 |
| **Product Code** | KWY |
| **Report Source** | Manufacturer |
| **Source Type** | Company Representative |
| **Reporter Occupation** | Physician |
| **Type of Report** | Initial |
| **Report Date** | 06/06/2006 |

*1* Device Was Involved in the Event

*1* Patient Was Involved in the Event

| | |
|---|---|
| **Date FDA Received** | 07/06/2006 |
| **Is This An Adverse Event Report?** | Yes |
| **Is This A Product Problem Report?** | No |
| **Device Operator** | Invalid Data |
| **Device Catalogue Number** | 71340111 |
| **Device LOT Number** | 80806352 |
| **Was Device Available For Evaluation?** | Yes |
| **Is The Reporter A Health Professional?** | Yes |
| **Was the Report Sent to FDA?** | No |
| **Date Manufacturer Received** | 06/06/2006 |
| **Was Device Evaluated By Manufacturer?** | No |
| **Date Device Manufactured** | 08/01/1998 |
| **Is The Device Single Use?** | Yes |
| **Is this a Reprocessed and Reused Single-Use Device?** | No |
| **Is the Device an Implant?** | Yes |
| **Is this an Explanted Device?** | Unknown |
| **Type of Device Usage** | Invalid Data |

Cahill II 00050

Database last updated on July 31, 2008

---

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

Cahill II  00051



# U.S. Food and Drug Administration

**CENTER FOR DEVICES AND RADIOLOGICAL HEALTH**

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

### SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. ECHELON HIP COMPONENT

back to search
results

**Catalog Number** 71342011
**Event Date** 10/11/2005
**Event Type** Injury    **Patient Outcome** Hospitalization; Required Intervention
**Event Description**
The pt underwent revision surgery, due to a fracture of the stem component.

### Search Alerts/Recalls

new search  |  submit an adverse event report

| | |
|---:|:---|
| **Brand Name** | ECHELON |
| **Type of Device** | HIP COMPONENT |
| **Baseline Brand Name** | ECHELON |
| **Baseline Generic Name** | HIP COMPONENT |
| **Baseline Catalogue Number** | 71342011 |
| **Other Baseline ID Number** | UNK |
| **Baseline Device 510(K) Number** | |
| **Baseline Device PMA Number** | |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. 1450 Brooks Rd. Memphis TN 38116 |
| **Manufacturer (Section D)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. 1450 Brooks Rd. Memphis TN 38116 |
| **Manufacturer (Section G)** | SMITH & NEPHEW INC. 1450 Brooks Road Memphis TN 38116 |
| | Rayan Lemelle, Specialist I 1450 Brooks Road |

