

# U.S. Food and Drug Administration

## CENTER FOR DEVICES AND RADIOLOGICAL HEALTH

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

**SMITH & NEPHEW, INC.,ORTHOPAEDIC DIV ECHELON HIP STEM**   back to search results

**Event Date** 12/28/2004
**Event Type** Injury  **Patient Outcome** Hospitalization; Required Intervention
**Event Description**
Revision surgery was performed due to the product fractured.

### Search Alerts/Recalls

new search | submit an adverse event report

| | |
|---|---|
| **Brand Name** | ECHELON |
| **Type of Device** | HIP STEM |
| **Baseline Device 510(K) Number** | |
| **Baseline Device PMA Number** | |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC.,ORTHOPAEDIC DIV 1450 E. Brooks Rd. Memphis TN 38116 |
| **Manufacturer (Section D)** | SMITH & NEPHEW, INC.,ORTHOPAEDIC DIV 1450 E. Brooks Rd. Memphis TN 38116 |
| **Manufacturer (Section G)** | SMITH & NEPHEW INC.,ORTHOPAEDIC DIV 1450 Brooks Road Memphis TN 38116 |
| **Manufacturer Contact** | Jason Chamness, Reg Compliance 1450 Brooks Road Memphis , TN 38116 (901) 399 -5899 |
| **Device Event Key** | 574294 |
| **MDR Report Key** | 584463 |
| **Event Key** | 541085 |

Expedited (MAUDE) Database Search

| | |
|---|---|
| **Report Number** | 1020279-2005-00136 |
| **Device Sequence Number** | 1 |
| **Product Code** | JDH |
| **Report Source** | Manufacturer |
| **Source Type** | Company Representative |
| **Reporter Occupation** | Other |
| **Type of Report** | Initial |
| **Report Date** | 02/23/2005 |
| ***1* Device Was Involved in the Event** | |
| ***1* Patient Was Involved in the Event** | |
| **Date FDA Received** | 03/23/2005 |
| **Is This An Adverse Event Report?** | Yes |
| **Is This A Product Problem Report?** | No |
| **Device Operator** | Health Professional |
| **Was Device Available For Evaluation?** | No |
| **Is The Reporter A Health Professional?** | No |
| **Was the Report Sent to FDA?** | No |
| **Device Age** | 34 mo |
| **Event Location** | Hospital |
| **Date Manufacturer Received** | 02/23/2005 |
| **Was Device Evaluated By Manufacturer?** | Device Not Returned To Manufacturer |
| **Is The Device Single Use?** | Yes |
| **Is this a Reprocessed and Reused Single-Use Device?** | No |
| **Is the Device an Implant?** | Yes |
| **Is this an Explanted Device?** | |
| **Type of Device Usage** | Initial |

Database last updated on July 31, 2008

---

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

Cahill II 00066



**FDA** U.S. Food and Drug Administration

Department of Health and Human Services

CENTER FOR DEVICES AND RADIOLOGICAL HEALTH

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA

CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

**SMITH & NEPHEW, INC., ORTHOPAEDIC DIVISION ECHELON HIP STEM**

<u>back to search results</u>

**Catalog Number** 71340113

**Event Date** 01/17/2005

**Event Type** Injury  **Patient Outcome** Hospitalization; Other Required Intervention

**Event Description**

It was reported that revision surgery was performed and surgical time was extended due to the hip stem broke.

## Search Alerts/Recalls

<u>new search</u>  |  <u>submit an adverse event report</u>

| | |
|---:|---|
| **Brand Name** | ECHELON |
| **Type of Device** | HIP STEM |
| **Baseline Brand Name** | ECHELON |
| **Baseline Generic Name** | HIP STEM |
| **Baseline Catalogue Number** | 71340113 |
| **Baseline Device 510(K) Number** | |
| **Baseline Device PMA Number** | |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIVISION<br>1450 Brooks Rd.<br>Memphis TN 38116 |
| **Manufacturer (Section D)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIVISION<br>1450 Brooks Rd.<br>Memphis TN 38116 |
| **Manufacturer (Section G)** | SMITH & NEPHEW INC.<br>1450 Brooks Road<br>Memphis TN 38116 |
| **Manufacturer Contact** | Jason Chamness Specialist<br>1450 Brooks Road |

Cahill II  00067

Memphis , TN 38116
(901) 399 -5899

**Device Event Key** 564823

**MDR Report Key** 574975

**Event Key** 546492

**Report Number** 1020279-2005-00094

**Device Sequence Number** 1

**Product Code** JDI

**Report Source** Manufacturer

**Source Type** Company Representative

**Reporter Occupation** Other

**Type of Report** Initial

**Report Date** 02/22/2005

*1* **Device Was Involved in the Event**

*1* **Patient Was Involved in the Event**

**Date FDA Received** 02/22/2005

**Is This An Adverse Event Report?** Yes

**Is This A Product Problem Report?** No

**Device Operator** Health Professional

**Device Catalogue Number** 71340113

**Device LOT Number** 02EM08565

**Was Device Available For Evaluation?** Device Returned To Manufacturer

**Date Returned to Manufacturer** 02/14/2005

**Is The Reporter A Health Professional?** No

**Was the Report Sent to FDA?** No

**Device Age** 22 mo

**Event Location** Hospital

**Date Manufacturer Received** 02/01/2005

**Was Device Evaluated By Manufacturer?** No

**Date Device Manufactured** 05/01/2002

**Is The Device Single Use?** Yes

**Is this a Reprocessed and Reused Single-Use Device?** No

**Is the Device an Implant?** Yes

**Is this an Explanted Device?**

Cahill II  00068

**Type of Device Usage** Initial

Database last updated on July 31, 2008

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

Cahill II 00069



# FDA  U.S. Food and Drug Administration

### CENTER FOR DEVICES AND RADIOLOGICAL HEALTH

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

**CDRH SuperSearch**

510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

### SMITH & NEPHEW, INC., ORTHOPAEDIC DIV ECHELON FEMORAL STEM

back to search
results

**Catalog Number** 71340613

**Event Type** Injury  **Patient Outcome** Hospitalization; Required Intervention

**Event Description**

Revision surgery was performed due to the product fractured while implanted.

**Manufacturer Narrative**

Product was evaluated and conclusion states that it fractured was due to lack of proximal bone support.

