Manufacturer and User Facility Device Experience (MAUDE) Data...    http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detai...



FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

510(k) | Registration | Listing | Adverse | PMA | Classification | CLIA
Events



CFR | Advisory | Assembler | Recalls | Guidance | Standards
Title Committees
21

## Adverse Event Report

**SMITH & NEPHEW INC., ORTHOPAEDIC DIV. ECHELON** ~~back to search~~
**HIP STEM** results

**Catalog Number** 71340912
**Event Date** 02/04/2003
**Event Type** Injury  **Patient Outcome** Hospitalization; Required Intervention
**Event Description**
It is reported that revision surgery took place because the stem broke in two.

**Search Alerts/Recalls (Contained in Enforcement Reports)**
(After selecting, enter device information to search Alerts/Recalls).

new search | submit an adverse event report

| | |
|---|---|
| **Brand Name** | ECHELON |
| **Type of Device** | HIP STEM |
| **Baseline Brand Name** | ECHELON |
| **Baseline Generic Name** | FEMORAL STEM |
| **Baseline Catalogue Number** | 71340912 |
| **Baseline Device Family** | ECHELON POROUS REVISION HIP SYSTEM |
| **Baseline Device 510(K) Number** | K963486 |
| **Baseline Device PMA Number** | |
| **Baseline Preamendment?** | No |
| **Transitional?** | No |
| **510(K) Exempt?** | No |

| | |
|---|---|
| Shelf Life(Months) | NA |
| Date First Marketed | 11/27/1996 |
| Manufacturer (Section F) | SMITH & NEPHEW INC., ORTHOPAEDIC DIV. 1450 Brooks Road Memphis TN 38116 |
| Manufacturer (Section D) | SMITH & NEPHEW INC., ORTHOPAEDIC DIV. 1450 Brooks Road Memphis TN 38116 |
| Manufacturer Contact | Pam Peden, Specialist 1450 Brooks Road Memphis , TN 38116 (901) 399 -5844 |
| Device Event Key | 431938 |
| MDR Report Key | 442965 |
| Event Key | 419308 |
| Report Number | 1020279-2003-00014 |
| Device Sequence Number | 1 |
| Product Code | JDI |
| Report Source | Manufacturer |
| Source Type | Health Professional,Company Representative |
| Reporter Occupation | Physician |
| Type of Report | Initial |
| Report Date | 02/05/2003 |
| 1 Device Was Involved in the Event | |
| 1 Patient Was Involved in the Event | |
| Date FDA Received | 02/12/2003 |
| Is This An Adverse Event Report? | Yes |
| Is This A Product Problem Report? | No |
| Device Operator | Health Professional |
| Device Catalogue Number | 71340912 |
| Device LOT Number | 90100809 |

Cahill II  00100

Manufacturer and User Facility Device Experience (MAUDE) Data...    http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail...

| | |
|---|---|
| Was Device Available For Evaluation? | Yes |
| Is The Reporter A Health Professional? | Yes |
| Was the Report Sent to FDA? | No |
| Device Age | 34 mo |
| Event Location | Hospital |
| Date Manufacturer Received | 02/05/2003 |
| Was Device Evaluated By Manufacturer? | No |
| Date Device Manufactured | 01/01/1999 |
| Is The Device Single Use? | Yes |
| Is the Device an Implant? | Yes |
| Is this an Explanted Device? | |
| Type of Device Usage | Initial |

Database last updated on July 27, 2007

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

Cahill II  00101

Manufacturer and User Facility Device Experience (MAUDE) Database Search                                    Page 1 of 5



# U.S. Food and Drug Administration

**CENTER FOR DEVICES AND RADIOLOGICAL HEALTH**

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA

CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

### SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. ECHELON POROUS BOWED STEM

back to search
results

**Catalog Number** 71340412

**Event Date** 07/29/2002

**Event Type** Injury  **Patient Outcome** Hospitalization; Required Intervention

**Event Description**

It was reported that revision surgery was performed due to fracture of the stem. Surgeon suspects poor proximal support.

**Manufacturer Narrative**

Upon review of xrays, the co's medical advisor report concerns that the stem was well fixed distally but not proximally.

**Search Alerts/Recalls**

new search  |  submit an adverse event report

|  |  |
|---|---|
| **Brand Name** | ECHELON |
| **Type of Device** | POROUS BOWED STEM |
| **Baseline Brand Name** | ECHELON |
| **Baseline Generic Name** | HIP PROSTHESIS |
| **Baseline Catalogue Number** | 71340412 |
| **Baseline Device Family** | ECHELON HIP SYSTEM |
| **Baseline Device 510(K) Number** | K963486 |
| **Baseline Device PMA Number** | |
| **Baseline Preamendment?** | No |
| **Transitional?** | No |
| **510(K) Exempt?** | No |
| **Shelf Life(Months)** | NA |
| **Date First Marketed** | 11/27/1996 |

SMITH & NEPHEW, INC., ORTHOPAEDIC DIV.

