# EXHIBIT F

## Eric Stubenvoll

**From:** Kay Schichtel [Kschichtel@smbtrials.com]
**Sent:** Friday, August 22, 2008 1:31 PM
**To:** Eric Stubenvoll
**Subject:** RE: Cahill

Why don't you send me a draft so I can tell you if we have a dispute on any given issue before it is filed? I am getting the EDCs and mechanical testing reports and am pursuing the complaint files (to produce or give you a privilege log) and e-discovery. I am here the rest of the day. I don't know about a time limit. I can call the scheduling person and find out. Good question.

Do you have any additional information about the auto accident? Did Mrs. Cahill seek medical care?

What time on Thursday? I have a meeting with a doctor at 9 in Skokie and, of course, Tony is not here; so I need to figure our my schedule.

Thanks, Kay

-----Original Message-----
**From:** Eric Stubenvoll [mailto:estubenvoll@fisherkanaris.com]
**Sent:** Friday, August 22, 2008 1:21 PM
**To:** Kay Schichtel
**Subject:** Cahill


Two things:

1) We will be filing a motion to compel, extend discovery deadlines and for any other relief the court deems proper later today. It will be noticed for next Thursday. I hope the motion to compel part is resolved by then but given the pending deadlines, feel these issues need to be before the court;

2) Does Dr. Gordon have a time limit on Tuesday? If Dr. Goldstein's deposition is any indicator, we will certainly need more than an hour.



Eric D. Stubenvoll
Fisher Kanaris, P.C.
200 South Wacker Drive
22nd Floor
Chicago, Illinois 60606
Direct Dial: (312) 474-1413
Fax: (312)-474-1410
estubenvoll@fisherkanaris.com

The information contained in this e-mail message is CONFIDENTIAL
information intended for the use of the individual or entity named above.
The information in this e-mail is sent by an attorney or his/her agent
and may be protected by attorney/client privilege, work product protection,
or other legal rules. This message can be traced to all recipients.

If the reader of this message is not the intended recipient,
you are hereby notified that any retention, dissemination,
distribution or copying of this communication is strictly prohibited.
If you have received this e-mail message in error, please immediately
notify us by telephone (toll free) at 1-877-244-1400 or 1-312-474-1400
and delete the original message.