IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARY THERESA CAHILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   08 C 255 |
| | ) | |
| SMITH & NEPHEW, INC., | ) | District Judge Darrah |
| | ) | |
| Defendant. | ) | Magistrate Brown |

## NOTICE OF MOTION

To:   Kay L. Schichtel
      Anthony J. Monaco
      Swanson, Martin & Bell, LLP
      330 N. Wabash, Ste. 3300
      Chicago, IL 60611

YOU ARE HEREBY NOTIFIED that on **Thursday, August 28, 2008 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge John W. Darrah, Presiding in Room 1203**, in the U.S. District Court located at 219 S.Dearborn St., Chicago, Illinois, and then and there present **Plaintiff's Motion To Compel, Extend Deadlines and for Other, Appropriate Relief** which has been electronically served upon you.

Respectfully submitted,

Mary Theresa Cahill

By: /s/ Eric D. Stubenvoll
    One of her Attorneys

Eric D. Stubenvoll
FISHER KANARIS, P.C.
200 South Wacker Drive
Chicago, Illinois 60606
22nd Floor
(312)-474-1400-Telephone
(312)-474-1410-Fax

## CERTIFICATE OF SERVICE

  I hereby certify that on Friday, August , 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the following:

Kay L. Schichtel
Anthony J. Monaco
Swanson, Martin & Bell, LLP
330 N. Wabash, Ste. 3300
Chicago, IL 60611

              Mary Theresa Cahill

              By: /s/ Eric D. Stubenvoll
                 One of her Attorneys
              Eric D. Stubenvoll
              FISHER KANARIS, P.C.
              200 South Wacker Drive
              Chicago, Illinois 60606
              22nd Floor
              (312)-474-1400-Telephone
              (312)-474-1410-Fax
              Estubenvoll@fisherkanaris.com