# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 255 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Cahill vs. Smith & Nephew | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to compel [22] is granted. Defendant to comply by 9/18/08. Plaintiff's motion to extend deadlines is denied without prejudice. Status hearing set for 9/25/08 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|