Cahill II  00052

~~~~ ~~~ Facility Device Experience (MAUDE) Database Search                    Page 2 of 3

**Manufacturer Contact** Memphis , TN 38116
(901) 399 -5899

**Device Event Key** 632932

**MDR Report Key** 643424

**Event Key** 611919

**Report Number** 1020279-2005-00368

**Device Sequence Number** 1

**Product Code** JDI

**Report Source** Manufacturer

**Source Type** Company Representative

**Reporter Occupation** Physician

**Type of Report** Initial

**Report Date** 10/26/2005

*1* **Device Was Involved in the Event**

*1* **Patient Was Involved in the Event**

**Date FDA Received** 10/28/2005

**Is This An Adverse Event Report?** Yes

**Is This A Product Problem Report?** No

**Device Operator** Health Professional

**Device Catalogue Number** 71342011

**Device LOT Number** 03AM06708A

**Was Device Available For Evaluation?** No

**Is The Reporter A Health Professional?** Yes

**Was the Report Sent to FDA?** No

**Date Manufacturer Received** 10/21/2005

**Was Device Evaluated By Manufacturer?** Device Not Returned To Manufacturer

**Date Device Manufactured** 01/01/2003

**Is The Device Single Use?** Yes

**Is this a Reprocessed and Reused Single-Use Device?** No

**Is the Device an Implant?** Yes

**Is this an Explanted Device?**

**Type of Device Usage** Initial

Cahill II 00053

Manufacturer and User Facility Device Experience (MAUDE) Database Search    Page 3 of 3

Center for Devices and Radiological Health / CDRH

Cahill II 00054



# U.S. Food and Drug Administration
### CENTER FOR DEVICES AND RADIOLOGICAL HEALTH
FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

## SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. ECHELON HIP STEM

back to search results

**Catalog Number** 71340713
**Event Date** 06/10/2005
**Event Type** Injury   **Patient Outcome** Hospitalization; Other Required Intervention
**Event Description**
Revision of broken echelon porous stem.

### Search Alerts/Recalls

new search | submit an adverse event report

| | |
|---:|---|
| **Brand Name** | ECHELON |
| **Type of Device** | HIP STEM |
| **Baseline Brand Name** | ECHELON |
| **Baseline Generic Name** | HIP STEM |
| **Baseline Catalogue Number** | 71340713 |
| **Baseline Model Number** | UNK |
| **Baseline Device 510(K) Number** | |
| **Baseline Device PMA Number** | |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV.<br>1450 E. Brooks Rd.<br>Memphis TN 38116 |
| **Manufacturer (Section D)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV.<br>1450 E. Brooks Rd.<br>Memphis TN 38116 |
| **Manufacturer (Section G)** | SMITH & NEPHEW INC.<br>1450 Brooks Road<br>Memphis TN 38116 |
| | Ryan Lemelle Specialist I<br>1450 Brooks Road |

Cahill II 00055

Manufacturer Contact  Memphis , TN 38116
                      (901) 399 -5899

Device Event Key  613791

MDR Report Key  624144

Event Key  593176

Report Number  1020279-2005-00316

Device Sequence Number  1

Product Code  KWY

Report Source  Manufacturer

Source Type  Company Representative

Reporter Occupation  Other

Type of Report  Initial,Followup

Report Date  07/05/2005,08/03/2005

*1* Device Was Involved in the Event

*1* Patient Was Involved in the Event

Date FDA Received  08/04/2005

Is This An Adverse Event Report?  Yes

Is This A Product Problem Report?  No

Device Operator  Health Professional

Device Catalogue Number  71340713

Was Device Available For Evaluation?  Device Returned To Manufacturer

Date Returned to Manufacturer  07/21/2005

Is The Reporter A Health Professional?  No

Was the Report Sent to FDA?  No

Device Age  19 mo

Event Location  Hospital

Date Manufacturer Received  07/05/2005

Was Device Evaluated By Manufacturer?  Yes

Date Device Manufactured  10/01/1999

Is The Device Single Use?  No

Is this a Reprocessed and Reused Single-Use
Device?  No

Is the Device an Implant?  Yes

Is this an Explanted Device?

Type of Device Usage  Initial

Cahill II 00056

Database last updated on July 31, 2008

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

Cahill II  00057



# U.S. Food and Drug Administration

**CENTER FOR DEVICES AND RADIOLOGICAL HEALTH**

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