### Search Alerts/Recalls

new search  |  submit an adverse event report

| | |
|---:|:---|
| **Brand Name** | ECHELON |
| **Type of Device** | FEMORAL STEM |
| **Baseline Brand Name** | ECHELON |
| **Baseline Generic Name** | FEMORAL STEM |
| **Baseline Catalogue Number** | 71340613 |
| **Baseline Device Family** | ECHELON POROUS REVISION HIP SYSTEM |
| **Baseline Device 510(K) Number** | K963486 |
| **Baseline Device PMA Number** | |
| **Baseline Preamendment?** | No |
| **Transitional?** | No |
| **510(K) Exempt?** | No |
| **Shelf Life(Months)** | NA |
| **Date First Marketed** | 11/27/1996 |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV |

Cahill II  00070

|  | 1450 Brooks Rd.<br>Memphis TN 38116 |
|---|---|
| Manufacturer *(Section D)* | SMITH & NEPHEW, INC.,<br>ORTHOPAEDIC DIV<br>1450 Brooks Rd.<br>Memphis TN 38116 |
| Manufacturer *(Section G)* | SMITH & NEPHEW INC.<br>1450 Brooks Road<br>Memphis TN 38116 |
| Manufacturer Contact | Jason Chamness Specialist<br>1450 Brooks Road<br>Memphis , TN 38116<br>(901) 399 -5899 |
| Device Event Key | 559792 |
| MDR Report Key | 569945 |
| Event Key | 541577 |
| Report Number | 1020279-2005-00075 |
| Device Sequence Number | 1 |
| Product Code | JDI |
| Report Source | Manufacturer |
| Source Type | Company Representative |
| Reporter Occupation | Other |
| Type of Report | Initial |
| Report Date | 02/02/2005 |
| *1* Device Was Involved in the Event | |
| *1* Patient Was Involved in the Event | |
| Date FDA Received | 02/02/2005 |
| Is This An Adverse Event Report? | Yes |
| Is This A Product Problem Report? | No |
| Device Operator | Health Professional |
| Device Catalogue Number | 71340613 |
| Device LOT Number | 71107935 |
| Was Device Available For Evaluation? | Device Returned To Manufacturer |
| Date Returned to Manufacturer | 01/11/2005 |
| Is The Reporter A Health Professional? | No |
| Was the Report Sent to FDA? | No |
| Device Age | unknown |
| Event Location | Hospital |

Cahill II  00071

**Date Manufacturer Received**  01/07/2005

**Was Device Evaluated By Manufacturer?**  Yes

**Date Device Manufactured**  11/01/1997

**Is The Device Single Use?**  Yes

**Is this a Reprocessed and Reused Single-Use Device?**  No

**Is the Device an Implant?**  Yes

**Is this an Explanted Device?**  Unknown

**Type of Device Usage**  Initial

Database last updated on July 31, 2008

---

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

Cahill II  00072



# FDA U.S. Food and Drug Administration

Department of Health and Human Services

### CENTER FOR DEVICES AND RADIOLOGICAL HEALTH

FDA Home Page | CDRH Home Page | Search | CDRH A-Z index | Contact CDRH



510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

### SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. ECHELON FEMORAL STEM

back to search results

**Catalog Number** 71340614

**Event Date** 10/01/2004

**Event Type** Injury  **Patient Outcome** Hospitalization; Required Intervention

**Event Description**

It was reported that revision surgery was performed due to fracture of the device.

### Search Alerts/Recalls

new search | submit an adverse event report

|  |  |
|---|---|
| **Brand Name** | ECHELON |
| **Type of Device** | FEMORAL STEM |
| **Baseline Brand Name** | ECHELON |
| **Baseline Generic Name** | FEMORAL STEM |
| **Baseline Catalogue Number** | 71340614 |
| **Baseline Device 510(K) Number** | |
| **Baseline Device PMA Number** | |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. 1450 Brooks Rd. Memphis TN 38116 |
| **Manufacturer (Section D)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. 1450 Brooks Rd. Memphis TN 38116 |
| **Manufacturer (Section G)** | SMITH & NEPHEW, INC. 1450 Brooks Road Memphis TN 38116 |
| **Manufacturer Contact** | Jason Chamness, Specialist 1450 Brooks Road Memphis , TN 38116 |

Cahill II  00073

(901) 399 -5899

| | |
|---|---|
| Device Event Key | 552349 |
| MDR Report Key | 562619 |
| Event Key | 534466 |
| Report Number | 1020279-2004-00728 |
| Device Sequence Number | 1 |
| Product Code | KWY |
| Report Source | Manufacturer |
| Source Type | Company Representative |
| Reporter Occupation | Other |
| Type of Report | Initial |
| Report Date | 12/29/2004 |

**1 Device Was Involved in the Event**

**1 Patient Was Involved in the Event**

| | |
|---|---|
| Date FDA Received | 12/31/2004 |
| Is This An Adverse Event Report? | Yes |
| Is This A Product Problem Report? | No |
| Device Operator | Health Professional |
| Device Catalogue Number | 71340614 |
| Device LOT Number | 01BM06319 |
| Was Device Available For Evaluation? | Device Returned To Manufacturer |
| Date Returned to Manufacturer | 12/21/2004 |
| Is The Reporter A Health Professional? | No |
| Was the Report Sent to FDA? | No |
| Device Age | 17 mo |
| Event Location | Hospital |
| Date Manufacturer Received | 12/13/2004 |
| Was Device Evaluated By Manufacturer? | No |
| Date Device Manufactured | 02/01/2001 |
| Is The Device Single Use? | Yes |
| Is this a Reprocessed and Reused Single-Use Device? | No |
| Is the Device an Implant? | Yes |
| Is this an Explanted Device? | |
| Type of Device Usage | Initial |

Cahill II 00074

Experience (MAUDE) Database Search

Database last updated on July 31, 2008

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

Cahill II  00075



# U.S. Food and Drug Administration

**CENTER FOR DEVICES AND RADIOLOGICAL HEALTH**

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

## SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. ECHELON HIP STEM

back to search
results

**Event Date** 05/15/2004
**Event Type** Injury  **Patient Outcome** Hospitalization; Required Intervention
**Event Description**
It was reported that revision surgery was performed due to the pt fell and developed an infection. All components were solidly fixed.