Cahill II 00102

| | |
|---|---|
| **Manufacturer** *(Section F)* | 1450 Brooks Road<br>Memphis TN 38116 |
| **Manufacturer** *(Section D)* | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV.<br>1450 Brooks Road<br>Memphis TN 38116 |
| **Manufacturer Contact** | Carolyn Shelton, Supervisor<br>1450 Brooks Road<br>Memphis , TN 38116<br>(901) 399 -6654 |
| **Device Event Key** | 415160 |
| **MDR Report Key** | 426110 |
| **Event Key** | 403099 |
| **Report Number** | 1020279-2002-00069 |
| **Device Sequence Number** | 1 |
| **Product Code** | JDH |
| **Report Source** | Manufacturer |
| **Source Type** | Health Professional,Company Representative |
| **Reporter Occupation** | Physician |
| **Type of Report** | Initial |
| **Report Date** | 11/05/2002 |
| ***1* Device Was Involved in the Event** | |
| ***1* Patient Was Involved in the Event** | |
| **Date FDA Received** | 11/05/2002 |
| **Is This An Adverse Event Report?** | Yes |
| **Is This A Product Problem Report?** | No |
| **Device Operator** | Health Professional |
| **Device Catalogue Number** | 71340412 |
| **Device LOT Number** | 90100783 |
| **Was Device Available For Evaluation?** | Device Returned To Manufacturer |
| **Date Returned to Manufacturer** | 10/18/2002 |
| **Is The Reporter A Health Professional?** | Yes |
| **Was the Report Sent to FDA?** | No |
| **Device Age** | 34 mo |
| **Event Location** | Hospital |
| **Date Manufacturer Received** | 10/18/2002 |
| **Was Device Evaluated By Manufacturer?** | No |

**Date Device Manufactured** 01/01/1999

**Is The Device Single Use?** Yes

**Is the Device an Implant?** Yes

**Is this an Explanted Device?**

**Type of Device Usage** Initial

Database last updated on July 31, 2008

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

Cahill II  00104



## U.S. Food and Drug Administration

### CENTER FOR DEVICES AND RADIOLOGICAL HEALTH

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

**SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. ECHELON FEMORAL STEM**

back to search
results

**Catalog Number** 71340213
**Event Date** 05/17/2002
**Event Type** Injury   **Patient Outcome** Hospitalization; Required Intervention
**Event Description**
It was reported that revision surgery was performed due to the breakage of the femoral component.

### Search Alerts/Recalls

new search | submit an adverse event report

|  |  |
|---|---|
| **Brand Name** | ECHELON |
| **Type of Device** | FEMORAL STEM |
| **Baseline Brand Name** | ECHELON |
| **Baseline Generic Name** | FEMORAL STEM |
| **Baseline Catalogue Number** | 71340213 |
| **Baseline Device Family** | ECHELON POROUS REVISION HIP SYSTEM |
| **Baseline Device 510(K) Number** | K963486 |
| **Baseline Device PMA Number** | |
| **Baseline Preamendment?** | No |
| **Transitional?** | No |
| **510(K) Exempt?** | No |
| **Shelf Life(Months)** | NA |
| **Date First Marketed** | 11/27/1996 |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. 1450 Brooks Road Memphis TN 38116 |
| **Manufacturer (Section D)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. 1450 Brooks Road |

Cahill II  00105

Memphis TN 38116

**Manufacturer Contact**  Ivan Harlan, Mgr.
1450 Brooks Road
Memphis , TN 38116
(901) 399 -6660

**Device Event Key**  388348

**MDR Report Key**  399300

**Event Key**  377330

**Report Number**  1020279-2002-00037

**Device Sequence Number**  1

**Product Code**  JDI

**Report Source**  Manufacturer

**Source Type**  Health Professional

**Reporter Occupation**  Physician

**Type of Report**  Initial

**Report Date**  06/14/2002

***1* Device Was Involved in the Event**

***1* Patient Was Involved in the Event**

**Date FDA Received**  06/14/2002

**Is This An Adverse Event Report?**  Yes

**Is This A Product Problem Report?**  No

**Device Operator**  Health Professional

**Device Catalogue Number**  71340213

**Was Device Available For Evaluation?**  No

**Is The Reporter A Health Professional?**  Yes

**Was the Report Sent to FDA?**  No

**Device Age**  unknown

**Event Location**  Hospital

**Date Manufacturer Received**  05/22/2002

**Was Device Evaluated By Manufacturer?**  Device Not Returned To Manufacturer

**Is The Device Single Use?**  Yes

**Is the Device an Implant?**  Yes

**Is this an Explanted Device?**

**Type of Device Usage**  Initial

Cahill II  00106

Database last updated on July 31, 2008

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

Cahill II 00107



FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH



510(k) | Registration | Listing | Adverse Events | PMA | Classification | CLIA

CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

**SMITH & NEPHEW INC., ORTHOPAEDIC DIV. ECHELON FEMORAL STEM**

back to search results

Catalog Number 71340613

Event Date ▮▮▮▮▮▮▮▮

Event Type  Injury   Patient Outcome  Hospitalization; Required Intervention

**Event Description**

It was reported that revision surgery was performed due to the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮. The device was replaced with a similar device. The patient expired two days following the revision surgery due to unrelated causes.