### SMITH & NEPHEW, INC., ORTHOPAEDIC DIV ECHELON HIP STEM    back to search results

**Event Date** 01/29/2001
**Event Type** Injury  **Patient Outcome** Hospitalization; Required Intervention
**Event Description**
It was reported that revision surgery was necessary due to a dislocation.

**Search Alerts/Recalls**

new search | submit an adverse event report

| | |
|---|---|
| **Brand Name** | ECHELON |
| **Type of Device** | HIP STEM |
| **Baseline Device 510(K) Number** | |
| **Baseline Device PMA Number** | |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV 1450 Brooks Rd. Memphis TN 38116 |
| **Manufacturer (Section D)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV 1450 Brooks Rd. Memphis TN 38116 |
| **Manufacturer (Section G)** | SMITH & NEPHEW INC. 1450 Brooks Road Memphis TN 38116 |
| **Manufacturer Contact** | Phillip Emmert, Specialist 1450 Brooks Road Memphis , TN 38116 (901) 399 -5296 |
| **Device Event Key** | 596632 |
| **MDR Report Key** | 606844 |
| **Event Key** | 576709 |
| **Report Number** | 1020279-2005-00219 |

Cahill II 00058

Manufacturer and User Facility Device Experience (MAUDE) Database Search

Page 2 of 2

| | |
|---|---|
| **Device Sequence Number** | 1 |
| **Product Code** | JDI |
| **Report Source** | Manufacturer |
| **Source Type** | Other |
| **Reporter Occupation** | Physician |
| **Type of Report** | Initial |
| **Report Date** | 05/25/2005 |
| ***1* Device Was Involved in the Event** | |
| ***1* Patient Was Involved in the Event** | |
| **Date FDA Received** | 05/25/2005 |
| **Is This An Adverse Event Report?** | Yes |
| **Is This A Product Problem Report?** | No |
| **Device Operator** | Health Professional |
| **Was Device Available For Evaluation?** | No |
| **Is The Reporter A Health Professional?** | Yes |
| **Was the Report Sent to FDA?** | No |
| **Device Age** | unknown |
| **Event Location** | Hospital |
| **Date Manufacturer Received** | 05/04/2005 |
| **Was Device Evaluated By Manufacturer?** | Device Not Returned To Manufacturer |
| **Is The Device Single Use?** | Yes |
| **Is this a Reprocessed and Reused Single-Use Device?** | No |
| **Is the Device an Implant?** | Yes |
| **Is this an Explanted Device?** | |
| **Type of Device Usage** | Initial |

Database last updated on July 31, 2008

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

Cahill II  00059



# U.S. Food and Drug Administration

Department of Health and Human Services

**CENTER FOR DEVICES AND RADIOLOGICAL HEALTH**

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

## SMITH & NEPHEW, INC. ECHELON HIP STEM                    back to search results

**Event Type** Injury  **Patient Outcome** Hospitalization; Required Intervention
**Event Description**
It was reported that revision surgery was necessary.

### Search Alerts/Recalls

new search | submit an adverse event report

| | |
|---:|---|
| **Brand Name** | ECHELON |
| **Type of Device** | HIP STEM |
| **Baseline Device 510(K) Number** | |
| **Baseline Device PMA Number** | |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC. 1450 Brooks Road Memphis TN 38116 |
| **Manufacturer (Section D)** | SMITH & NEPHEW, INC. 1450 Brooks Road Memphis TN 38116 |
| **Manufacturer (Section G)** | SMITH & NEPHEW INC. 1450 Brooks Road Memphis TN 38116 |
| **Manufacturer Contact** | Phillip Emmert, Specialist 1450 Brooks Road Memphis , TN 38116 (901) 399 -5296 |
| **Device Event Key** | 596673 |
| **MDR Report Key** | 606886 |
| **Event Key** | 576749 |
| **Report Number** | 1020279-2005-00218 |
| **Device Sequence Number** | 1 |
| **Product Code** | JDI |

Cahill II 00060

Manufacturer and User Facility Device Experience (MAUDE) Database Search                    Page 2 of 2

| | |
|---:|:---|
| **Report Source** | Manufacturer |
| **Source Type** | Company Representative |
| **Reporter Occupation** | Other |
| **Type of Report** | Initial |
| **Report Date** | 05/25/2005 |
| ***1* Device Was Involved in the Event** | |
| ***1* Patient Was Involved in the Event** | |
| **Date FDA Received** | 05/25/2005 |
| **Is This An Adverse Event Report?** | Yes |
| **Is This A Product Problem Report?** | No |