### Search Alerts/Recalls

new search | submit an adverse event report

| | |
|---|---|
| **Brand Name** | ECHELON |
| **Type of Device** | HIP STEM |
| **Baseline Device 510(K) Number** | |
| **Baseline Device PMA Number** | |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. 1450 Brooks Rd. Memphis TN 38116 |
| **Manufacturer (Section D)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. 1450 Brooks Rd. Memphis TN 38116 |
| **Manufacturer (Section G)** | SMITH & NEPHEW, INC. 1450 Brooks Road Memphis TN 38116 |
| **Manufacturer Contact** | Jason Chamness, Specialist 1450 Brooks Road Memphis , TN 38116 (901) 399 -5899 |
| **Device Event Key** | 529977 |
| **MDR Report Key** | 540669 |
| **Event Key** | 513404 |

Cahill II  00076

Report Number 1020279-2004-00525

Device Sequence Number 1

Product Code KWY

Report Source Manufacturer

Source Type Health Professional

Reporter Occupation Physician

Type of Report Initial

Report Date 08/26/2004

*1* Device Was Involved in the Event

*1* Patient Was Involved in the Event

Date FDA Received 08/26/2004

Is This An Adverse Event Report? Yes

Is This A Product Problem Report? No

Device Operator Health Professional

Was Device Available For Evaluation? No

Is The Reporter A Health Professional? Yes

Was the Report Sent to FDA? No

Device Age 3 mo

Event Location Hospital

Date Manufacturer Received 08/16/2004

Was Device Evaluated By Manufacturer? Device Not Returned To Manufacturer

Is The Device Single Use? Yes

Is this a Reprocessed and Reused Single-Use Device? No

Is the Device an Implant? Yes

Is this an Explanted Device?

Type of Device Usage Initial

Database last updated on July 31, 2008

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

Cahill II  00077



# FDA U.S. Food and Drug Administration

## CENTER FOR DEVICES AND RADIOLOGICAL HEALTH

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA

CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

### SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. ECHELON FEMORAL STEM

back to search results

**Catalog Number** 71340213

**Event Date** 07/02/2004

**Event Type** Injury  **Patient Outcome** Hospitalization; Required Intervention

**Event Description**

It was reported that revision surgery was performed due to the stem broke.

### Search Alerts/Recalls

new search  |  submit an adverse event report

| | |
|---:|---|
| **Brand Name** | ECHELON |
| **Type of Device** | FEMORAL STEM |
| **Baseline Brand Name** | ECHELON |
| **Baseline Generic Name** | FEMORAL STEM |
| **Baseline Catalogue Number** | 71340213 |
| **Baseline Device Family** | ECHELON POROUS REVISION HIP SYSTEM |
| **Baseline Device 510(K) Number** | K963486 |
| **Baseline Device PMA Number** | |
| **Baseline Preamendment?** | No |
| **Transitional?** | No |
| **510(K) Exempt?** | No |
| **Shelf Life(Months)** | NA |
| **Date First Marketed** | 11/27/1996 |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. 1450 Brooks Rd. Memphis TN 38116 |
| | SMITH & NEPHEW, INC., |

Manufacturer *(Section D)* ORTHOPAEDIC DIV.
1450 Brooks Rd.
Memphis TN 38116

Manufacturer *(Section G)* SMITH & NEPHEW INC.
1450 Brooks Road
Memphis TN 38116

Manufacturer Contact Jason Chamness Specialist
1450 Brooks Road
Memphis , TN 38116
(901) 399 -5899

Device Event Key 523055

MDR Report Key 533780

Event Key 506814

Report Number 1020279-2004-00356

Device Sequence Number 1

Product Code JDI

Report Source Manufacturer

Source Type Health Professional

Reporter Occupation Physician

Type of Report Initial

Report Date 07/12/2004

*1* Device Was Involved in the Event

*1* Patient Was Involved in the Event

Date FDA Received 07/12/2004

Is This An Adverse Event Report? Yes

Is This A Product Problem Report? No

Device Operator Health Professional

Device Catalogue Number 71340213

Device LOT Number 81104087

Was Device Available For Evaluation? No

Is The Reporter A Health Professional? Yes

Was the Report Sent to FDA? No

Device Age 16 mo

Event Location Hospital

Date Manufacturer Received 07/06/2004

Was Device Evaluated By Manufacturer? Device Not Returned To Manufacturer

Is The Device Single Use? Yes

Cahill II  00079

(MAUDE) Database Search

**Is this a Reprocessed and Reused Single-Use Device?** No

**Is the Device an Implant?** Yes

**Is this an Explanted Device?**

**Type of Device Usage** Initial

Database last updated on July 31, 2008

---

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

Cahill II  00080



# FDA  U.S. Food and Drug Administration

Department of Health and Human Services

## CENTER FOR DEVICES AND RADIOLOGICAL HEALTH

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA

CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

### SMITH & NEPHEW, INC./ORTHOPAEDIC DIV. ECHELON HIP STEM    back to search results

**Catalog Number** 71340413

**Event Date** 12/22/2003

**Event Type** Injury  **Patient Outcome** Hospitalization; Required Intervention

**Event Description**

It was rpeorted that revision surgery was performed due to a fracture of the stem.

## Search Alerts/Recalls

new search | submit an adverse event report

|  |  |
|---|---|
| **Brand Name** | ECHELON |
| **Type of Device** | HIP STEM |
| **Baseline Brand Name** | ECHELON |
| **Baseline Generic Name** | HIP STEM |
| **Baseline Catalogue Number** | 71340413 |
| **Baseline Device 510(K) Number** | |
| **Baseline Device PMA Number** | |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC./ORTHOPAEDIC DIV.<br>1450 E. Brooks Rd.<br>Memphis TN 38116 |
| **Manufacturer (Section D)** | SMITH & NEPHEW, INC./ORTHOPAEDIC DIV.<br>1450 E. Brooks Rd.<br>Memphis TN 38116 |
| **Manufacturer (Section G)** | SMITH & NEPHEW INC.<br>1450 Brooks Road<br>Memphis TN 38116 |
| **Manufacturer Contact** | Carolyn Shelton, Manager<br>1450 Brooks Road<br>Memphis , TN 38116<br>(901) 399 -6654 |