**Search Alerts/Recalls (Contained in Enforcement Reports)**
(After selecting, enter device information to search Alerts/Recalls)

new search  |  submit an adverse event report

| | |
|---|---|
| Brand Name | ECHELON |
| Type of Device | FEMORAL STEM |
| Baseline Brand Name | ECHELON |
| Baseline Generic Name | FEMORAL STEM |
| Baseline Catalogue Number | 71340613 |
| Baseline Device Family | ECHELON POROUS REVISION HIP SYSTEM |
| Baseline Device 510(K) Number | K963486 |
| Is Baseline PMA Number Provided? | No |
| Baseline Preamendment? | No |
| Transitional? | No |
| 510(K) Exempt? | No |
| Shelf Life(Months) | NA |
| Date First Marketed | 11/27/1996 |
| Manufacturer (Section F) | SMITH & NEPHEW INC., ORTHOPAEDIC DIV. 1450 Brooks Road Memphis TN 38116 |

Manufacturer (Section D)    SMITH & NEPHEW INC., ORTHOPAEDIC DIV.
1450 Brooks Road
Memphis TN 38116

Manufacturer Contact    Ivan Harlan, Manager
1450 Brooks Road
Memphis , TN 38116
(901) 399 -6660

Device Event Key    378286

MDR Report Key    389236

Event Key    367581

Report Number    1020279-2002-00028

Device Sequence Number    1

Product Code    JDI

Report Source    Manufacturer

Source Type    Health Professional,Company Representative

Reporter Occupation    Other

Type of Report    Initial

Report Date    04/22/2002

*1 Device Was Involved in the Event*

*1 Patient Was Involved in the Event*

Date FDA Received    04/22/2002

Is This An Adverse Event Report?    Yes

Is This A Product Problem Report?    No

Device Operator    Health Professional

Device Catalogue Number    71340613

Device LOT Number    80400008

Was Device Available For Evaluation?    Device Returned To Manufacturer

Date Returned to Manufacturer    04/05/2002

Is The Reporter A Health Professional?    No

Was the Report Sent to FDA?    No

Device Age    7 mo

Event Location    Hospital

Date Manufacturer Received    03/28/2002

Was Device Evaluated By Manufacturer?    No

Date Device Manufactured    04/01/1996

Is The Device Single Use?    Yes

Cahill II 00109

Is the Device an Implant?  Yes

Is this an Explanted Device?

Type of Device Usage  Initial

Database last updated on June 29, 2007

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

Cahill II 00110



# FDA U.S. Food and Drug Administration

**CENTER FOR DEVICES AND RADIOLOGICAL HEALTH**

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

### SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. ECHELON FEMORAL COMPONENT

back to search results

**Catalog Number** 71340412
**Event Date** 07/01/2001
**Event Type** Injury  **Patient Outcome** Hospitalization; Required Intervention
**Event Description**
It was reported that revision surgery was performed due to a breakage of the femoral stem.

### Search Alerts/Recalls

new search | submit an adverse event report

| | |
|---|---|
| **Brand Name** | ECHELON |
| **Type of Device** | FEMORAL COMPONENT |
| **Baseline Brand Name** | ECHELON |
| **Baseline Generic Name** | HIP PROSTHESIS |
| **Baseline Catalogue Number** | 71340412 |
| **Baseline Device Family** | ECHELON HIP SYSTEM |
| **Baseline Device 510(K) Number** | K963486 |
| **Baseline Device PMA Number** | |
| **Baseline Preamendment?** | No |
| **Transitional?** | No |
| **510(K) Exempt?** | No |
| **Shelf Life(Months)** | NA |
| **Date First Marketed** | 11/27/1996 |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. 1450 Brooks Road Memphis TN 38116 |
| **Manufacturer (Section D)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIV. 1450 Brooks Road Memphis TN 38116 |

Cahill II  00111

Manufacturer Contact | Ivan Harlan, Sr.
1450 Brooks Road
Memphis , TN 38116
(901) 399 -6660

Device Event Key 335736

MDR Report Key 346419

Event Key 326239

Report Number 1020279-2001-00046

Device Sequence Number 1

Product Code JDH

Report Source Manufacturer

Source Type Health Professional

Reporter Occupation Physician

Type of Report Initial

Report Date 08/06/2001

*1* Device Was Involved in the Event

*1* Patient Was Involved in the Event

Date FDA Received 08/08/2001

Is This An Adverse Event Report? Yes

Is This A Product Problem Report? No

Device Operator Health Professional

Device Catalogue Number 71340412

Device LOT Number 90300320

Was Device Available For Evaluation? Device Returned To Manufacturer

Date Returned to Manufacturer 07/12/2001

Is The Reporter A Health Professional? Yes

Was the Report Sent to FDA? No

Device Age 23 mo

Event Location Hospital

Date Manufacturer Received 07/06/2001

Was Device Evaluated By Manufacturer? No

Date Device Manufactured 03/01/1999

Is The Device Single Use? Yes

Is the Device an Implant? Yes

Is this an Explanted Device?

Cahill II 00112

**Type of Device Usage**   Initial

Database last updated on July 31, 2008

---

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

Cahill II 00113



# FDA U.S. Food and Drug Administration

### CENTER FOR DEVICES AND RADIOLOGICAL HEALTH

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

## SMITH & NEPHEW, INC., ORTHOPAEDIC DIVISION ECHELON FEMORAL STEM

back to search
results

**Catalog Number** 71340215
**Event Date** 10/30/2000
**Event Type** Injury   **Patient Outcome** Hospitalization; Required Intervention
**Event Description**
It was reported that revision surgery was required due to breakage of the stem.