| **Device Operator** | Health Professional |
| **Was Device Available For Evaluation?** | No |
| **Is The Reporter A Health Professional?** | No |
| **Was the Report Sent to FDA?** | No |
| **Device Age** | unknown |
| **Event Location** | Hospital |
| **Date Manufacturer Received** | 04/25/2005 |
| **Was Device Evaluated By Manufacturer?** | Device Not Returned To Manufacturer |
| **Is The Device Single Use?** | Yes |
| **Is this a Reprocessed and Reused Single-Use Device?** | No |
| **Is the Device an Implant?** | Yes |
| **Is this an Explanted Device?** | Unknown |
| **Type of Device Usage** | Initial |

Database last updated on July 31, 2008

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

Cahill II  00061

Manufacturer and User Facility Device Experience (MAUDE) Data...    http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Deta...



FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH



510(k) | Registration | Listing | Adverse | PMA | Classification | CLIA
Events

CFR | Advisory | Assembler | Recalls | Guidance | Standards
Title Committees
21

## Adverse Event Report

**SMITH & NEPHEW INC., ORTHOPAEDIC DIV. ECHELON** back to search
**STEM** results

Catalog Number 71340117
Event Date 03/17/2005
Event Type Injury   Patient Outcome  Hospitalization; Required Intervention
Event Description
Revision surgery was performed due to the device fractured.

**Search Alerts/Recalls (Contained in Enforcement Reports)**
(After selecting, enter device information to search Alerts/Recalls)

new search | submit an adverse event report

| | |
|---|---|
| Brand Name | ECHELON |
| Type of Device | STEM |
| Baseline Brand Name | ECHELON |
| Baseline Generic Name | HIP PROSTHESIS |
| Baseline Catalogue Number | 71340117 |
| Baseline Device Family | ECHELON HIP SYSTEM |
| Baseline Device 510(K) Number | K963486 |
| Baseline Device PMA Number | |
| Baseline Preamendment? | No |
| Transitional? | No |
| 510(K) Exempt? | No |
| Shelf Life(Months) | NA |

1 of 3

Manufacturer and User Facility Device Experience (MAUDE) Data...    http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail...

| | |
|---|---|
| Date First Marketed | 11/27/1996 |
| Manufacturer (Section F) | SMITH & NEPHEW INC., ORTHOPAEDIC DIV. 1450 Brooks Rd. Memphis TN 38116 |
| Manufacturer (Section D) | SMITH & NEPHEW INC., ORTHOPAEDIC DIV. 1450 Brooks Rd. Memphis TN 38116 |
| Manufacturer (Section G) | SMITH & NEPHEW INC. 1450 Brooks Road Memphis TN 38116 |
| Manufacturer Contact | Jason Chamness, Specialist 1450 Brooks Rd Memphis , TN 38116 (901) 399 -6654 |
| Device Event Key | 583768 |
| MDR Report Key | 593940 |
| Event Key | 564453 |
| Report Number | 1020279-2005-00188 |
| Device Sequence Number | 1 |
| Product Code | JDH |
| Report Source | Manufacturer |
| Source Type | Company Representative |
| Reporter Occupation | Physician |
| Type of Report | Initial |
| Report Date | 03/17/2005,04/21/2005 |
| 1 Device Was Involved in the Event | |
| 1 Patient Was Involved in the Event | |
| Date FDA Received | 04/21/2005 |
| Is This An Adverse Event Report? | Yes |
| Is This A Product Problem Report? | No |
| Device Operator | Health Professional |
| Device Catalogue Number | 71340117 |
| Device LOT Number | 801104075 |
| Was Device Available For Evaluation? | No |

2 of 3

Cahill II 00063

Manufacturer and User Facility Device Experience (MAUDE) Data...    http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail....

| | |
|---|---|
| Is The Reporter A Health Professional? | Yes |
| Was the Report Sent to FDA? | No |
| Distributor Facility Aware Date | 03/17/2005 |
| Device Age | 63 yr |
| Event Location | Hospital |
| Date Manufacturer Received | 03/17/2005 |
| Was Device Evaluated By Manufacturer? | Device Not Returned To Manufacturer |
| Date Device Manufactured | 11/01/1998 |
| Is The Device Single Use? | Yes |
| Is this a Reprocessed and Reused Single-Use Device? | No |
| Is the Device an Implant? | Yes |
| Is this an Explanted Device? | |
| Type of Device Usage | Initial |

Database last updated on July 27, 2007

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

Cahill II  00064