Device Event Key  502083

MDR Report Key  513073

Event Key  486809

Report Number  1020279-2004-00053

Device Sequence Number  1

Product Code  KWY

Report Source  Manufacturer

Source Type  Distributor

Reporter Occupation  Other

Type of Report  Initial

Report Date  02/18/2004

*1* Device Was Involved in the Event

*1* Patient Was Involved in the Event

Date FDA Received  02/20/2004

Is This An Adverse Event Report?  Yes

Is This A Product Problem Report?  No

Device Operator  Health Professional

Device Catalogue Number  71340413

Device LOT Number  01BM06304

Was Device Available For Evaluation?  Device Returned To Manufacturer

Date Returned to Manufacturer  02/16/2004

Is The Reporter A Health Professional?  No

Was the Report Sent to FDA?  No

Device Age  20 mo

Event Location  Hospital

Date Manufacturer Received  02/16/2004

Was Device Evaluated By Manufacturer?  No

Date Device Manufactured  02/01/2001

Is The Device Single Use?  Yes

Is this a Reprocessed and Reused Single-Use Device?  No

Is the Device an Implant?  Yes

Is this an Explanted Device?

Type of Device Usage  Initial

Database last updated on July 31, 200

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

Cahill II  00083

# MEDWATCH

The FDA Safety Information and Adverse Event Reporting Program.

For use by user-facilities,
distributors and manufacturers for
MANDATORY reporting

Smith & Nephew, Inc., Orthopaedic Division
Page 1 of 3

FDA Facsimile Approval:    2/16/1998
Mfr report #    1020279-2004-00040
UF/Dist. report #    UNK
FDA Use Only

## A. Patient information

| | | | |
|---|---|---|---|
| 1. Patient id. | 2. Age at time of event: | 3. Sex | 4. Weight |
| UNK in confidence | or  UNK  Date of birth: UNK | ☐ female  ☐ male | UNK  lbs or ___ kgs |

## B. Adverse event or product problem

1. ☒ Adverse event    and/or    ☐ Product problem (e.g., defects/malfunctions)

2. Outcomes attributed to adverse event
(check all that apply)

☐ death
☐ life-threatening
☒ hospitalization - initial or prolonged

☐ disability
☐ congenital anomaly
☒ required intervention to prevent permanent impairment/damage
☐ other:

| 3. Date of event | 4. Date of this report |
|---|---|
| 01/06/2004 | 02/05/04 |

5. Describe event or problem

It was reported that revision surgery was reported due to a fracture of the devcie.

6. Relevant tests/laboratory data, including dates
UNK

7. Other relevant history, including preexisting medical conditions (e.g. allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)
UNK

## C. Suspect medication(s)

1. Name (give labeled strength & mfr/labeler, if known)
# 1.
# 2.

| 2. Dose, frequency & route used | 3. Therapy dates (if unknown, give duration) |
|---|---|
| # 1. | # 1. |
| # 2. | # 2. |

4. Diagnosis for use (indication)
# 1.
# 2.

| 5. Event abated after use stopped or dose reduced | | | |
|---|---|---|---|
| # 1. | ☐ yes | ☐ no | ☐ doesn't apply |
| # 2. | ☐ yes | ☐ no | ☐ doesn't apply |

6. Lot # (if known)
# 1.
# 2.

7. Exp. date (if known)
# 1.
# 2.

8. Event reappeared after reintroduction

| # 1. | ☐ yes | ☐ no | ☐ doesn't apply |
|---|---|---|---|
| # 2. | ☐ yes | ☐ no | ☐ doesn't apply |

9. NDC # - for product problems only (if known)

10. Concomitant medical products and therapy dates (exclude treatment of event)

## D. Suspect medical device

1. Brand name
Echelon

2. Type of device
Femoral Stem

3. Manufacturer name & address
Smith & Nephew Inc., Orthopaedic Div.
1450 Brooks Road
Memphis, TN  38116 USA

4. Operator of device
☒ health professional
☐ lay user/patient
☐ other:

5. Expiration date
UNK

| | |
|---|---|
| 6. model # | NA |
| catalog # | 71340213 |
| serial # | N/A |
| lot # | 80806204 |
| other # | NA |

7. If implanted, give date
UNK

8. If explanted, give date
UNK

9. Device available for evaluation ? (Do not send to FDA)
☐ yes  ☐ no  ☒ returned to manufacturer on  01/06/2004

10. Concomitant medical products and therapy dates (exclude treatment of event)
UNK

## E. Initial reporter

1. Name, address & phone #
Elvin Garcia
6464 NW 5TH WAY
FORT LAUDERDALE, FL 33309  USA
305-737-0924

2. Health professional ?
☐ yes  ☒ no

3. Occupation
Serv Rep

4. Initial reporter also sent report to FDA
☐ yes  ☐ no  ☒ unk

FDA
3500A - Facsimile

Submission of a report does not constitute an admission that medical personnel, user facility, distributor, manufacturer, or product caused or contributed to the event.

# Medication and Device Experience Report

(continued)

Refer to guidelines for specific instructions

Submission of a report does not constitute an admission that medical personnel, user facility, distributor, manufacturer or product caused or contributed to the event.

Smith & Nephew, Inc., Orthopaedic Division
Page 2 of 3

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
Public Health Service - Food and Drug Administration

MR report #  1020279-2004-00040

UF/Dist. report #  UNK

FDA Use Only

## F For use by user facility/distributor/devices only

**1. Check one**
[X] user facility  [ ] distributor

**2. UF/ Dist report number**  UNK

**3. User facility or distributor name/address**
UNK

**4. Contact person**  UNK

**5. Phone number**  UNK

**6. Date user facility or distrib. became aware of event** (mm/dd/yy)  UNK

**7. Type of report**  [ ] initial  [ ] follow-up #

**8. Date of this report** (mm/dd/yy)  UNK

**9. Approximate age of device**  UNK

**10. Event problem codes (refer to coding manual)**
patient code
device code

**11. Report sent to FDA ?**  [ ] yes  UNK (mm/dd/yy)  [ ] no

**12. Location where event occurred**
[X] hospital  [ ] home  [ ] nursing home  [ ] outpatient treatment facility  [ ] outpatient diagnostic facility  [ ] ambulatory surgical facility  [ ] other:

**13. Report sent to manufacturer ?**  [ ] yes  UNK (mm/dd/yy)  [ ] no

**14. Manufacturer name/address**
Smith & Nephew, Inc., Orthopaedic Division
1450 Brooks Road
Memphis, TN 38116 USA

## G All manufacturers

**1. Contact office - name/address (& mfring site for devices)**
Mrs. Carolyn Shelton, Reg Compliance Manager
Smith & Nephew, Inc., Orthopaedic Division
1450 Brooks Road
Memphis, TN 38116 USA
Site: Smith & Nephew Inc., Orthopaedic Div.
1450 Brooks Road
Memphis, TN 38116 USA

**2. Phone number**  (901) 399-6654

**3. Report source (check all that apply)**
[ ] foreign  [ ] study  [X] literature  [ ] consumer  [ ] health professional  [ ] user facility  [X] company representative  [ ] distributor  [ ] other:

**4. Date received by manufacturer** (mm/dd/yy)  01/06/2004

**5.** (A)NDA #  IND #  PLA #  pre-1938 [ ] yes  OTC product [ ] yes

**6. If IND, protocol #**

**7. Type of report (check all that apply)**
[ ] 5-day  [ ] 15-day  [ ] 10-day  [ ] periodic  [X] initial  [ ] follow-up #

**8. Adverse event term(s)**

**9. Mfr. report number**  1020279-2004-00040

## H Device manufacturers only

**1. Type of reportable event**
[ ] death  [X] serious injury  [ ] malfunction (see guidelines)  [ ] other:

**2. If follow-up, what type ?**
[ ] correction  [ ] additional information  [ ] response to FDA request  [ ] device evaluation

**3. Device evaluated by mfr ?**
[ ] not returned to mfr.
[ ] yes  [ ] evaluation summary attached
[X] no (attach page to explain why not) or provide code:  02

**4. Device manufacture date** (mm/yy)  UNK

**5. Labeled for single use ?**  [X] yes  [ ] no

**6. Evaluation codes (refer to coding manual)**
method
results
conclusions

**7. If remedial action indicated, check type**
[ ] recall  [ ] repair  [ ] replace  [ ] relabeling  [ ] other:  [ ] notification  [ ] inspection  [ ] patient monitoring  [ ] modification/adjustment

**8. Usage of device**
[X] initial use of device  [ ] reuse  [ ] unknown

**9. If action reported to FDA under 21 USC 360i(f), list correction/removal reporting number:**

**10.** [ ] Additional manufacturer narrative  and/or  **11.** [ ] Corrected data

FDA Form 3500A - back. This public reporting burden for this collection of information has been estimated to average one-hour per response... DHHS Reports Clearance Office, Paperwork Reduction Project (0910-0291), Hubert H. Humphrey Building, Room 531-H, 200 Independence Avenue, S.W., Washington, DC 20201. Please DO NOT RETURN this form to this address.

Cahill II  00085

Medication and Device
Experience Report
(continued)

Smith & Nephew, Inc., Orthopaedic Division
Page  3  of  3

| MR report # | |
|---|---|
| | 1020279-2004-00040 |
| UF/Dist. report # | |
| | UNK |
| | FDA Use Only |

Additional Information

Cahill II  00086

# MEDWATCH

THE FDA MEDICAL PRODUCTS REPORTING PROGRAM

For use by user-facilities,
distributors and manufacturers for
MANDATORY reporting

FDA Facsimile Approval:    2/18/1999

Mfr report #    1020279-2003-00156

UF/Dist. report #    UNK

FDA Use Only

Smith & Nephew, Inc., Orthopaedic Division
Page   1   of   3

## A. Patient information

| 1. Patient id. | 2. Age at time of event: | 3. Sex | 4. Weight |
|---|---|---|---|
| R.C.M. | UNK | ☐ female | UNK lbs |
| in confidence  or | Date of birth: UNK | ☒ male | or kgs |

## B. Adverse event or product problem

1. ☒ Adverse event   and/or   ☐ Product problem (e.g., defects/malfunctions)

2. Outcomes attributed to adverse event
(check all that apply)

☐ death   (month/day/year)

☐ life-threatening

☒ hospitalization - initial or prolonged

☐ disability

☐ congenital anomaly

☒ required intervention to prevent permanent impairment/damage

☐ other:

| 3. Date of event | 4. Date of this report |
|---|---|
| 8/28-1998 (month/day/year) | 11/13/2003 (month/day/year) |

5. Describe event or problem

It was reported that revision of the hip was performed. Plantiff alledges
defective components.

6. Relevant tests/laboratory data, including dates

UNK

7. Other relevant history, including preexisting medical conditions (e.g. allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)

UNK

## C. Suspect medical con(s)

1. Name (give labeled strength & mfr/labeler, if known)

# 1.

# 2.

| 2. Dose, frequency & route used | 3. Therapy dates (if unknown, give duration) |
|---|---|
| # 1. | # 1. |
| # 2. | # 2. |

4. Diagnosis for use (indication)

# 1.

# 2.

| 5. Event abated after use stopped or dose reduced |
|---|
| # 1. ☐ yes ☐ no ☐ doesn't apply |
| # 2. ☐ yes ☐ no ☐ doesn't apply |

| 6. Lot # (if known) | 7. Exp. date (if known) |
|---|---|
| # 1. | # 1. |
| # 2. | # 2. |

8. Event reappeared after reintroduction

# 1. ☐ yes ☐ no ☐ doesn't apply

# 2. ☐ yes ☐ no ☐ doesn't apply

9. NDC # - for product problems only (if known)

10. Concomitant medical products and therapy dates (exclude treatment of event)

## D. Suspect medical device

1. Brand name

UNK

2. Type of device

Hip Stem

| 3. Manufacturer name & address | 4. Operator of device |
|---|---|
| Smith & Nephew Inc., Orthopaedic Div. 1450 Brooks Road Memphis, TN  38116 USA | ☒ health professional ☐ lay user/patient ☐ other: |

5. Expiration date (month/day/year)

N/A

| 6. | 7. If implanted, give date (month/day/year) |
|---|---|
| model #   NA | UNK |
| catalog #   UNK | |
| serial #   NA | 8. If explanted, give date (month/day/year) |
| lot #   UNK | 8/28/98 |
| other #   N/A | |

9. Device available for evaluation ? (Do not send to FDA)

☐ yes   ☒ no   ☐ returned to manufacturer on    (month/day/year)

10. Concomitant medical products and therapy dates (exclude treatment of event)

UNK

## E. Initial reporter

1. Name, address & phone #

Jean Mercer, S&N PRODUCT LIABILITY LITIGATION
1450 Brooks Road
MEMPHIS, TN 38116

| 2. Health professional ? | 3. Occupation | 4. Initial reporter also sent report to FDA |
|---|---|---|
| ☐ yes ☒ no | Legal | ☐ yes ☐ no ☒ unk |

FDA
3500A - Facsimile

Submission of a report does not constitute an
admission that medical personnel, user facility,
distributor, manufacturer, or product caused or
contributed to the event.