### Search Alerts/Recalls

new search | submit an adverse event report

| | |
|---|---|
| **Brand Name** | ECHELON |
| **Type of Device** | FEMORAL STEM |
| **Baseline Brand Name** | ECHELON |
| **Baseline Generic Name** | FEMORAL STEM |
| **Baseline Catalogue Number** | 71340215 |
| **Baseline Device Family** | ECHELON POROUS REVISION HIP SYSTEM |
| **Baseline Device 510(K) Number** | K963486 |
| **Baseline Device PMA Number** | |
| **Baseline Preamendment?** | No |
| **Transitional?** | No |
| **510(K) Exempt?** | No |
| **Shelf Life(Months)** | NA |
| **Date First Marketed** | 11/27/1996 |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIVISION<br>1450 Brooks Road<br>Memphis TN 38116 |
| **Manufacturer (Section D)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIVISION |

Cahill II  00114

Experience (MAUDE) Database Search                                      Page 2 of 3

|                                          | 1450 Brooks Road<br>Memphis TN 38116 |
| ---: | :--- |
| **Manufacturer Contact** | Ivan Harlan, Sr. Qa Eng<br>1450 Brooks Road<br>Memphis , TN 38116<br>(901) 399 -6660 |
| **Device Event Key** | 303465 |
| **MDR Report Key** | 313790 |
| **Event Key** | 294963 |
| **Report Number** | 1020279-2001-00007 |
| **Device Sequence Number** | 1 |
| **Product Code** | JDI |
| **Report Source** | Manufacturer |
| **Source Type** | Health Professional |
| **Reporter Occupation** | Physician |
| **Type of Report** | Initial |
| **Report Date** | 01/26/2001 |
| **1 Device Was Involved in the Event** | |
| **1 Patient Was Involved in the Event** | |
| **Date FDA Received** | 01/26/2001 |
| **Is This An Adverse Event Report?** | Yes |
| **Is This A Product Problem Report?** | No |
| **Device Operator** | Health Professional |
| **Device Catalogue Number** | 71340215 |
| **Device LOT Number** | 80707510 |
| **Was Device Available For Evaluation?** | Yes |
| **Is The Reporter A Health Professional?** | Yes |
| **Was the Report Sent to FDA?** | No |
| **Device Age** | 1.5 yr |
| **Event Location** | Hospital |
| **Date Manufacturer Received** | 01/11/2001 |
| **Was Device Evaluated By Manufacturer?** | No |
| **Date Device Manufactured** | 07/01/1998 |
| **Is The Device Single Use?** | Yes |

Cahill II  00115

**Is the Device an Implant?** Yes

**Is this an Explanted Device?**

**Type of Device Usage** Initial

Database last updated on July 31, 2008

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

Cahill II  00116



# U.S. Food and Drug Administration

## CENTER FOR DEVICES AND RADIOLOGICAL HEALTH

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

### SMITH & NEPHEW, INC., ORTHOPAEDIC DIVISION ECHELON HIP PROSTHESIS

back to search results

**Event Date** 12/06/2000
**Event Type** Injury  **Patient Outcome** Hospitalization; Required Intervention
**Event Description**
It was reported that a split in the proximal femur was noted on a post-operative x-ray. Add'l surgery with cerclage wire was subsequently required for internal fixation of the fracture.

### Search Alerts/Recalls

new search  |  submit an adverse event report

| | |
|---|---|
| **Brand Name** | ECHELON |
| **Type of Device** | HIP PROSTHESIS |
| **Baseline Device 510(K) Number** | |
| **Baseline Device PMA Number** | |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIVISION<br>1450 E. Brooks Road<br>Memphis TN 38116 |
| **Manufacturer (Section D)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIVISION<br>1450 E. Brooks Road<br>Memphis TN 38116 |
| **Manufacturer Contact** | Ivan Harlan, Sr. Engineer<br>1450 Brooks Road<br>Memphis , TN 38116<br>(901) 399 -6660 |
| **Device Event Key** | 301129 |
| **MDR Report Key** | 311320 |
| **Event Key** | 292615 |
| **Report Number** | 1020279-2001-00003 |
| **Device Sequence Number** | 1 |

Cahill II  00117

Product Code JDI

Report Source Manufacturer

Source Type Health Professional

Reporter Occupation Physician

Type of Report Initial

Report Date 01/04/2001

*1* Device Was Involved in the Event

*1* Patient Was Involved in the Event

Date FDA Received 01/04/2001

Is This An Adverse Event Report? Yes

Is This A Product Problem Report? No

Device Operator Health Professional

Was Device Available For Evaluation? No

Is The Reporter A Health Professional? Yes

Was the Report Sent to FDA? No

Event Location Hospital

Date Manufacturer Received 12/08/2000

Was Device Evaluated By Manufacturer? Device Not Returned To Manufacturer

Is The Device Single Use? No Answer Provided

Is the Device an Implant? Yes

Is this an Explanted Device?