**Medication and Device**
**Experience Report**
**(continued)**

Refer to guidelines for specific instructions

Submission of a report does not constitute an admission that medical personnel, user facility, distributor, manufacturer or product caused or contributed to the event.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
Public Health Service - Food and Drug Administration

Mfr report #
1020279-2003-00156
UF/Dist. report #
UNK

FDA Use Only

Smith & Nephew, Inc., Orthopaedic Division
Page 2 of 3

## F. For use by user facility/distributor devices only

**1. Check one**
☐ user facility    ☐ distributor

**2. UF / Dist report number**
UNK

**3. User facility or distributor name/address**
UNK

**4. Contact person**
UNK

**5. Phone number**
UNK

**6. Date user facility or distrib. became aware of event (mo/day/yr)**
UNK

**7. Type of report**
☐ initial
☐ follow-up #

**8. Date of this report (mo/day/yr)**
UNK

**9. Approximate age of device**
UNK

**10. Event problem codes (refer to coding manual)**
patient code
device code

**11. Report sent to FDA ?**
☐ yes    UNK (mo/day/yr)
☐ no

**12. Location where event occurred**
☒ hospital    ☐ outpatient diagnostic facility
☐ home    ☐ ambulatory surgical facility
☐ nursing home
☐ outpatient treatment facility
☐ other: _____ specify

**13. Report sent to manufacturer ?**
☐ yes    UNK (mo/day/yr)
☐ no

**14. Manufacturer name/address**
Smith & Nephew, Inc., Orthopaedic Division
1450 Brooks Road
Memphis, TN  38116 USA

## G. All manufacturers

**1. Contact office - name/address (& mfring site for devices)**
Mrs. Carolyn Shelton, Reg Compliance Manager
Smith & Nephew, Inc., Orthopaedic Division
1450 Brooks Road
Memphis, TN  38116 USA
Site: Smith & Nephew Inc., Orthopaedic Div.
1450 Brooks Road
Memphis, TN  38116 USA

**2. Phone number**
(901) 399-6654

**3. Report source (check all that apply)**
☐ foreign
☐ study
☐ literature
☐ consumer
☐ health professional
☐ user facility
☐ company representative
☐ distributor
☒ other:
Legal Departme

**4. Date received by manufacturer (mo/day/yr)**
10/14/2003

**5.**
(A)NDA # _____
IND # _____
PLA # _____
pre-1938    ☐ yes
OTC product    ☐ yes

**6. If IND, protocol #**

**7. Type of report (check all that apply)**
☐ 5-day    ☐ 15-day
☐ 10-day    ☐ periodic
☒ initial    ☐ follow-up #

**8. Adverse event term(s)**

**9. Mfr. report number**
1020279-2003-00156

## H. Device manufacturers only

**1. Type of reportable event**
☐ death
☒ serious injury
☐ malfunction (see guidelines)
☐ other: _____

**2. If follow-up, what type ?**
☐ correction
☐ additional information
☐ response to FDA request
☐ device evaluation

**3. Device evaluated by mfr ?**
☒ not returned to mfr.
☐ yes    ☐ evaluation summary attached
☐ no (attach page to explain why not) or provide code:

**4. Device manufacture date (mo/yr)**
UNK

**5. Labeled for single use ?**
☒ yes    ☐ no

**6. Evaluation codes (refer to coding manual)**
method
results
conclusions

**7. If remedial action indicated, check type**
☐ recall    ☐ notification
☐ repair    ☐ inspection
☐ replace    ☐ patient monitoring
☐ relabeling    ☐ modification/adjustment
☐ other:

**8. Usage of device**
☒ initial use of device
☐ reuse
☐ unknown

**9. If action reported to FDA under 21 USC 360i(f), list correction/removal reporting number:**

**10.** ☐ Additional manufacturer narrative    and/or    **11.** ☐ Corrected data

The public reporting burden for this collection of information has been estimated to average one-hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send your comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:
FDA Form 3500A - back

Reports Clearance Officer, PHS
Hubert H. Humphrey Building, Room 721-B
200 Independence Avenue, S.W.
Washington, DC 20201
ATTN:PRA

and to:
Office of Management and Budget
Paperwork Reduction Project (0910-0291)
Washington, DC 20503

Please do NOT return this form to either of these addresses.

Cahill II  00088

Experience Report
(continued)

Smith & Nephew, Inc., Orthopaedic Division
Page  3  of  3

Mfr report #
1020279-2003-00156
UF/Dist. report #
UNK
FDA Use Only

Additional Information



# MED**W**ATCH

THE FDA MEDICAL PRODUCTS REPORTING PROGRAM

For use by user-facilities, distributors and manufacturers for **MANDATORY reporting**

Smith & Nephew, Inc., Orthopaedic Division
Page _____ of 3

FDA Facsimile Approval    2/16/1999
Mfr report # 1020279-2003-00135
UF/Dist. report #   UNK
FDA Use Only

---

## A. Patient information

| 1. Patient id. | 2. Age at time of event: | 3. Sex | 4. Weight |
|---|---|---|---|
| UNK In confidence | 54 or Date of birth: UNK | [X] female [ ] male | 140 lbs or kgs |

## B. Adverse event or product problem

1. [X] Adverse event  and/or  –  [ ] Product problem (e.g., defects/malfunctions)

2. Outcomes attributed to adverse event (check all that apply)
- [ ] death _____
- [ ] life-threatening
- [X] hospitalization - initial or prolonged
- [ ] disability
- [ ] congenital anomaly
- [X] required intervention to prevent permanent impairment/damage
- [ ] other: _____

| 3. Date of event | 4. Date of this report |
|---|---|
| 10/29/2003 | 09/25/2003 |