Type of Device Usage Initial

Database last updated on July 31, 2008

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

Cahill II  00118



# U.S. Food and Drug Administration

Department of Health and Human Services

## CENTER FOR DEVICES AND RADIOLOGICAL HEALTH

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

**SMITH & NEPHEW, INC., ORTHOPAEDIC DIVISION ECHELON FEMORAL STEM**

back to search
results

**Catalog Number** 71340114
**Event Date** 07/11/2000
**Event Type** Injury   **Patient Outcome** Hospitalization; Required Intervention
**Event Description**
It was reported that revision surgery was performed due to the breakage of the femoral stem.

**Search Alerts/Recalls**

new search | submit an adverse event report

| | |
|---|---|
| **Brand Name** | ECHELON |
| **Type of Device** | FEMORAL STEM |
| **Baseline Brand Name** | ECHELON |
| **Baseline Generic Name** | FEMORAL STEM |
| **Baseline Catalogue Number** | 71340114 |
| **Baseline Device Family** | ECHELON POROUS REVISION HIP STEM |
| **Baseline Device 510(K) Number** | K963486 |
| **Baseline Device PMA Number** | |
| **Baseline Preamendment?** | No |
| **Transitional?** | No |
| **510(K) Exempt?** | No |
| **Shelf Life(Months)** | NA |
| **Date First Marketed** | 11/27/1996 |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIVISION 1450 Brooks Road Memphis TN 38116 |
| **Manufacturer (Section D)** | SMITH & NEPHEW, INC., ORTHOPAEDIC DIVISION |

Cahill II 00119

1450 Brooks Road
Memphis TN 38116

**Manufacturer Contact** Ivan Harlan, Sr Qa Eng
1450 Brooks Road
Memphis , TN 38116
(901) 399 -6660

**Device Event Key** 290509

**MDR Report Key** 300139

**Event Key** 281969

**Report Number** 1020279-2000-00043

**Device Sequence Number** 1

**Product Code** JDI

**Report Source** Manufacturer

**Source Type** Company Representative

**Reporter Occupation** Physician

**Type of Report** Initial

**Report Date** 10/09/2000

*1* **Device Was Involved in the Event**

*1* **Patient Was Involved in the Event**

**Date FDA Received** 10/10/2000

**Is This An Adverse Event Report?** No

**Device Operator** Health Professional

**Device Catalogue Number** 71340114

**Device LOT Number** 80303559

**Was Device Available For Evaluation?** No

**Is The Reporter A Health Professional?** Yes

**Was the Report Sent to FDA?** No

**Device Age** 1 yr

**Event Location** Hospital

**Date Manufacturer Received** 10/05/2000

**Was Device Evaluated By Manufacturer?** Device Not Returned To Manufacturer

**Date Device Manufactured** 03/01/1998

**Is The Device Single Use?** Yes

**Is the Device an Implant?** Yes

Cahill II 00120

**Is this an Explanted Device?**

**Type of Device Usage**  Initial

Database last updated on July 31, 2008

---

Center for Devices and Radiological Health / CDRH

Cahill II  00121



# FDA U.S. Food and Drug Administration

## CENTER FOR DEVICES AND RADIOLOGICAL HEALTH

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

### SMITH & NEPHEW, INC./ORTHOPAEDIC DIVISION ECHELON FEMORAL STEM

back to search
results

**Catalog Number** 71340712

**Event Date** 09/06/2000

**Event Type** Injury  **Patient Outcome** Hospitalization; Required Intervention

**Event Description**
It was reported that revision surgery was performed due to the breakage of the femoral stem.

### Search Alerts/Recalls

new search | submit an adverse event report

|  |  |
|---|---|
| **Brand Name** | ECHELON |
| **Type of Device** | FEMORAL STEM |
| **Baseline Brand Name** | ECHELON |
| **Baseline Generic Name** | FEMORAL STEM |
| **Baseline Catalogue Number** | 71340712 |
| **Baseline Device Family** | ECHELON POROUS REVISION HIP STEM |
| **Baseline Device 510(K) Number** | K963486 |
| **Baseline Device PMA Number** | |
| **Baseline Preamendment?** | No |
| **Transitional?** | No |
| **510(K) Exempt?** | No |
| **Shelf Life(Months)** | NA |
| **Date First Marketed** | 11/27/1996 |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC./ORTHOPAEDIC DIVISION 1450 Brooks Road Memphis TN 38116 |
| **Manufacturer (Section D)** | SMITH & NEPHEW, INC./ORTHOPAEDIC DIVISION |

Cahill II  00122

|  | 1450 Brooks Road<br>Memphis TN 38116 |
|---|---|
| **Manufacturer Contact** | Ivan Harlan, Sr. Engineer<br>1450 Brooks Rd<br>Memphis , TN 38116<br>(901) 399 -6660 |
| **Device Event Key** | 289579 |
| **MDR Report Key** | 299159 |
| **Event Key** | 281049 |
| **Report Number** | 1020279-2000-00042 |
| **Device Sequence Number** | 1 |
| **Product Code** | JDI |
| **Report Source** | Manufacturer |
| **Source Type** | Health Professional,Distributor |
| **Reporter Occupation** | Physician |
| **Type of Report** | Initial |
| **Report Date** | 10/05/2000 |
| ***1* Device Was Involved in the Event** | |
| ***1* Patient Was Involved in the Event** | |
| **Date FDA Received** | 10/05/2000 |
| **Is This An Adverse Event Report?** | Yes |
| **Is This A Product Problem Report?** | No |
| **Device Operator** | Health Professional |
| **Device Catalogue Number** | 71340712 |
| **Device LOT Number** | 81106797 |
| **Was Device Available For Evaluation?** | Device Returned To Manufacturer |
| **Date Returned to Manufacturer** | 09/08/2000 |
| **Is The Reporter A Health Professional?** | Yes |
| **Was the Report Sent to FDA?** | No |
| **Device Age** | 5 mo |
| **Event Location** | Hospital |
| **Date Manufacturer Received** | 09/06/2000 |
| **Was Device Evaluated By Manufacturer?** | No |
| **Date Device Manufactured** | 11/01/1998 |
| **Is The Device Single Use?** | Yes |