6. Describe event or problem

It was reported that revision sugery is scheduled due to a broken femoral stem

6. Relevant tests/laboratory data, including dates
UNK

7. Other relevant history, including preexisting medical conditions (e.g. allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)

Obese

## C. Suspect medication(s)

1. Name (give labeled strength & mfr/labeler, if known)
#1.
#2.

| 2. Dose, frequency & route used | 3. Therapy dates (if unknown, give duration) |
|---|---|
| #1. | #1. |
| #2. | #2. |

4. Diagnosis for use (indication)
#1.
#2.

5. Event abated after use stopped or dose reduced
#1. [ ] yes [ ] no [ ] doesn't apply
#2. [ ] yes [ ] no [ ] doesn't apply

| 6. Lot # (if known) | 7. Exp. date (if known) |
|---|---|
| #1. | #1. |
| #2. | #2. |

8. Event reappeared after reintroduction
#1. [ ] yes [ ] no [ ] doesn't apply
#2. [ ] yes [ ] no [ ] doesn't apply

9. NDC # - for product problems only (if known)

10. Concomitant medical products and therapy dates (exclude treatment of event)

## D. Suspect medical device

1. Brand name
ECHELON

2. Type of device
FEMORAL STEM

3. Manufacturer name & address
Smith & Nephew Inc., Orthopaedic Div.
1450 Brooks Road
Memphis, TN  38116 USA

4. Operator of device
[X] health professional
[ ] lay user/patient
[ ] other:

5. Expiration date
N/A

6.
model #  NA
catalog #  UNK
serial #  NA
lot #  UNK
other #  NA

7. If implanted, give date
UNK

8. If explanted, give date
UNK

9. Device available for evaluation ? (Do not send to FDA)
[ ] yes  [X] no  [ ] returned to manufacturer on _____

10. Concomitant medical products and therapy dates (exclude treatment of event)
UNK

## E. Initial reporter

1. Name, address & phone #
Vance Clement, S&N IMPLANT LOANER SETS
1450 BROOKS RD
MEMPHIS, TN 38116  x 6712

2. Health professional ?
[ ] yes  [X] no

3. Occupation
Product Manager

4. Initial reporter also sent report to FDA
[ ] yes [ ] no [X] unk

---

**FDA**
3500A - Facsimile

Submission of a report does not constitute an admission that medical personnel, user facility, distributor, manufacturer, or product caused or contributed to the event.

**Medication and Device**

**Experience Report**

**(continued)**

Refer to guidelines for specific instructions

Submission of a report does not constitute an admission that medical personnel, user facility, distributor, manufacturer or product caused or contributed to the event.

Smith & Nephew, Inc., Orthopaedic Division
Page 2 of 3

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
Public Health Service - Food and Drug Administration

UF/ report #
**1020279-2003-00135**

UF/Dist. report #
**UNK**

FDA Use Only

---

## E For use by user facility/distributor devices only

**1. Check one**
☒ user facility    ☐ distributor

**2. UF/ Dist report number**
UNK

**3. User facility or distributor name/address**
UNK

**4. Contact person**
UNK

**5. Phone number**
UNK

**6. Date user facility or distrib. became aware of event (mo/day/yr)**
UNK

**7. Type of report**
☐ initial
☐ follow-up

**8. Date of this report (mo/day/yr)**
NA

**9. Approximate age of device**
3 Years

**10. Event problem codes (refer to coding manual)**

| patient code | | | |
|---|---|---|---|
| device code | | | |

**11. Report sent to FDA ?**
☐ yes    UNK
☐ no

**12. Location where event occurred**
☒ hospital    ☐ outpatient diagnostic facility
☐ home    ☐ ambulatory surgical facility
☐ nursing home
☐ outpatient treatment facility
☐ other:

**13. Report sent to manufacturer ?**
☐ yes    UNK
☐ no

**14. Manufacturer name/address**
Smith & Nephew, Inc., Orthopaedic Division
1450 Brooks Road
Memphis, TN  38116 USA

---

## F Device manufacturers only

**1. Type of reportable event**
☐ death
☒ serious injury
☐ malfunction (see guidelines)
☐ other:

**2. If follow-up, what type ?**
☐ correction
☐ additional information
☐ response to FDA request
☐ device evaluation

**3. Device evaluated by mfr ?**
☒ not returned to mfr.
☐ yes    ☐ evaluation summary attached
☐ no (attach page to explain why not)
or provide code:

**4. Device manufacture date (mo/yr)**
UNK

**5. Labeled for single use ?**
☒ yes    ☐ no

**6. Evaluation codes (refer to coding manual)**

| | | | |
|---|---|---|---|
| method | | | |
| results | | | |
| conclusions | | | |

**7. If remedial action indicated, check type**
☐ recall    ☐ notification
☐ repair    ☐ inspection
☐ replace    ☐ patient monitoring
☐ relabeling    ☐ modification/adjustment
☐ other:

**8. Usage of device**
☒ initial use of device
☐ reuse
☐ unknown

**9. If action reported to FDA under 21 USC 360i(f), list correction/removal reporting number:**

**10.** ☐ Additional manufacturer narrative    and/or    **11.** ☐ Corrected data

---

## G All manufacturers

**1. Contact office - name/address (& mfring site for devices)**
Mr. Jason Chamness, Reg Compliance Specialist
Smith & Nephew, Inc., Orthopaedic Division
1450 Brooks Road
Memphis, TN  38116 USA
Site: Smith & Nephew Inc., Orthopaedic Div.
1450 Brooks Road
Memphis, TN  38116 USA

**2. Phone number**
(901) 399-5899

**3. Report source (check all that apply)**
☐ foreign
☐ study
☐ literature
☐ consumer
☒ health professional
☐ user facility
☒ company representative
☐ distributor
☐ other:

**4. Date received by manufacturer (mo/day/yr)**
09/25/2003

**5. (A)NDA #**

IND #

PLA #

pre-1938    ☐ yes
OTC product    ☐ yes

**6. If IND, protocol #**

**7. Type of report (check all that apply)**
☐ 5-day    ☐ 15-day
☐ 10-day    ☐ periodic
☒ initial    ☐ follow-up #

**8. Adverse event term(s)**

**9. Mfr. report number**
1020279-2003-00135

---

The public reporting burden for this collection of information has been estimated to average one-hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send your comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

Reports Clearance Officer, PHS
Hubert H. Humphrey Building, Room 721-B
200 Independence Avenue, S.W.
Washington, DC 20201
ATTN:PRA

and to:
Office of Management and Budget
Paperwork Reduction Project (0910-0291)
Washington, DC 20503

Please do NOT return this form to either of these addresses.