**Is the Device an Implant?** Yes

**Is this an Explanted Device?**

**Type of Device Usage** Initial

Database last updated on July 31, 2008

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

Cahill II  00124



# FDA  U.S. Food and Drug Administration

Department of
Health and
Human Services

## CENTER FOR DEVICES AND RADIOLOGICAL HEALTH

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

**SMITH & NEPHEW, INC./ORTHOPAEDIC DIVISION ECHELON HIP PROSTHESIS**

back to search
results

**Catalog Number** 71340117

**Event Date** 07/18/2000

**Event Type** Injury   **Patient Outcome** Hospitalization; Required Intervention

**Event Description**

It was reported that during implantation of the femoral stem, a femoral fracture occurred adjacent to the distal tip of the device. Add'l surgery with a plate and cable was subsequently required for internal fixation of this fracture.

## Search Alerts/Recalls

new search | submit an adverse event report

| | |
|---:|:---|
| **Brand Name** | ECHELON |
| **Type of Device** | HIP PROSTHESIS |
| **Baseline Brand Name** | ECHELON |
| **Baseline Generic Name** | HIP PROSTHESIS |
| **Baseline Catalogue Number** | 71340117 |
| **Baseline Device Family** | ECHELON HIP SYSTEM |
| **Baseline Device 510(K) Number** | K963486 |
| **Baseline Device PMA Number** | |
| **Baseline Preamendment?** | No |
| **Transitional?** | No |
| **510(K) Exempt?** | No |
| **Shelf Life(Months)** | NA |
| **Date First Marketed** | 11/27/1996 |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC./ORTHOPAEDIC DIVISION 1450 Brooks Road Memphis TN 38116 |

Cahill II 00125

| | |
|---|---|
| **Manufacturer *(Section D)*** | SMITH & NEPHEW, INC./ORTHOPAEDIC DIVISION<br>1450 Brooks Road<br>Memphis TN 38116 |
| **Manufacturer Contact** | Ivan Harlan, Sr. Qa Engineer<br>1450 Brooks Road<br>Memphis , TN 38116<br>(901) 399 -6660 |
| **Device Event Key** | 287018 |
| **MDR Report Key** | 296527 |
| **Event Key** | 278508 |
| **Report Number** | 1020279-2000-00038 |
| **Device Sequence Number** | 1 |
| **Product Code** | JDH |
| **Report Source** | Manufacturer |
| **Source Type** | Health Professional |
| **Reporter Occupation** | Physician |
| **Type of Report** | Initial |
| **Report Date** | 09/13/2000 |
| ***1* Device Was Involved in the Event** | |
| ***1* Patient Was Involved in the Event** | |
| **Date FDA Received** | 09/13/2000 |
| **Is This An Adverse Event Report?** | Yes |
| **Is This A Product Problem Report?** | No |
| **Device Operator** | Health Professional |
| **Device Catalogue Number** | 71340117 |
| **Device LOT Number** | 90610091 |
| **Was Device Available For Evaluation?** | No |
| **Is The Reporter A Health Professional?** | Yes |
| **Was the Report Sent to FDA?** | No |
| **Device Age** | na |
| **Event Location** | Hospital |
| **Date Manufacturer Received** | 08/14/2000 |
| **Was Device Evaluated By Manufacturer?** | Device Not Returned To Manufacturer |
| **Date Device Manufactured** | 06/01/1999 |
| **Is The Device Single Use?** | Yes |

Cahill II 00126

**Is the Device an Implant?**  Yes

**Is this an Explanted Device?**

**Type of Device Usage**  Initial

Database last updated on July 31, 2008

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

Cahill II  00127



# U.S. Food and Drug Administration

Department of Health and Human Services

## CENTER FOR DEVICES AND RADIOLOGICAL HEALTH

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

**SMITH & NEPHEW, INC./ORTHOPAEDIC DIVISION ECHELON HIP PROSTHESIS**

back to search
results

**Catalog Number** 71340116

**Event Date** 08/10/2000

**Event Type** Injury  **Patient Outcome** Hospitalization; Required Intervention

**Event Description**

It was reported that during implantation of the femoral stem, a fracture occurred adjacent to the distal tip of the device. Add'l surgery with a bone plate and cable was subsequently required for internal fixation of this fracture.

**Search Alerts/Recalls**

new search | submit an adverse event report

| | |
|---:|---|
| **Brand Name** | ECHELON |
| **Type of Device** | HIP PROSTHESIS |
| **Baseline Brand Name** | ECHELON |
| **Baseline Generic Name** | HIP PROSTHESIS |
| **Baseline Catalogue Number** | 71340116 |
| **Baseline Device Family** | ECHELON HIP SYSTEM |
| **Baseline Device 510(K) Number** | K963486 |
| **Baseline Device PMA Number** | |
| **Baseline Preamendment?** | No |
| **Transitional?** | No |
| **510(K) Exempt?** | No |
| **Shelf Life(Months)** | NA |
| **Date First Marketed** | 11/27/1996 |
| **Manufacturer (Section F)** | SMITH & NEPHEW, INC./ORTHOPAEDIC DIVISION 1450 Brooks Road Memphis TN 38116 |

Cahill II  00128

| | |
|---|---|
| **Manufacturer *(Section D)*** | SMITH & NEPHEW, INC./ORTHOPAEDIC DIVISION<br>1450 Brooks Road<br>Memphis TN 38116 |
| **Manufacturer Contact** | Ivan Harlan, Sr. Qa Engineer<br>1450 Brooks Road<br>Memphis , TN 38116<br>(901) 399 -6660 |
| **Device Event Key** | 287023 |
| **MDR Report Key** | 296532 |
| **Event Key** | 278513 |
| **Report Number** | 1020279-2000-00037 |
| **Device Sequence Number** | 1 |
| **Product Code** | JDH |
| **Report Source** | Manufacturer |
| **Source Type** | Health Professional |
| **Reporter Occupation** | Physician |
| **Type of Report** | Initial |
| **Report Date** | 09/13/2000 |
| ***1* Device Was Involved in the Event** | |
| ***1* Patient Was Involved in the Event** | |
| **Date FDA Received** | 09/13/2000 |
| **Is This An Adverse Event Report?** | Yes |
| **Is This A Product Problem Report?** | No |
| **Device Operator** | Health Professional |
| **Device Catalogue Number** | 71340116 |
| **Device LOT Number** | 00306935 |
| **Was Device Available For Evaluation?** | No |
| **Is The Reporter A Health Professional?** | Yes |
| **Was the Report Sent to FDA?** | No |
| **Device Age** | na |
| **Event Location** | Hospital |
| **Date Manufacturer Received** | 08/14/2000 |
| **Was Device Evaluated By Manufacturer?** | Device Not Returned To Manufacturer |
| **Date Device Manufactured** | 03/01/2000 |
| **Is The Device Single Use?** | Yes |

Cahill II 00129

y a race experience (rearrobb) bandase bearen                                Page 3 of 3

**Is the Device an Implant?**  Yes

**Is this an Explanted Device?**

**Type of Device Usage**  Initial

Database last updated on July 31, 2008

---

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

Cahill II 00130

# MED**W**ATCH

THE FDA MEDICAL PRODUCTS REPORTING PROGRAM

For use by user-facilities,
distributors and manufacturers for
**MANDATORY** reporting

Smith & Nephew, Inc., Orthopaedic Division
Page 1 of 3

FDA Facsimile Approval: 2/16/1999
Mfr report #
1020279-2001-00067
UF/dist. report #           UNK

## A. Patient information

1. Patient id.: UNK in confidence
2. Age at time of event: 70 or Date of birth: UNK
3. Sex: [X] female / [ ] male
4. Weight: 90 lbs or kgs

FDA Use Only

## B. Adverse event or product problem

1. [X] Adverse event and/or [ ] Product problem (e.g., defects/malfunctions)

2. Outcomes attributed to adverse event (check all that apply)
- [ ] death
- [ ] life-threatening
- [X] hospitalization – initial or prolonged
- [ ] disability
- [ ] congenital anomaly
- [X] required intervention to prevent permanent impairment/damage
- [ ] other:

3. Date of event: 9/28/2001
4. Date of this report: 10/26/2001

5. Describe event or problem
It was reported that revision surgery was performed due to the breakage of the femoral component.

6. Relevant tests/laboratory data, including dates
UNK

7. Other relevant history, including preexisting medical conditions (e.g. allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)
UNK

## C. Suspect medication(s)

1. Name (give labeled strength & mfr/labeler, if known)
#1.
#2.

2. Dose, frequency & route used
#1.
#2.

3. Therapy dates (if unknown, give duration)
#1.
#2.

4. Diagnosis for use (indication)
#1.
#2.

5. Event abated after use stopped or dose reduced
#1. [ ] yes [ ] no [ ] doesn't apply
#2. [ ] yes [ ] no [ ] doesn't apply

6. Lot # (if known)
#1.
#2.

7. Exp. date (if known)
#1.
#2.

8. Event reappeared after reintroduction
#1. [ ] yes [ ] no [ ] doesn't apply
#2. [ ] yes [ ] no [ ] doesn't apply

9. NDC # - for product problems only (if known)

10. Concomitant medical products and therapy dates (exclude treatment of event)

## D. Suspect medical device

1. Brand name
ECHELON

2. Type of device
FEMORAL STEM

3. Manufacturer name & address
Smith & Nephew, Inc., Orthopaedic Division
1450 Brooks Road
Memphis, TN 38116 USA

4. Operator of device
[X] health professional
[ ] lay user/patient
[ ] other:

5. Expiration date
unk

6.
model # NA
catalog # 71340813
serial # NA
lot # UNK
other # NA

7. If implanted, give date
unk

8. If explanted, give date
9/28/2001

9. Device available for evaluation? (Do not send to FDA)
[ ] yes [X] no [ ] returned to manufacturer on

10. Concomitant medical products and therapy dates (exclude treatment of event)
UNK

## E. Initial reporter

1. Name, address & phone #
Doug North, Smith & Nephew Surgical Pty. LTD
Block 1F
27 Paul Street North
North Ryde, nsw 2113, Australia
+61 2-9857-3917

2. Health professional ?
[ ] yes [X] no

3. Occupation
Company Rep.

4. Initial reporter also sent report to FDA
[ ] yes [X] no [ ] unk

**FDA**
3500A - Facsimile

Submission of a report does not constitute an admission that medical personnel, user facility, distributor, manufacturer, or product caused or contributed to the event.

Cahill II  00131

**Medication and Device**
**E:perience Report**
(continued)
Refer to guidelines for specific instructions

Submission of a report does not constitute an admission that medical personnel, user facility, distributor, manufacturer or product caused or contributed to the event.

Smith & Nephew, Inc., Orthopaedic Division
Page 2 of 5

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
Public Health Service - Food and Drug Administration

Mfr report # 1020279-2001-00067
UF-Dist. report # _____ UNK

FDA Use Only

**F. For use by user facility/distributor - devices only**

1. Check one
[X] user facility   [ ] distributor
2. UF/ Dist report number
UNK

3. User facility or distributor name/address
UNK

4. Contact person
UNK

5. Phone number
UNK

6. Date user facility or distrib. became aware of event (mo/day/yr)
UNK

7. Type of report
[ ] initial
[ ] follow-up #

8. Date of this report (mo/day/yr)
NA

9. Approximate age of device
12 months

10. Event problem codes (refer to coding manual)
patient code _____
device code _____

11. Report sent to FDA ?
[ ] yes   UNK (mo/day/yr)
[ ] no

12. Location where event occurred
[X] hospital   [ ] outpatient diagnostic facility
[ ] home       [ ] ambulatory surgical facility
[ ] nursing home
[ ] outpatient treatment facility
[ ] other: _____ specify

13. Report sent to manufacturer ?
[ ] yes   UNK (mo/day/yr)
[ ] no

14. Manufacturer name/address
Smith & Nephew, Inc., Orthopaedic Division
1450 Brooks Road
Memphis, TN  38116  USA

**H. Device manufacturers only**

1. Type of reportable event
[ ] death
[X] serious injury
[ ] malfunction (see guidelines)
[ ] other: _____

2. If follow-up, what type ?
[ ] correction
[ ] additional information
[ ] response to FDA request
[ ] device evaluation

3. Device evaluated by mfr ?
[X] not returned to mfr.
[ ] yes   [ ] evaluation summary attached
[ ] no (attach page to explain why not) or provide code:

4. Device manufacture date (mo/yr)
UNK

5. Labeled for single use ?
[X] yes   [ ] no

6. Evaluation codes (refer to coding manual)
method _____
results _____
conclusions _____

7. If remedial action indicated, check type
[ ] recall        [ ] notification
[ ] repair        [ ] inspection
[ ] replace       [ ] patient monitoring
[ ] relabeling    [ ] modification/adjustment
[ ] other: _____

8. Usage of device
[X] initial use of device
[ ] reuse
[ ] unknown

9. If action reported to FDA under 21 USC 360i(f), list correction/removal reporting number:

10. [ ] Additional manufacturer narrative  and/or  11. [ ] Corrected data

**G. All manufacturers**

1. Contact office - name/address (& mfring site for devices)
Mr. Ivan Harlan, Reg Compliance Mgr.
Smith & Nephew, Inc., Orthopaedic Division
1450 Brooks Road
Memphis, TN  38116  USA

2. Phone number
(901) 399-6660

3. Report source (check all that apply)
[ ] foreign
[ ] study
[ ] literature
[ ] consumer
[ ] health professional
[ ] user facility
[X] company representative
[ ] distributor
[ ] other: _____

4. Date received by manufacturer (mo/day/yr)
10/02/2001

5.
(A)NDA # _____
IND # _____
PLA # _____
pre-1938 [ ] yes
OTC product [ ] yes

6. If IND, protocol #

7. Type of report (check all that apply)
[ ] 5-day    [ ] 15-day
[ ] 10-day   [ ] periodic
[X] initial  [ ] follow-up #

8. Adverse event term(s)

9. Mfr. report number
1020279-2001-00067

The public reporting burden for this collection of information has been estimated to average one hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send your comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:
FDA Form 3500A - back

Reports Clearance Officer, PHS
Hubert H. Humphrey Building, Room 721-B
200 Independence Avenue, S.W.
Washington, DC 20201
ATTN: PRA

and to:
Office of Management and Budget
Paperwork Reduction Project (0910-0291)
Washington, DC 20503

Please do NOT return this form to either of these addresses.

Cahill II  00132

**Medication and Device**
**Experience Report**
(continued)

Smith & Nephew, Inc., Orthopaedic Division
Page  3  of  3

Washington, DC 20503

Mfr report #

1020279-2001-00067

UF/Dist. report #

UNK

FDA Use Only

Additional Information