Cahill II  00091

**Medication and Device
Experience Report
(continued)**

Smith & Nephew, Inc., Orthopaedic Division
Page  3  of  3

| Mfr report # | |
|---|---|
| | 1020279-2003-00135 |
| UF/Dist. report # | |
| | UNK |
| | FDA Use Only |

Additional Information



# U.S. Food and Drug Administration

**CENTER FOR DEVICES AND RADIOLOGICAL HEALTH**

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

### SMITH & NEPHEW, INC., ORHTOPAEDIC DIV. ECHELON FEMORAL STEM

back to search
results

**Catalog Number** 71340111
**Event Date** 04/23/2003
**Event Type** Injury  **Patient Outcome** Hospitalization; Other Required Intervention
**Event Description**
Revision surgery was performed because the stem fractured.

### Search Alerts/Recalls

new search | submit an adverse event report

| | |
|---|---|
| **Brand Name** | ECHELON |
| **Type of Device** | FEMORAL STEM |
| **Baseline Brand Name** | ECHELON |
| **Baseline Generic Name** | FEMORAL STEM |
| **Baseline Catalogue Number** | 71340111 |
| **Baseline Device 510(K) Number** | |
| **Baseline Device PMA Number** | |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC., ORHTOPAEDIC DIV. 1450 E. Brooks Rd. Memphis TN 38116 |
| **Manufacturer (Section D)** | SMITH & NEPHEW, INC., ORHTOPAEDIC DIV. 1450 E. Brooks Rd. Memphis TN 38116 |
| **Manufacturer (Section G)** | SMITH & NEPHEW INC. 1450 Brooks Rd Memphis TN 38116 |
| **Manufacturer Contact** | Jason Chamness, Specialist 1450 Brooks Road Memphis , TN 38116 (901) 399 -5899 |
| **Device Event Key** | 480826 |

MDR Report Key  492126

Event Key  466543

Report Number  1020279-2003-00130

Device Sequence Number  1

Product Code  JDI

Report Source  Manufacturer

Source Type  Health Professional,User facility

Reporter Occupation  Other

Type of Report  Initial

Report Date  10/24/2003

*1* Device Was Involved in the Event

*1* Patient Was Involved in the Event

Date FDA Received  10/24/2003

Is This An Adverse Event Report?  Yes

Is This A Product Problem Report?  No

Device Operator  Health Professional

Device Catalogue Number  71340111

Device LOT Number  81006370

Was Device Available For Evaluation?  Device Returned To Manufacturer

Date Returned to Manufacturer  10/01/2003

Is The Reporter A Health Professional?  No

Was the Report Sent to FDA?  No

Device Age  3 yr

Event Location  Hospital

Date Manufacturer Received  09/29/2003

Was Device Evaluated By Manufacturer?  No

Date Device Manufactured  10/01/1998

Is The Device Single Use?  Yes

Is the Device an Implant?  Yes

Is this an Explanted Device?

Type of Device Usage  Unkown

Database last updated on July 31, 2008

FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH



# FDA U.S. Food and Drug Administration

Department of Health and Human Services

## CENTER FOR DEVICES AND RADIOLOGICAL HEALTH

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

### SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. ECHELON HIP PROSTHESIS

back to search results

**Catalog Number** 71340415
**Event Date** 03/19/2003
**Event Type** Injury **Patient Outcome** Hospitalization; Required Intervention
**Event Description**
Revision surgery occurred because the stem fractured.

### Search Alerts/Recalls

new search | submit an adverse event report

| | |
|---|---|
| **Brand Name** | ECHELON |
| **Type of Device** | HIP PROSTHESIS |
| **Baseline Brand Name** | ECHELON |
| **Baseline Generic Name** | HIP PROSTHESIS |
| **Baseline Catalogue Number** | 71340415 |
| **Baseline Device Family** | ECHELON HIP SYSTEM |
| **Baseline Device 510(K) Number** | K963486 |
| **Baseline Device PMA Number** | |
| **Baseline Preamendment?** | No |
| **Transitional?** | No |
| **510(K) Exempt?** | No |
| **Shelf Life(Months)** | NA |
| **Date First Marketed** | 11/27/1996 |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. 1450 Brooks Rd Memphis TN 38116 |
| **Manufacturer (Section D)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. 1450 Brooks Rd Memphis TN 38116 |

| | |
|---|---|
| **Manufacturer Contact** | Pam Peden, Specialist<br>1450 Brooks Road<br>Memphis , TN 38116<br>(901) 399 -5844 |
| **Device Event Key** | 451118 |
| **MDR Report Key** | 462171 |
| **Event Key** | 437886 |
| **Report Number** | 1020279-2003-00047 |
| **Device Sequence Number** | 1 |
| **Product Code** | JDH |
| **Report Source** | Manufacturer |
| **Source Type** | Health Professional,Company Representative |
| **Reporter Occupation** | Physician |
| **Type of Report** | Initial |
| **Report Date** | 05/21/2003 |
| ***1* Device Was Involved in the Event** | |
| ***1* Patient Was Involved in the Event** | |
| **Date FDA Received** | 05/23/2003 |
| **Is This An Adverse Event Report?** | Yes |
| **Is This A Product Problem Report?** | No |
| **Device Operator** | Health Professional |
| **Device Catalogue Number** | 71340415 |
| **Device LOT Number** | 81104110 |
| **Was Device Available For Evaluation?** | Device Returned To Manufacturer |
| **Date Returned to Manufacturer** | 05/16/2003 |
| **Is The Reporter A Health Professional?** | Yes |
| **Was the Report Sent to FDA?** | No |
| **Device Age** | 2.5 yr |
| **Event Location** | Hospital |
| **Date Manufacturer Received** | 05/16/2003 |
| **Was Device Evaluated By Manufacturer?** | No |
| **Date Device Manufactured** | 11/01/1998 |
| **Is The Device Single Use?** | Yes |
| **Is the Device an Implant?** | Yes |
| **Is this an Explanted Device?** | |

Cahill II  00097

**Type of Device Usage** Initial

Database last updated on July 31, 2008

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH